RECEIVED
SEP 09 2011
PRO SE OFFICE

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District SOUTHERN DISTRICT |
|---|---|

| Name (under which you were convicted): RICARDO JIMINEZ | Docket or Case No.: 3825-06 |
|---|---|

| Place of Confinement: AUBURN CORR. FAC. | Prisoner No.: 07A4969 |
|---|---|

| Petitioner (include the name under which you were convicted) RICARDO JIMENEZ | Respondent (authorized person having custody of petitioner) v. HAROLD GRAHAM |
|---|---|

| The Attorney General of the State of | NEW YORK |
|---|---|

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: BRONX SUPREME COURT 851 GRAND CONCOURSE, BRONX NEW YORK 10451

   (b) Criminal docket or case number (if you know): 3825-06

2. (a) Date of the judgment of conviction (if you know): July 13, 2007

   (b) Date of sentencing: Aug 16, 2007

3. Length of sentence: 22 to LIFE

4. In this case, were you convicted on more than one count or of more than one crime?    Yes ☐    No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: MURDER 2ND DEGREE

6. (a) What was your plea? (Check one)

   (1)    Not guilty ☑         (3)    Nolo contendere (no contest) ☐

   (2)    Guilty ☐             (4)    Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Not guilty to 2ND DEGREE MURDER

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑    Judge only ☐

7. Did you testify at either a pretrial hearing, trial or a post-trial hearing?

Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?

Yes ☑   No ☐

9. If you did appeal, answer the following:

(a) Name of court: _BRONX SUPREME COURT._

(b) Docket or case number (if you know): _3825-06_

(c) Result: _DENIED_

(d) Date of result (if you know): _MARCH 11, 2010_

(e) Citation to the case (if you know): _____

(f) Grounds raised: _REASONABLE DOUBT BY THE WEIGHT OF EVIDENCE:_
_COURT REFUSED to ISSUE A JUSTIFICATION CHARGE:_
_Prosecutorial MISCONDUCT: 17 YEAR DELAY PRE-INDICTMENT_
_VIOLATED constitutional Rights to DUE PROCESS:_
_22 YEARS to LiFE is HARSH & EXCESSIVE:_

(g) Did you seek further review by a higher state court?   Yes ☑   No ☐

If yes, answer the following:

(1) Name of court: _STATE OF NEW YORK COURT OF APPEALS_

(2) Docket or case number (if you know): _3825-06_

(3) Result: _CERTIFICATE DENYING LEAVE_

(4) Date of result (if you know): _JUNE 30, 2010_

(5) Citation to the case (if you know): _____

(6) Grounds raised: _17 YEAR PRE-INDICTMENT DELAY:_
_Prosecutor MISCONDUCT: JUSTIFICATION CHARGE:_
_WEIGHT OF EVIDENCE:_

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☐

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: STATE OF NEW YORK COURT OF APPEALS.

(2) Docket or case number (if you know): 3825-06

(3) Date of filing (if you know): MAY 4, 2010

(4) Nature of the proceeding: APPLICATION FOR LEAVE TO APPEAL.

(5) Grounds raised: 17 YEAR PRE-INDICTMENT DELAY &
Prosecutor misconduct: Justification charge &
WEIGHT OF EVIDENCE &

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐  No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

     Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

     Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:      Yes ☐  No ☐

    (2) Second petition:   Yes ☐  No ☐

    (3) Third petition:    Yes ☐  No ☐

N/A

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Guilt was establish beyond a reasonable doubt by the weight of the evidence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Where description of perp of this crime were of an African-man two witnesses who I.D. R Jimenez gave, entirely inconsistent accounts of the incidents, medical & ballistic evidence establish tha victim was shot from behind, Most likely by one of his friends, where critical witnesses where incentivized by consideration in their own criminal case & where 18yrs passed Between the incident & trial MR. Jimenez conviction against weight of the evidence.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑  No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

N/A

_____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

N/A

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐  No ☐

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐  No ☐    N/A

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____ N/A _____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

GROUND TWO: Court ERREd WHEN it REFUSED to instruct the Jury on Justification.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): WHERE the BALLISTICS, MEDICAL EVIDENCE & WITNESS testimony Supported the reasonable conclusion that victim & friends were armed confronted the person whith whom they were having a Dispute, fired there guns at him & Did so First.

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____ N/A

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☑ No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____ N/A

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☐ No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____ N/A

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐ No ☐

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☐ No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

N/A

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_N/A_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _N/A_

GROUND THREE: _Prosecutorial Misconduct._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _Prosecutor Engaged in a pattern of misconduct by peppering Her summation with misrepresentations about critical portions of the record, & Repeatedly asking the jury to draw unsupported inferences._

(b) If you did not exhaust your state remedies on Ground Three, explain why: _N/A_

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _N/A_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐   No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _N/A_

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐  No ☐

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that

you have used to exhaust your state remedies on Ground Three: _____

_____

_____

GROUND FOUR: 17 YEAR PRE-indictment Delay, VIOLATES DUE Process

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): the unJustifiable 17 yrs Delay. which was occasioned By shoddy police investigation, Seriously impaired Jimenez Defense & violated this constitutional Right to Due process & speedy Trial.

N/A

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

N/A

_____

_____

_____

(c)  **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐   No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

N/A

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

       Yes ☐   No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?

       Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion or petition?

       Yes ☐   No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

       Yes ☐   No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☑  No ☐

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  Yes ☐  No ☐

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinions or orders, if available. _____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☐  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

N/A

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

(c) At trial: PATRICK L. BRUNO 99 TULIP AVE, SUITE 402 FLORAL PARK, N.Y. 11001

(d) At sentencing: _____ SAME ↑

(e) On appeal: ROSEMARY HERBERT OFFICE OF THE APPELLATE DEF. 11 PARK PLACE SUITE 1601 N.Y. N.Y. 10007

(f) In any post-conviction proceeding: _____ N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: _____ N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐  No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

N/A

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☐

N/A

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

DENIED leave to APPEAL on JUNE 30 ᵀᴴ 2010. THEREFOR this is Timely 1 YEAR & 90 days Has No EXPIRED...

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _VACATE INDICTMENT_

_NEW TRIAL_ _____

_____

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __SEP__

__4TH__ __2011_____ (month, date, year).

Executed (signed) on ___9-4.11_____ (date).

_Ricardo Jimenez_

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____