UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO JIMENEZ,

    Petitioner,

-v-

HAROLD D. GRAHAM,

    Respondent.

11-CV-6468 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The parties are hereby directed to provide a status update to the Court by February 12, 2018, and every 120 days thereafter until the stay currently in effect is lifted.

SO ORDERED.

Dated: January 22, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

COPY MAILED TO PRO SE PETITIONER BY CHAMBERS