# BLANKROME

The Chrysler Building
405 Lexington Avenue | New York, NY 10174-0208
blankrome.com

Phone:  (212) 885-5215
Fax:    (917) 332-3025
Email:  ralabre@blankrome.com

September 18, 2018

**BY ECF**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Ricardo Jimenez v. Harold Graham*
            11-cv-06468 (JPO)

Dear Judge Oetken:

    I was counsel for respondent in the above-captioned matter while I was an assistant district attorney in the Bronx County District Attorney's Office ("DA's Office"). I am no longer with the DA's Office and no longer counsel of record for respondent. Accordingly, I respectfully request to be removed from Docket No. 11-cv-6468. I also respectfully request that the Clerk of the Court be directed to remove me from the docket and list of attorneys to be notified in this matter on the court's case management/electronic case files (CM/ECF) system.

                                          Respectfully submitted,

                                          Rither Alabre