# PETITIONER'S EXHIBITS

## Exhibits are Bookmarked in PDF

## VOLUME 1

### Decision, Transcript, and Filings from the CPL § 440.10 Hearing

V1-A Decision and Order, *People v. Ricardo Jimenez* (Torres, J.), dated June 29, 2018

V1-B Transcript of Proceedings, May 5, 2017

V1-C Transcript of Proceedings, July 21, 2017

V1-D Post-Hearing Defense Submission, dated Dec. 15, 2017

V1-E People's Post-Hearing Memorandum of Law, dated Mar. 23, 2018

V1-F Post-Hearing Reply Submission, dated Apr. 30, 2018

V1-G Application for Supplemental Briefing or Leave to Appeal, dated Aug. 2, 2018

V1-H People's Opposition, dated Sept. 14, 2018

V1-I Order Denying Leave to Appeal or Supplemental Briefing, dated Nov. 1, 2018

V1-J Order Denying Leave Upon Reargument, dated Feb. 26, 2019

## VOLUME 2

### Decision and Filings from the CPL § 440.10 Litigation

V2-A Decision and Order, *People v. Ricardo Jimenez* (Sackett, J.), dated Mar. 4, 2014

V2-B CPL § 440.10 Motion, filed Sept. 23, 2011

V2-C Supplemental Affirmation in Support of CPL § 440.10 Motion, filed Oct. 6, 2011

V2-D Second Supplemental Affirmation in Support of CPL § 440.10 Motion, filed May 30, 2012

V2-E Third Supplemental Affirmation in Support of CPL § 440.10 Motion, filed July 6, 2012

V2-F Memorandum of Law in Support of CPL § 440.10 Motion, filed July 25, 2012

V2-G People's Response to CPL § 440.10 Motion, filed Jan. 14, 2013

V2-H Letter of ADA Noah Chamoy to Rosemary Herbert, dated Apr. 25, 2013

V2-I Reply Affirmation in Support of CPL § 440.10 Motion, filed June 21, 2013

V2-J Reply Memorandum of Law in Support of CPL § 440.10 Motion, filed June 21, 2013

V2-K Letter of Rosemary Herbert and Anastasia Heeger to Justice Robert A. Sackett, dated Aug. 1, 2013

V2-L People's Supplemental Affirmation in Opposition, dated July 30, 2013

V2-M Letter of ADA Noah Chamoy to Justice Robert A. Sackett, dated Oct. 4, 2013

V2-N Letter of Rosemary Herbert and Anastasia Heeger to Justice Robert A. Sackett, dated Oct. 10, 2013

V2-O Supplemental Reply Affirmation in Support of CPL § 440.10 Motion, filed Oct. 18, 2013

V2-P Letter of Rosemary Herbert and Anastasia Heeger to Justice Robert A. Sackett, dated Jan. 22, 2014

V2-Q Letter of ADA Noah Chamoy to Justice Robert A. Sackett, dated Feb. 28, 2014.

## VOLUME 3

### Decision and Filings from the Direct Appeal of the CPL § 440.10 Denial

V3-A Slip copy of Decision and Order in *People v. Ricardo Jimenez*, Ind. 3825/06

V3-B Brief for Defendant-Appellant, dated Dec. 18, 2014

V3-C Respondent's Brief, dated Sept. 9, 2015

V3-D Reply Brief for Defendant-Appellant, dated Sept. 17, 2015

V3-E Defendant's Post-Argument Submission, dated Mar. 10, 2016

V3-F Application for Leave to Appeal, dated Nov. 29, 2018

V3-G Leave Application Opposition, dated Dec. 20, 2018

V3-H Leave Application Reply, dated Jan. 3, 2019

V3-I Order Denying Leave to Appeal, dated Mar. 26, 2019

**VOLUME 4**

**SELECTED EXHIBITS FROM THE STATE PROCEEDINGS**

**Selected Exhibits from the CPL § 440.10 Proceedings**

1. Affirmation of Anastasia Heeger, dated May 25, 2012

2. Statement of Dean Beckford, dated May 25, 2012

3. Letter of Rosemary Herbert and Anastasia Heeger to Hon. Robert A. Sackett, dated Jan. 22, 2014

4. Memo from ADA Lisa R. Mattaway to Patrick Bruno, dated June 8, 2007

5. Letter of ADA Lisa R. Mattaway to AUSA David Novak, dated Oct. 16, 2007

6. Government's Second Motion for Reduction of Sentence, *U.S. v. O'Brien*, 96cr66 (E.D.V.A.), filed Dec. 10, 2007

7. Emails between AUSA David Novak and ADA Lisa Mattaway, dated June 7, June 8, June 13, and Nov. 26, 2007

8. FBI-302 report on interview with Andrew O'Brien, dated Jan. 29, 30, 31 and Feb. 11, 1997

9. Plea agreement for Andrew O'Brien, *U.S. v. Beckford, et. al.,* 96cr66 (E.D.V.A.), filed Jan. 28, 1997, and Statement of Facts [Per a June 8, 2007 letter from AUSA Novak to ADA Mattaway (attached) these documents have been unsealed.]

10. Testimony of Andrew O'Brien, *U.S. v. Beckford, et. al.*, Jan. 24, 2007

11. Order Granting Motion for Reduction of Sentence, *U.S. v. O'Brien*, 96cr66 (E.D.V.A.), dated June 10, 1998

12. Letters of Andrew O'Brien to Hon. Robert E. Payne, dated March 20, 2006 (2) and March 21, 2007

13. Affirmation of ADA Lisa Mattaway, dated Jan. 10, 2012

14. Stipulation of Novak Testimony, entered on Oct. 18, 2007

15. People's Opposition to Defendant's Omnibus Motion, filed May 11, 2007

16. Grand jury testimony of Andrew O'Brien, *U.S. v. Beckford, et. al.*, 96cr66 (E.D.V.A.), Apr.3, 1996 [Per a June 8, 2007 letter from AUSA Novak to ADA Mattaway (attached), this

transcript was disclosed during discovery and "the secrecy requirements of Fed. R. Crim P. 6 no longer apply."]

17. Message to Sgt. Larkin from Det. Dave Carbone, dated Mar. 18, 1996

18. Request for Interview of Andrew C. O'Brien, dated Jan. 3, 2001

19. FBI-302 report on interview with Andrew O'Brien, dated Jan. 17, 2001

20. Handwritten letter by Andrew O'Brien, undated

21. Prosecution's CPL § 240.45 disclosure

22. Indictment, *People v. Andrew O'Brien*, Ind. 265/91 (Kings Co.)

23. Indictment, *U.S. v. Beckford, et.al.*, 96cr66 (E.D.V.A.)

24. Discovery receipts

25. Letter of Kevin Morrissey to Craig Caine, undated

26. Letter of Kevin Morrissey to AUSA Allen Bode, undated, and Note of AUSA Allen Bode to ADA Lisa Mattaway, undated

27. Transcript, *People v. Jimenez*, Sept. 1, 2006

28. "'Batman' Cold Case Solved," NY Post, Sept. 6, 2006

29. People's Witness' Criminal History Information [Kevin Morrissey], *People v. Arroyo*

30. Transcript, *U.S. v. Morrissey*, June 2, 1993

31. Transcript, *U.S. v. Morrissey*, Dec. 2, 1992

32. Letter of Kevin Morrissey to Judge Sifton, Dec. 5, 1992

33. Transcript, *U.S. v. Morrissey*, Jan. 14, 1993

34. Letter of Kevin Morrissey to Judge Sifton, Feb 9, 1993

35. Letter of Kevin Morrissey to Judge Glasser, undated

36. Letter of Kevin Morrissey to Judge Carter, Nov. 19, 1992

37. Transcript, *U.S. v. Morrissey*, Sept. 18, 1997

38. Bureau of Prisons records for Kevin Morrissey

39. Competency examination order, *U.S. v. Morrissey*, 00-CR-485, 01-CR-510 (E.D.N.Y.)

40. Transcript, *People v. Felipe Arroyo* (Kevin Morrissey testimony), Feb. 29, 2008

41. Transcript of *U.S. v. Ortiz*, 12cr336 (S.D.N.Y.), dated May 13, 2013

42. After Care Letter, dated Jan. 8, 2007

43. Affirmation of Patrick Bruno, dated Sept. 28, 2011

44. DD5 33 (Identification of Sharon Ramroop)

45. DD5 39 (Interview of Esco Blaylock)

46. Detective's memobook notes

47. DD5 34 (Confrontation of Esco Blaylock and Sharon Ramroop)

48. Picture File Search Report, Robert Cane, July 10, 1989

49. Detective's Notes from 1989

50. DD5 32 (Interview of Robert Kane)

51. Forensic Report and Vouchers and Ballistics Report

52. Ricardo Jimenez *pro se Singer* motion

53. Transcript of May 21, 2007

54. DD5 9 (Interview of Esco Blaylock)

55. DD5 18 (Interview of Esco Blaylock)

56. DD5 22 (Efforts to Identify Leon)

57. DD5 26 (Efforts to Identify Leon and Sharon Ramroop)

58. DD5 28 (Meeting with Esco Blaylock)

59. Picture File Search Report, Sharon Ramroop, July 11, 1989

60. DD5 35 (Identification of "Leon")

61. DD5 14 (Interview of James Williams)

62. DD5 40 (Interview of Linda Salter)

63. Affidavit of Linda Salter, dated Oct. 27, 2011

64. DD5 6 (Interview of Gregory Jones)

65. DD5 15 (Interview of Gregory Jones)

66. Affidavit of Gregory Jones, dated Feb. 9, 2012

67. *People v. Ayyash,* Ind. No. Ind. No. 2777/07 (Sup. Ct. Bx. Co 2012)

68. Affidavit of Nelson J. Lassalle, dated Apr. 23, 2012

69. Affidavit of Rosa Greenbaum, dated May 14, 2012

70. Affirmation of Richard M. Greenberg and Statement of Sharon Ramroop, dated June 19, 2013

## VOLUME 5

### Trial Transcript

V5 Transcript of Mr. Jimenez's trial (4 files)

## VOLUME 6

### Filings from the Direct Appeal of the Conviction

V6-A Brief for Defendant-Appellant, dated Jan. 5, 2009

V6-B Respondent's Brief

V6-C Defendant's Reply Brief, dated Jan. 22, 2010

V6-D Application for Leave to Appeal, dated May 4, 2010

V6-E People's Response to Application for Leave to Appeal, dated June 17, 2010

V6-F Reply to Opposition to Application for Leave to Appeal, dated June 25, 2010