To Whom it may concern.

On 1/16/01 Detective Wendell Stratford of the N.Y.P.D. cold case squad, and Special ~~Suget~~ Agent Diego Rendo. of the F.B.I. visited me. Andrew O'Brien. The Subject was the murder of Shaun Worrell, to which I related the following:

On July 3. 1989. Shaun Worrell aha Shaka Earl James Howard aha Patchee, Dean Beckford aha Smiles. Maureen Littlejohn and her sister Wingy and I, drove to the whitestone movie theater in the Bronx. We arrived in 2 seperate vehicles. Shaka and Smiles in one. a gold ford escort. Patchee. maureen Wingy and I in another. a white rental.

Smiles and Shaka got to the theater first because Patchee and I had gotten lost eventually we found our way and met them in the lobby of Whitestone movie ~~theater~~ theater.

We all agreed to see the movie Batman Returns. after getting the tickets I asked Shaka to follow me to the concession stand to get popcorn and soda. I got on line, with Shaka standing beside me. we were talking, when this guy walked up to us and said and said I know this...

"You on the line boy". Shaha said no. but it did like the guy's manner. I asked him who he was calling boy. which started on argument. We cursed each other back and forth. Shaha try to tell me to forget it. Smiles and Patchie and the girls watched from a distance. The argument ended with me calling the guy a pussy (pus to which he stomped out the theater.

The movie theater had about 5 or 6 movie showing simultaneously, we went into the one showing Batman. inside were 3 aisles of seats a middle and 2 sides. We sat at the bottom of the left aisle seats. Patchie and Smiles sat in one row. Shaha and I in another and lastly the Maureen and wingy in yet another row. The lights were still on. people were filing into their seats. I look up and saw the guy I was arguing with. he was with a pretty slim girl lightskin or hispanic wearing gold chains or around her. bracelets and big earings. They sat in the aisle seats middle aisle seats. in either the 2 or 3rd row close to the right aisle.

I turned around facing the movie screen. I was talking to Shaha seated next to me. When the guy showed up beside me. saying "When the movie finish its you and me". He then turned and started walking up the aisle. Patchie who was armed with a 9 milimeter removed out of his

" forget about when the movies finish. Let's see
what's up now. Patchee walked up the aisle toward
the direction of the double doors and the guy.
I got out my seat following Patchee, I even
pass Patchee in my haste to see what kind of
beef this guy wanted.

The movie had 2 sets of double doors. one
for each aisle, I went through the double door
on the left, exiting the movie house, so I saw
the guy going through the other set of doors into
the movie on the right side, he saw me and
spun around, pulling a black automatic weapon
from his waist he said. "You act like you got
a gun". I ran back through the double door
on the left. standing at the top of the left aisle
I shouted to Patchee. who was a couple inches
away frame me. that the guy had a gun which
caused Patchee to pull out his gun.

The lights had went off and the coming
attractions were showing. Patchee and I stood
side by side. a couple of feet apart at
the top of the left aisle. The guy stood at
the top of the right aisle facing us. from the
corner of my eye I saw Shaha moving
towards the guy. Shaha I knew had a 357
handgun. he got real close to the guy. then the shots
rang out. things happened so quickly I heard
about 2 shots before I could react. a

to one side Patchee to the other. I felt a hot
burning feeling on the left side of my upper
stomach and left inner bicep. All together I hea
about 4 shots. As we laid on the aisle floor
I told Patchee I was hit. he asked him
how bad, but I didn't know. Patchee jumped
up with his gun extended in his hand.
people were jumping up and down scream
and panicing. I got up too, glad that I we
able to move. Patchee said "come on" I follo
behind him. We ran back through the double
doors. we saw the guy opening the exit door some
feet away. disappearing through it. Patchee and I
began to chase after him but security securi
guards and some one in plain clothes with a gun
in his hand was running towards us. Patchee
was able to slip his gun quickly in his waist
and we said to the guards "Someone's been shot
They ran past us towards the movie house
were the shooting took place.

We went through the exit door where the
guy that shot Shocker went through, we didn't
see him. Patchee then said we got to get out
of here before the Cops arrived, because.
Smiles Patchee and I were all fugitives. It
appeared that the whitestone movie theater had
only one exit and entrance which Patchee was
afraid the Cops could easily seal off

Smiles showed up just as we reached the cars
" Yo, man, Shaka is dead, I turned him over,
his head was in a pool of blood. We decided
to leave, not knowing what else to do.

We drove back to Brooklyn. We stopped
at our friends Graig murphys's apartment
on Lefferts blvd. Graig wasn't there but another
friend John littlejohn aka Fats was. We checked
out my wounds which were only superficial.
Fats helped patch me up with some brown
tape and paper towels.

We had abandoned the girls because we
didn't know where they were. I think they got
home by taxi.

The next day I saw my girlfriend
and mother of my child. I asked her
if she heard the news about the shooting
at Whitestone, she said she did. I told
her that it was my friend who was killed
killed and that I was shot, showing her
my bandages, she got upset and started
warning me about my lifestyle.

After relating this story, Detective
Stratford showed me a photo array with
different people. I looked at it carefully
and picked out the guy who killed Shaka.

PEOPLE V. **Ricardo Jimenez**                    Indictment No. **3825/2006**    Page 1
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**              Telephone No. **590-2362**

As per CPL § 240.45 the following is a list of known convictions and bad acts of witnesses that we are planning on calling at trial.

10/17/1994--Grand Larceny. Suffolk County Supreme.
7/1/1997--Convicted on plea--forgery. Nassau County Court.
5/5/1997--Convicted on plea of guilty--forgery, 3rd degree. Suffolk County, 1st District Court.
8/11/1997---Convicted on plea of guilty--Unauthorized use of a vehicle. Carmel Town Court.
10/19/2000--Convicted on plea of guilty. Petty larceny. Queens County Criminal Court.
12/20/2001--Convicted on plea of guilty--petty larceny. New Rochelle City Court.
8/29/2001--Convicted on plea of guilty. Petty larceny. Putnam County Court.
2/4/2004--Attempted Grand Larceny. Queens County Supreme Court.
3/9/2004--Convicted on plea of guilty. Possession of a forged instrument. Nassau County Court.
2/26/2004--Attempted Grand Larceny. Suffolk County Court.

Pending Cases

12/13/2006--Grand Larceny 3rd degree; Grand Larceny 4th Degree; Possession of Forged Instrument 3rd degree; Forgery 3rd degree; Petty Larceny. Kings County Supreme Court.
12/28/2006--Possession of forged instrument 2nd; Grand Larceny 3rd. Nassau County Court.
12/19/2006--Grand Larceny 3rd; Possession of forged instrument 2nd; Criminal Possession Stolen Property 3rd; Attempted Grand Larceny 3rd; Scheme to defraud 1st; Criminal Impersonation 2nd., Queens County Criminal Court,

3/11/1988--Convicted on plea of guilty. Criminal Possession of a weapon, 3rd degree. Supreme Court Kings County.
3/9/1989- Found guilty of cocaine possession. Richmond Circuit Court.
5/10/1993--Found guilty of murder; use of a firearm in commission of a felony. Virginia Beach, Virginia.

6/29/1995--Pled Guilty to turnstile jumping
Pending DWI case, Miami, Florida

I N D I C T M E N T

S U P R E M E   C O U R T   O F   T H E   S T A T E   O F   N E W   Y O R K

C O U N T Y   O F   K I N G S

----------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK :

            AGAINST :

:     *E-31*

RYAN DANIELS - AFO,VFO      : INDICTMENT NO. 265/91
      DEFENDANT
      91K001076

ANDREW O'BRIEN - AFO,VFO  :
      DEFENDANT
      91K001074         : *1 - 3*

:

:

----------------------------------------

*Arraigned, Michael O*
*the court*

COUNTS

ATTEMPTED MURDER IN THE SECOND DEGREE
ASSAULT IN THE SECOND DEGREE
✓ RECKLESS ENDANGERMENT IN THE FIRST DEGREE (2 COUNTS)
✓ CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE
   (2 COUNTS)
✓ ATTEMPTED ASSAULT IN THE SECOND DEGREE,
   CRIMINAL MISCHIEF IN THE FOURTH DEGREE
✓ CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE

A TRUE BILL

_____
FOREPERSON

CHARLES J. HYNES
DISTRICT ATTORNEY

RJ-000691

### FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT ANDREW O'BRIEN OF THE CRIME OF ATTEMPTED MURDER IN THE SECOND DEGREE (PL 110/125.25-1A) COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MAY 25, 1988, IN THE COUNTY OF KINGS, WITH INTENT TO CAUSE THE DEATH OF WAYNE DANIEL, ATTEMPTED TO CAUSE THE DEATH OF WAYNE DANIEL BY MEANS OF A DEADLY WEAPON, NAMELY: A HANDGUN.

### SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT ANDREW O'BRIEN OF THE CRIME OF ASSAULT IN THE SECOND DEGREE (PL 120.05-2DW) COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MAY 25, 1988, IN THE COUNTY OF KINGS, WITH INTENT TO CAUSE PHYSICAL INJURY TO WAYNE DANIEL, CAUSED SUCH INJURY TO WAYNE DANIEL BY MEANS OF A DEADLY WEAPON, NAMELY: A HANDGUN.

THE SUBJECT MATTER OF THIS COUNT BEING AN ARMED FELONY AS THAT TERM IS DEFINED IN SECTION 1.20 OF THE CRIMINAL PROCEDURE LAW.

RJ-000692

### THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT ANDREW O'BRIEN OF THE CRIME OF RECKLESS ENDANGERMENT IN THE FIRST DEGREE [PL 120.25] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MAY 25, 1988, IN THE COUNTY OF KINGS, UNDER CIRCUMSTANCES EVINCING A DEPRAVED INDIFFERENCE TO HUMAN LIFE, RECKLESSLY ENGAGED IN CONDUCT WHICH CREATED A GRAVE RISK OF DEATH TO ANOTHER PERSON IN THAT THE DEFENDANT DID DISCHARGE A LOADED HANDGUN IN THE DIRECTION OF ANOTHER PERSON.

### FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT ANDREW O'BRIEN OF THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE [PL 265.03-FI] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MAY 25, 1988, IN THE COUNTY OF KINGS, KNOWINGLY AND UNLAWFULLY POSSESSED A LOADED FIREARM, NAMELY: A HANDGUN, WITH INTENT TO USE UNLAWFULLY AGAINST ANOTHER.

THE SUBJECT MATTER OF THIS COUNT BEING AN ARMED FELONY AS THAT TERM IS DEFINED IN SECTION 1.20 OF THE CRIMINAL PROCEDURE LAW.

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT ANDREW O'BRIEN OF THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE [PL 265.03-FI] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT JANUARY 5, 1991, IN THE COUNTY OF KINGS, KNOWINGLY AND UNLAWFULLY POSSESSED A LOADED FIREARM, NAMELY: A HANDGUN, WITH INTENT TO USE UNLAWFULLY AGAINST ANOTHER.

THE SUBJECT MATTER OF THIS COUNT BEING AN ARMED FELONY AS THAT TERM IS DEFINED IN SECTION 1.20 OF THE CRIMINAL PROCEDURE LAW.

EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT ANDREW O'BRIEN OF THE CRIME OF CRIMINAL MISCHIEF IN THE FOURTH DEGREE [PL 145.00-2] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT JANUARY 5, 1991, IN THE COUNTY OF KINGS, HAVING NO RIGHT TO DO SO NOR ANY REASONABLE GROUND TO BELIEVE THAT HE HAD SUCH RIGHT, RECKLESSLY DAMAGED PROPERTY OF LOUISE MCKAY AND EON MCKAY NAMELY: A DOOR AND A WALL IN AN AMOUNT EXCEEDING TWO HUNDRED AND FIFTY DOLLARS.

NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANTS OF THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE [PL 265.02-4R] COMMITTED AS FOLLOWS:

THE DEFENDANTS, EACH AIDING THE OTHER, ON OR ABOUT JANUARY 5, 1991, IN THE COUNTY OF KINGS, KNOWINGLY AND UNLAWFULLY POSSESSED A LOADED FIREARM, NAMELY: A HANDGUN, SUCH POSSESSION NOT BEING IN THE DEFENDANTS' HOME OR PLACE OF BUSINESS.

THE SUBJECT MATTER OF THIS COUNT BEING AN ARMED FELONY AS THAT TERM IS DEFINED IN SECTION 1.20 OF THE CRIMINAL PROCEDURE LAW.

CHARLES J. HYNES
DISTRICT ATTORNEY

3/4/92 Counts + 4,8 are dismissed on consent

RJ-000695



FILED
IN OPEN COURT

JUN - 7 1996

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| | ) | |
| | ) | Criminal No. 3:96CR66 |
| | ) | |
| v. | ) | 18 U.S.C. § 1962(c) |
| | ) | R.I.C.O. |
| | ) | (Count 1) |
| | ) | |
| DEAN ANTHONY BECKFORD, | ) | 18 U.S.C. § 1962(d) |
| aka "Smiles" | ) | Racketeering Conspiracy |
| aka "Smiley" | ) | (Count 2) |
| aka "Daniel Davis" | ) | |
| aka "Milo" | ) | 21 U.S.C. § 846 |
| (Counts 1-6) | ) | Conspiracy to Distribute |
| | ) | "Crack" and Powder Cocaine |
| DEVON DALE BECKFORD, | ) | (Count 3) |
| aka "Chubbs" | ) | |
| aka "Trubbey" | ) | 21 U.S.C. § 848 |
| aka "Bull" or "Big Bull" | ) | Continuing Criminal |
| aka "Fats" | ) | Enterprise (CCE) |
| (Counts 1-4, 7, 10-17) | ) | (Count 4) |
| | ) | |
| CHARLES O. BRACKET, | ) | 21 U.S.C. § 848(e) |
| aka "Charlie" | ) | Murder in Furtherance of |
| aka "Chase" | ) | Continuing Criminal Enterprise |
| aka "C" | ) | (Counts 5-7, 10-12) |
| (Counts 3-4) | ) | |
| | ) | 18 U.S.C. § 1959(a)(3) |
| MERVIN S. BENJAMIN, | ) | Assault with Dangerous Weapon in |
| aka "Benjie" | ) | Aid of Racketeering Activity |
| (Counts 3-4) | ) | (Counts 8, 17) |
| | ) | |
| CLAUDE GERALD DENNIS, | ) | 18 U.S.C. § 924(c) |
| aka "Jerry Lubin" | ) | Use of Firearm during a |
| aka "Jerry" | ) | Violent Crime |
| aka "G-Man" | ) | (Counts 9, 18, 24-25) |
| (Counts 1-3, 5-6) | ) | |
| | ) | |
| LEONEL ROMEO CAZACO, | ) | 18 U.S.C. § 1959(a)(5) |
| aka "Jimmy Fingers" | ) | Conspiracy to Murder in Aid of |
| aka "Frank Nisbett" | ) | Racketeering Activity |
| aka "James Romeo Nelson" | ) | (Counts 13, 22) |
| aka "Phil" | ) | |
| aka "Scott" | ) | 18 U.S.C. § 1959(a)(1) |
| (Counts 1-3, 10-19, 21-23) | ) | Murder in Aid of |
| 25-26) | ) | Racketeering Activity |
| | ) | (Counts 14-16, 23) |

| | |
|---|---|
| RICHARD ANTHONY THOMAS,<br>    aka "Spooky"<br>    aka "Richie"<br>    aka "Mark Andrew Taylor"<br>    (Counts 1-3,8-18,20-24,27) | 18 U.S.C. § 922(g)(1)<br>Possession of Firearm by<br>Convicted Felon<br>(Counts 19, 26, 29-30) |

```
RICHARD ANTHONY THOMAS,            )     18 U.S.C. § 922(g)(1)
     aka "Spooky"                  )     Possession of Firearm by
     aka "Richie"                  )     Convicted Felon
     aka "Mark Andrew Taylor"      )     (Counts 19, 26, 29-30)
     (Counts 1-3,8-18,20-24,27)    )
                                   )     18 U.S.C. § 922(g)(2)
ANDREW CHRISTOPHER O'BRIEN,        )     Possession of Firearm by
     aka "Indian"                  )     Fugitive from Justice
     aka "Cuban"                   )     (Counts 20, 27, 31-32)
     (Counts 1-4)                  )
                                   )
RICARDO ALPHONSO LAIDLAW,          )     18 U.S.C. § 1951(a)
     aka "Melon"                   )     Interference with Commerce
     aka "Rick"                    )     by Violence
     aka "Richard Hinds"           )     (Count 21)
     (Counts 3)                    )
                                   )     21 U.S.C. § 841(a)(1)
WAYNE DOUGLAS SMITH,               )     Possession with Intent to
     aka "Dougie"                  )     Distribute "Crack" Cocaine
     (Counts 3, 13)                )     (Count 28)
                                   )
RICHARD NEIL BECKFORD,             )     21 U.S.C. § 853
     aka "Ron"                     )     Notice of Criminal Forfeiture
     (Counts 3)                    )
                                   )
ERIC OSMOND BURROWES,              )
     aka "Dante"                   )
     (Counts 3)                    )
                                   )
WINSTON GORDON,                    )
     aka "Junior"                  )
     (Counts 3)                    )
                                   )
OLIVER G. WILTSHIRE, JR.,          )
     (Counts 3)                    )
                                   )
TERRY BERNARD JOHNSON,             )
     aka "Country"                 )
     aka "Bernard McNeil"          )
     (Counts 3)                    )
                                   )
DAVID LENDALL GANT,                )
     aka "Ryan"                    )
     aka "Dreds"                   )
     aka "Ryan Clark"              )
     aka "Ryan Daniel"             )
     aka "Dwight Reed"             )
     (Counts 3, 28-29, 32)         )
                                   )
```

2

RJ-000156

```
CRAIG MURPHY,                         )
        aka "Desie McKinzie"          )
        aka "Voop"                    )
        aka "Phil"                    )
        aka "Jimmy Cuebas"            )
        aka "Alphonzo Reid"           )
        aka "Robert Bullock"          )
        (Counts 3, 28, 30-31)         )
                                      )
LESLIE DULAR,                         )
        aka "Orville"                 )
        aka "Dwayne Chestnut"         )
        (Counts 3)                    )
                                      )
ANDREW WILLIAMS,                      )
        aka "Tready"                  )
        aka "Shariff Walker"          )
        (Counts 3)                    )
                                      )
LLEWELLEN FERNANDO SMITH,             )
        aka "Louie"                   )
        (Count 3)                     )
                                      )
GREGORY BLACK,                        )
        aka "Pops"                    )
        aka "Big Maleek"              )
        aka "David Hallman"           )
        aka "Anthony Cunningham"      )
        (Counts 3)                    )
                                      )
LOUIS BRONSON KING,                   )
        aka "Shala"                   )
        aka "Michael Thomas"          )
        aka "Louis Nutridge"          )
        aka "Malik Thomas"            )
        aka "Anthony Cunningham"      )
        (Counts 3)                    )
                                      )
STEVEN ROGER JOHNSON,                 )
        aka "Preacher"                )
        (Counts 3)                    )
                Defendants            )
_____)
```

INDICTMENT

JUNE 1996 TERM - At Richmond, Virginia

3

RJ-000157

## COUNT ONE

## RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS

THE GRAND JURY CHARGES:

### The Enterprise

At all times material to this Indictment:

1.  The defendants were members and associates of a criminal organization referred to as the "Poison Clan", among other names, whose members and associates engaged in the distribution of cocaine base, commonly known as "crack", and powder cocaine and acts of violence, including murder, kidnapping, assault and robbery, in the following areas of the eastern United States: Queens and Brooklyn, New York; Richmond and Virginia Beach, Virginia; Baltimore, Maryland; Pittsburgh, Pennsylvania; East Orange, New Jersey; and other locations.

2.  The "Poison Clan", including its leadership, membership and associates, constituted an "enterprise", as defined by Title 18, United States Code, Section 1961(4) (hereinafter "the enterprise"), that is, a group of individuals associated in fact. This enterprise was engaged in, and its activities affected, interstate commerce.

3.  Members of the "Poison Clan" referred to themselves as such, socialized and lived together, obtained and used marijuana together, and engaged in the distribution of "crack" and powder cocaine for profit. Members of the "Poison Clan" defended each other when confronted by other individuals or groups and routinely shared vehicles and firearms among themselves on an "as needed"

4

basis.

4.    Members of the "Poison Clan" committed acts of violence including murder, kidnapping, assault, robbery and witness intimidation both to further the narcotics trafficking that financially fueled the enterprise and to enhance the status of the "Poison Clan" and its members in the community.  Through acts of intimidation, the "Poison Clan" coerced residents of certain neighborhoods to allow the use of their apartments for the distribution of "crack" cocaine.

5.    Members of the "Poison Clan" were encouraged by its leaders to obtain and use firearms to further the objectives of the enterprise.  Members were expected to defend the "turf" of the "Poison Clan" as well as fellow members.  The commission of crimes of violence, including murder, was viewed as a means to enhance a member's position in the enterprise.

<u>Role of the Defendants</u>

6. The following defendants were members of the "Poison Clan" and participated in the operation of this enterprise in the following manners, among others:

a.    DEAN ANTHONY BECKFORD aka "Smiles" aka "Smiley" aka "Daniel Davis" aka "Milo" developed the distribution of "crack" cocaine for the "Poison Clan" in Richmond, Virginia, assumed the leadership of the enterprise after the murder of George Chang on January 1, 1989, and maintained discipline within the enterprise through acts of violence, including murder.

b.    DEVON DALE BECKFORD aka "Chubbs" aka "Trubbey" aka "Bull"

5

RJ-000159

or "Big Bull" aka "Fats" assisted his brother DEAN BECKFORD in the leadership of the "Poison Clan" and supervised the distribution of "crack" cocaine in Richmond, Virginia, including the Rose Avenue and Bellemeade sections.

c. CHARLES O. BRACKET aka "Charlie" aka "Chase" aka "C" was a co-founder of the "Poison Clan" along with George Chang, arranged for the supply of powder cocaine that the "Poison Clan" would convert or "cook" into "crack" cocaine and distributed "crack" cocaine for the enterprise in Baltimore, Maryland.

d. MERVIN S. BENJAMIN aka "Benjie" assisted DEAN BECKFORD in the development of the distribution of "crack" cocaine throughout the Richmond, Virginia metropolitan area and supervised the distribution of "crack" cocaine in the Rose Avenue and Gilpin Court sections of Richmond, Virginia.

e. CLAUDE GERALD DENNIS aka "Jerry Lubin" aka "Jerry" aka "G-Man" served as an "enforcer" for DEAN BECKFORD and committed acts of violence in this role on behalf of the "Poison Clan", including murder and assault. Moreover, DENNIS distributed "crack" cocaine for the "Poison Clan" in Richmond, Virginia.

f. LEONEL ROMEO CAZACO aka "Jimmy Fingers" aka "Frank Nisbett" aka "James Romeo Nelson" aka "Phil" aka "Scott" distributed "crack" cocaine for the "Poison Clan" in the Bellemeade section of Richmond, Virginia, and committed numerous crimes of violence, including murder, on behalf of the enterprise.

g. RICHARD ANTHONY THOMAS aka "Spooky" aka "Richie" aka "Mark Andrew Taylor" distributed "crack" cocaine for the "Poison Clan" in

6

East Orange, New Jersey, and in the Bellemeade section of Richmond, Virginia, and committed numerous crimes of violence, including murder, on behalf of the enterprise.

h.   ANDREW CHRISTOPHER O'BRIEN aka "Indian" aka "Cuban" distributed "crack" cocaine in Richmond, Virginia, and then supervised the operations of the "Poison Clan" in Virginia Beach, Virginia. Moreover, O'BRIEN committed acts of violence, including murder and kidnapping, in furtherance of the drug trafficking activities of the "Poison Clan" in Virginia Beach, Virginia.

i.   RICARDO ALPHONSO LAIDLAW aka "Melon" aka "Rick" aka "Richard Hinds" transported "crack" cocaine from Brooklyn and Queens, New York to Richmond, Virginia and elsewhere on behalf of the "Poison Clan". LAIDLAW also transported large amounts of United States currency, which constituted the proceeds of drug trafficking, from Richmond, Virginia and elsewhere to Queens, New York.

j.   WAYNE DOUGLAS SMITH aka "Dougie" transported "crack" cocaine from Brooklyn and Queens, New York to Richmond, Virginia and elsewhere on behalf of the "Poison Clan". SMITH also transported large amounts of United States currency, which constituted the proceeds of drug trafficking, from Richmond, Virginia and elsewhere to Queens, New York.

k.   RICHARD NEIL BECKFORD aka "Ron" transported "crack" cocaine from Brooklyn and Queens, New York to Richmond, Virginia and elsewhere on behalf of the "Poison Clan". BECKFORD also transported large amounts of United States currency, which

7

RJ-000161

constituted the proceeds of drug trafficking, from Richmond, Virginia and elsewhere to Queens, New York.

l. ERIC OSMOND BURROWES aka "Dante" transported "crack" cocaine from Brooklyn and Queens, New York to Richmond, Virginia and elsewhere on behalf of the "Poison Clan". BURROWES also transported large amounts of United States currency, which constituted the proceeds of drug trafficking, from Richmond, Virginia and elsewhere to Queens, New York. Additionally, BURROWES procured firearms for the enterprise.

m. WINSTON GORDON aka "Junior" transported and distributed "crack" cocaine in Brooklyn and Queens, New York, Connecticut and Massachusetts on behalf of the "Poison Clan".

n. OLIVER G. WILTSHIRE, JR. distributed "crack" cocaine in Brooklyn and Queens, New York and Richmond, Virginia on behalf of the "Poison Clan".

o. TERRY BERNARD JOHNSON aka "Country" aka "Bernard McNeil" transported and distributed "crack" cocaine in Richmond, Virginia on behalf of the "Poison Clan".

p. DAVID LENDALL GANT aka "Ryan" aka "Dreds" aka "Ryan Clark" aka "Ryan Daniel" aka "Dwight Reed" distributed "crack" cocaine in Queens, New York; Pittsburgh, Pennsylvania; Baltimore, Maryland; and Richmond, Virginia; on behalf of the "Poison Clan".

q. CRAIG MURPHY aka "Desie McKinzie" aka "Voop" aka "Phil" aka "Jimmy Cuebas" aka "Alphonzo Reid" aka "Robert Bullock" transported and distributed "crack" cocaine in Brooklyn and Queens, New York and Richmond, Virginia on behalf of the "Poison Clan".

8

RJ-000162

r. LESLIE DULAR aka "Orville" aka "Dwayne Chestnut" transported and distributed "crack" cocaine in Brooklyn and Queens, New York and Richmond, Virginia on behalf of the "Poison Clan".

s. ANDREW WILLIAMS aka "Tready" aka "Shariff Walker" distributed "crack" cocaine in Richmond, Virginia on behalf of the "Poison Clan".

t. LLEWELLEN FERNANDO SMITH aka "Louie" rented Apartment 11 at 7 North Boulevard, Richmond, Virginia as a "stash house" for the "Poison Clan" and distributed "crack" cocaine in Richmond, Virginia on behalf of the "Poison Clan".

u. GREGORY BLACK aka "Pops" aka "Big Maleek" aka "David Hallman" distributed "crack" cocaine in Queens, New York, Pittsburgh, Pennsylvania, and Richmond, Virginia, on behalf of the "Poison Clan".

v. LOUIS BRONSON KING aka "Shala" aka "Michael Thomas" aka "Louis Nutridge" aka "Malik Thomas" aka "Anthony Cunningham" distributed "crack" cocaine in Queens, New York, Pittsburgh, Pennsylvania, and Richmond, Virginia, on behalf of the "Poison Clan".

w. STEVEN ROGER JOHNSON aka "Preacher" distributed "crack" cocaine in Richmond, Virginia, on behalf of the "Poison Clan".

### Purposes of the Enterprise

7. The purposes of the enterprise included the following:

a. Enriching the members and associates of the enterprise through, among other things, murder, robbery and the distribution of "crack" cocaine.

9

RJ-000163

b. Preserving and protecting the power, territory and profits of the enterprise through the use of intimidation, violence, threats of violence, assaults and murder.

c. Promoting and enhancing the enterprise and its members' and associates' activities.

d. Keeping victims in fear of the enterprise and in fear of its members and associates through violence and threats of violence.

## Means and Methods of the Enterprise

8. Among the means and methods by which the members of the enterprise and their associates conducted and participated in the conduct of the affairs of the enterprise were the following:

a. Members and associates of the enterprise committed, conspired, attempted and threatened to commit robbery and acts of violence, including murder, kidnapping and assault, to protect and expand the enterprise's criminal operations.

b. Members and associates of the enterprise promoted a climate of fear through violence and threats of violence to further their narcotics trafficking activities.

c. Members and associates of the enterprise murdered, kidnapped, assaulted, and attempted to murder and assault various individuals, including their own members.

d. Members and associates of the enterprise transported and distributed cocaine and cocaine base, commonly known as "crack", in interstate commerce.

e. Members and associates of the enterprise transported

10

RJ-000164

the proceeds of their drug trafficking activities in interstate commerce.

     f. Members and associates of the enterprise transported firearms in interstate commerce.

<u>THE RACKETEERING VIOLATION</u>

    9. From in 1987, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including June 6, 1996, in the Eastern District of Virginia, and elsewhere within the jurisdiction of the Court, the defendants

> DEAN ANTHONY BECKFORD,
>     aka "Smiles"
>     aka "Smiley"
>     aka "Daniel Davis"
>     aka "Milo"
>
> DEVON DALE BECKFORD,
>     aka "Chubbs"
>     aka "Trubbey"
>     aka "Bull" or "Big Bull"
>     aka "Fats"
>
> CLAUDE GERALD DENNIS,
>     aka "Jerry Lubin"
>     aka "Jerry"
>     aka "G-Man"
>
> LEONEL ROMEO CAZACO,
>     aka "Jimmy Fingers"
>     aka "Frank Nisbett"
>     aka "James Romeo Nelson"
>     aka "Phil"
>     aka "Scott"
>
> RICHARD ANTHONY THOMAS,
>     aka "Spooky"
>     aka "Richie"
>     aka "Mark Andrew Taylor"
>
> ANDREW CHRISTOPHER O'BRIEN,
>     aka "Indian"
>     aka "Cuban"

along with others known and unknown to the Grand Jury, being

11

RJ-000165

persons employed by and associated with the "Poison Clan", an enterprise described in Paragraphs 1 through 8 of Count One of this Indictment, did unlawfully, willfully and knowingly conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise, which was engaged in and the activities of which affected interstate commerce, through a pattern of racketeering activity, to wit: the commission of the racketeering acts set forth in Paragraph 10 of Count One of this Indictment as Racketeering Acts One through Twelve.

RJ-000166

## THE PATTERN OF RACKETEERING ACTIVITY

10. The pattern of racketeering activity, as defined in Title 18, United States Code, Section 1961(1) and (5), consisted of the following acts:

### Racketeering Act One -- Conspiracy to Murder Sherman Ambrose, Dasmond Miller and Delroy Smith

The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act One:

### a. Conspiracy to Murder Sherman Ambrose, Dasmond Miller and Delroy Smith

On or about December 4, 1988, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

> DEAN ANTHONY BECKFORD,
> aka "Smiles"
> aka "Smiley"
> aka "Daniel Davis"
> aka "Milo"

> CLAUDE GERALD DENNIS,
> aka "Jerry Lubin"
> aka "Jerry"
> aka "G-Man"

did unlawfully, intentionally and knowingly conspire, confederate and combine to murder Sherman Ambrose, Dasmond Miller and Delroy Smith in violation of Sections 18.2-32 and 18.2-22 of the Code of Virginia.

13

RJ-000167

### b. Attempted Murder of Delroy Smith

On or about December 4, 1988, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

        DEAN ANTHONY BECKFORD,
           aka "Smiles"
           aka "Smiley"
           aka "Daniel Davis"
           aka "Milo"

        CLAUDE GERALD DENNIS,
           aka "Jerry Lubin"
           aka "Jerry"
           aka "G-Man"

did unlawfully, knowingly and intentionally attempt to murder Delroy Smith and did aid, abet and assist one another in the commission of this offense in violation of Sections 18.2-32, 18.2-26 and 18.2-18 of the Code of Virginia.

### Racketeering Act Two -- Murder of Sherman Ambrose

On or about December 4, 1988, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

        DEAN ANTHONY BECKFORD,
           aka "Smiles"
           aka "Smiley"
           aka "Daniel Davis"
           aka "Milo"

        CLAUDE GERALD DENNIS,
           aka "Jerry Lubin"
           aka "Jerry"
           aka "G-Man"

unlawfully, intentionally and knowingly murdered Sherman Ambrose and did aid, abet and assist one another in the commission of this offense in violation of Sections 18.2-32 and 18.2-18 of the Code of Virginia.

14

RJ-000168

## Racketeering Act Three -- Murder of Dasmond Miller

On or about December 4, 1988, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

> DEAN ANTHONY BECKFORD,
> aka "Smiles"
> aka "Smiley"
> aka "Daniel Davis"
> aka "Milo"

> CLAUDE GERALD DENNIS,
> aka "Jerry Lubin"
> aka "Jerry"
> aka "G-Man"

unlawfully, intentionally and knowingly murdered Dasmond Miller and did aid, abet and assist one another in the commission of this offense in violation of Sections 18.2-32 and 18.2-18 of the Code of Virginia.

## Racketeering Act Four -- Attempted Murder of Tracy Lavache

The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act Four:

### a.  Conspiracy to Murder Tracy Lavache

On or about October 9, 1989, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

> DEAN ANTHONY BECKFORD,
> aka "Smiles"
> aka "Smiley"
> aka "Daniel Davis"
> aka "Milo"

> CLAUDE GERALD DENNIS,
> aka "Jerry Lubin"
> aka "Jerry"
> aka "G-Man"

did unlawfully, intentionally and knowingly conspire, confederate

15

and combine to murder Tracy Lavache in violation of Sections 18.2-32 and 18.2-22 of the Code of Virginia.

### b. Attempted Murder of Tracy Lavache

On or about October 9, 1989, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

> DEAN ANTHONY BECKFORD,
>     aka "Smiles"
>     aka "Smiley"
>     aka "Daniel Davis"
>     aka "Milo"
>
> CLAUDE GERALD DENNIS,
>     aka "Jerry Lubin"
>     aka "Jerry"
>     aka "G-Man"

did unlawfully, knowingly and intentionally attempt to murder Tracy Lavache and did aid, abet and assist one another in the commission of this offense in violation of Sections 18.2-32, 18.2-26 and 18.2-18 of the Code of Virginia.

### Racketeering Act Five -- Murder of Wesley Stewart

The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act Five:

### a. Conspiracy to Kidnap Carlos Lugo and John Dedmon

On or about October 22, 1990, at Virginia Beach, Virginia, in the Eastern District of Virginia, the defendants

> DEVON DALE BECKFORD,
>     aka "Chubbs"
>     aka "Trubbey"
>     aka "Bull" or "Big Bull"
>     aka "Fats"
>
> ANDREW CHRISTOPHER O'BRIEN,
>     aka "Indian"
>     aka "Cuban"

16

RJ-000170

did unlawfully, intentionally and knowingly conspire, confederate and combine to seize, take, transport, and detain Carlos Lugo and John Dedmon by force and intimidation without legal justification or excuse, with the intent to deprive them of their personal liberty and to withhold and conceal them from another person in violation of Sections 18.2-47 and 18.2-22 of the Code of Virginia.

### b. Kidnapping of Carlos Lugo

On or about October 22, 1990, at Virginia Beach, Virginia, in the Eastern District of Virginia, the defendants

> DEVON DALE BECKFORD,
> aka "Chubbs"
> aka "Trubbey"
> aka "Bull" or "Big Bull"
> aka "Fats"
>
> ANDREW CHRISTOPHER O'BRIEN,
> aka "Indian"
> aka "Cuban"

did unlawfully, intentionally and knowingly seize, take, transport, and detain Carlos Lugo by force and intimidation without legal justification or excuse, with the intent to deprive him of his personal liberty and to withhold and conceal him from another person and did aid, abet and assist one another and others in the commission of this offense in violation of Sections 18.2-47 and 18.2-18 of the Code of Virginia.

17

RJ-000171

### c. Kidnapping of John Dedmon

On or about October 22, 1990, at Virginia Beach, Virginia, in the Eastern District of Virginia, the defendants

> DEVON DALE BECKFORD,
> aka "Chubbs"
> aka "Trubbey"
> aka "Bull" or "Big Bull"
> aka "Fats"
>
> ANDREW CHRISTOPHER O'BRIEN,
> aka "Indian"
> aka "Cuban"

did unlawfully, intentionally and knowingly seize, take, transport, and detain John Dedmon by force and intimidation without legal justification or excuse, with the intent to deprive him of his personal liberty and to withhold and conceal him from another person and did aid, abet and assist one another and others in the commission of this offense in violation of Sections 18.2-47 and 18.2-18 of the Code of Virginia.

### d. Conspiracy to Murder Wesley Stewart

On or about October 22, 1990, at Virginia Beach, Virginia, in the Eastern District of Virginia, the defendants

> DEVON DALE BECKFORD,
> aka "Chubbs"
> aka "Trubbey"
> aka "Bull" or "Big Bull"
> aka "Fats"
>
> ANDREW CHRISTOPHER O'BRIEN,
> aka "Indian"
> aka "Cuban"

did unlawfully, intentionally and knowingly conspire, confederate and combine to murder Wesley Stewart aka "English" in violation of Sections 18.2-32 and 18.2-22 of the Code of Virginia.

18

RJ-000172

### e. Murder of Wesley Stewart

On or about October 22, 1990, at Virginia Beach, Virginia, in the Eastern District of Virginia, the defendants

> DEVON DALE BECKFORD,
>     aka "Chubbs"
>     aka "Trubbey"
>     aka "Bull" or "Big Bull"
>     aka "Fats"
>
> ANDREW CHRISTOPHER O'BRIEN,
>     aka "Indian"
>     aka "Cuban"

unlawfully, intentionally and knowingly murdered Wesley Stewart aka "English" and did aid, abet and assist one another in the commission of this offense in violation of Sections 18.2-32 and 18.2-18 of the Code of Virginia.

### Racketeering Act Six -- Attempted Murder of Maurice Robinson

On or about November 19, 1993, at Richmond, Virginia, in the Eastern District of Virginia, the defendant

> RICHARD ANTHONY THOMAS,
>     aka "Spooky"
>     aka "Richie"
>     aka "Mark Andrew Taylor"

did unlawfully, knowingly and intentionally attempt to murder Maurice Robinson in violation of Sections 18.2-32 and 18.2-26 of the Code of Virginia.

### Racketeering Act Seven -- Conspiracy to Murder Anthony Baylor, Marco Baylor, Anthony Merrit and Charles Meekins

The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act Seven:

19

### a. Conspiracy to Murder Anthony Baylor, Marco Baylor, Anthony Merrit and Charles Meekins

On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

> DEVON DALE BECKFORD,
> aka "Chubbs"
> aka "Trubbey"
> aka "Bull" or "Big Bull"
> aka "Fats"
>
> LEONEL ROMEO CAZACO,
> aka "Jimmy Fingers"
> aka "Frank Nisbett"
> aka "James Romeo Nelson"
> aka "Phil"
> aka "Scott"
>
> RICHARD ANTHONY THOMAS,
> aka "Spooky"
> aka "Richie"
> aka "Mark Andrew Taylor"

did unlawfully, intentionally and knowingly conspire, confederate and combine to murder Anthony Baylor, Marco Baylor, Anthony Merrit and Charles Meekins in violation of Sections 18.2-32 and 18.2-22 of the Code of Virginia.

### b. Attempted Murder of Charles Meekins

On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

> DEVON DALE BECKFORD,
> aka "Chubbs"
> aka "Trubbey"
> aka "Bull" or "Big Bull"
> aka "Fats"
>
> LEONEL ROMEO CAZACO,
> aka "Jimmy Fingers"
> aka "Frank Nisbett"
> aka "James Romeo Nelson"
> aka "Phil"
> aka "Scott"

RICHARD ANTHONY THOMAS,
                 aka "Spooky"
                 aka "Richie"
                 aka "Mark Andrew Taylor"

did unlawfully, knowingly and intentionally attempt to murder Charles Meekins and did aid, abet and assist one another in the commission of this offense in violation of Sections 18.2-32, 18.2-26 and 18.2-18 of the Code of Virginia.

### Racketeering Act Eight -- Murder of Anthony Baylor

On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

DEVON DALE BECKFORD,
                 aka "Chubbs"
                 aka "Trubbey"
                 aka "Bull" or "Big Bull"
                 aka "Fats"

LEONEL ROMEO CAZACO,
                 aka "Jimmy Fingers"
                 aka "Frank Nisbett"
                 aka "James Romeo Nelson"
                 aka "Phil"
                 aka "Scott"

RICHARD ANTHONY THOMAS,
                 aka "Spooky"
                 aka "Richie"
                 aka "Mark Andrew Taylor"

unlawfully, intentionally and knowingly murdered, and caused to be murdered, Anthony Baylor and did aid, abet and assist one another and others in the commission of this offense in violation of Sections 18.2-32 and 18.2-18 of the Code of Virginia.

21

RJ-000175

## Racketeering Act Nine -- Murder of Marco Baylor

On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

> DEVON DALE BECKFORD,
>     aka "Chubbs"
>     aka "Trubbey"
>     aka "Bull" or "Big Bull"
>     aka "Fats"
>
> LEONEL ROMEO CAZACO,
>     aka "Jimmy Fingers"
>     aka "Frank Nisbett"
>     aka "James Romeo Nelson"
>     aka "Phil"
>     aka "Scott"
>
> RICHARD ANTHONY THOMAS,
>     aka "Spooky"
>     aka "Richie"
>     aka "Mark Andrew Taylor"

unlawfully, intentionally and knowingly murdered, and caused to be murdered, Marco Baylor and did aid, abet and assist one another and others in the commission of this offense in violation of Sections 18.2-32 and 18.2-18 of the Code of Virginia.

## Racketeering Act Ten -- Murder of Anthony Merrit

On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

> DEVON DALE BECKFORD,
>     aka "Chubbs"
>     aka "Trubbey"
>     aka "Bull" or "Big Bull"
>     aka "Fats"
>
> LEONEL ROMEO CAZACO,
>     aka "Jimmy Fingers"
>     aka "Frank Nisbett"
>     aka "James Romeo Nelson"
>     aka "Phil"
>     aka "Scott"

22

RJ-000176

RICHARD ANTHONY THOMAS,
 aka "Spooky"
 aka "Richie"
 aka "Mark Andrew Taylor"

unlawfully, intentionally and knowingly murdered, and caused to be murdered, Anthony Merrit and did aid, abet and assist one another and others in the commission of this offense in violation of Sections 18.2-32 and 18.2-18 of the Code of Virginia.

### Racketeering Act Eleven -- Murder of Walter Twitty

The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act Eleven:

### a. Conspiracy to Rob Jose Hinton

On or about April 7, 1994, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

LEONEL ROMEO CAZACO,
 aka "Jimmy Fingers"
 aka "Frank Nisbett"
 aka "James Romeo Nelson"
 aka "Phil"
 aka "Scott"

RICHARD ANTHONY THOMAS,
 aka "Spooky"
 aka "Richie"
 aka "Mark Andrew Taylor"

did unlawfully, intentionally and knowingly conspire, confederate and combine to rob Jose Hinton by assault and by putting him in fear of serious bodily injury and by the threat of presenting of firearms in violation of Sections 18.2-58 and 18.2-22 of the Code of Virginia.

23

RJ-000177

### b.  Attempted Robbery of Jose Hinton

On or about April 7, 1994, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

> LEONEL ROMEO CAZACO,
>     aka "Jimmy Fingers"
>     aka "Frank Nisbett"
>     aka "James Romeo Nelson"
>     aka "Phil"
>     aka "Scott"
>
> RICHARD ANTHONY THOMAS,
>     aka "Spooky"
>     aka "Richie"
>     aka "Mark Andrew Taylor"

did unlawfully, intentionally and knowingly attempt to rob Jose Hinton by assault and by putting him in fear of serious bodily injury and by the threat of presenting of firearms in violation of Sections 18.2-58 and 18.2-26 of the Code of Virginia.

### c.  Conspiracy to Murder Walter Twitty

On or about April 7, 1994, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

> LEONEL ROMEO CAZACO,
>     aka "Jimmy Fingers"
>     aka "Frank Nisbett"
>     aka "James Romeo Nelson"
>     aka "Phil"
>     aka "Scott"
>
> RICHARD ANTHONY THOMAS,
>     aka "Spooky"
>     aka "Richie"
>     aka "Mark Andrew Taylor"

did unlawfully, intentionally and knowingly conspire, confederate and combine to murder Walter Twitty in violation of Sections 18.2-32 and 18.2-22 of the Code of Virginia.

RJ-000178

### d.  Murder of Walter Twitty

On or about April 7, 1994, at Richmond, Virginia, in the Eastern District of Virginia, the defendants

> LEONEL ROMEO CAZACO,
>      aka "Jimmy Fingers"
>      aka "Frank Nisbett"
>      aka "James Romeo Nelson"
>      aka "Phil"
>      aka "Scott"
>
> RICHARD ANTHONY THOMAS,
>      aka "Spooky"
>      aka "Richie"
>      aka "Mark Andrew Taylor"

unlawfully, intentionally and knowingly murdered Walter Twitty and did aid, abet and assist one another in the commission of this offense in violation of Sections 18.2-32 and 18.2-18 of the Code of Virginia.

### Racketeering Act Twelve -- Conspiracy to Distribute Cocaine

#### a.  Conspiracy to Distribute Cocaine

From on or about an unknown date in 1987, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including June 6, 1996, at Richmond, Virginia, in the Eastern District of Virginia, and elsewhere within the jurisdiction of the Court, the defendants

> DEAN ANTHONY BECKFORD,
>      aka "Smiles"
>      aka "Smiley"
>      aka "Daniel Davis"
>      aka "Milo"
>
> DEVON DALE BECKFORD,
>      aka "Chubbs"
>      aka "Trubbey"
>      aka "Bull" or "Big Bull"
>      aka "Fats"

25

RJ-000179

CLAUDE GERALD DENNIS,
    aka "Jerry Lubin"
    aka "Jerry"
    aka "G-Man"

LEONEL ROMEO CAZACO,
    aka "Jimmy Fingers"
    aka "Frank Nisbett"
    aka "James Romeo Nelson"
    aka "Phil"
    aka "Scott"

RICHARD ANTHONY THOMAS,
    aka "Spooky"
    aka "Richie"
    aka "Mark Andrew Taylor"

ANDREW CHRISTOPHER O'BRIEN,
    aka "Indian"
    aka "Cuban"

did unlawfully, knowingly, and intentionally combine, conspire, confederate and agree with each other and with other persons, known and unknown to the Grand Jury, to commit the following offenses against the United States:

(a). to distribute and possess with the intent to distribute a Schedule II controlled substance, that is more than fifty (50) grams of a mixture and substance described in Title 21, United States Code, Section 841(b)(1)(a)(iii), which contains a detectable amount of cocaine base, commonly known as "crack", and

(b). to distribute and possess with the intent to distribute a Schedule II controlled substance, that is more than five (5) kilograms of a mixture and substance described in Title 21, United States Code, Section 841(b)(1)(a)(ii) which contains cocaine,

as charged in Count Three of this indictment, which is realleged

26

and incorporated herein, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

(In violation of Title 18, United States Code, Sections 1962(c) and 1963).

RJ-000181

## COUNT TWO

### THE RACKETEERING CONSPIRACY

THE GRAND JURY FURTHER CHARGES THAT:

A.   Paragraphs 1 through 8 and 10 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

B.   From in 1987, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including June 6, 1996, in the Eastern District of Virginia, and elsewhere within the jurisdiction of the Court, the defendants

        DEAN ANTHONY BECKFORD,
            aka "Smiles"
            aka "Smiley"
            aka "Daniel Davis"
            aka "Milo"

        DEVON DALE BECKFORD,
            aka "Chubbs"
            aka "Trubbey"
            aka "Bull" or "Big Bull"
            aka "Fats"

        CLAUDE GERALD DENNIS,
            aka "Jerry Lubin"
            aka "Jerry"
            aka "G-Man"

        LEONEL ROMEO CAZACO,
            aka "Jimmy Fingers"
            aka "Frank Nisbett"
            aka "James Romeo Nelson"
            aka "Phil"
            aka "Scott"

        RICHARD ANTHONY THOMAS,
            aka "Spooky"
            aka "Richie"
            aka "Mark Andrew Taylor"

        ANDREW CHRISTOPHER O'BRIEN,
            aka "Indian"
            aka "Cuban"

28

RJ-000182

being persons employed by and associated with the enterprise known as the "Poison Clan" as described in Paragraphs 1 through 8 of Count One of this Indictment, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons, known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1962(c), namely to conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise, which was engaged in and the activities of which affected interstate commerce, through a pattern of racketeering activity as set forth in paragraph 10 of Count One of this Indictment as Racketeering Acts One through Twelve, which are realleged and incorporated herein. It was a part of the conspiracy that each defendant agreed to the commission of at least two racketeering acts in the conduct of the enterprise's affairs.

(In violation of Title 18, United States Code, Section 1962(d)).

RJ-000183

## COUNT THREE

## CONSPIRACY TO DISTRIBUTE "CRACK" AND POWDER COCAINE

A. The Conspiracy

THE GRAND JURY FURTHER CHARGES THAT:

From in 1987, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including June 6, 1996, in the Eastern District of Virginia, and elsewhere within the jurisdiction of the Court, the defendants

DEAN ANTHONY BECKFORD,
aka "Smiles"
aka "Smiley"
aka "Daniel Davis"
aka "Milo"

DEVON DALE BECKFORD,
aka "Chubbs"
aka "Trubbey"
aka "Bull" or "Big Bull"
aka "Fats"

CHARLES O. BRACKET,
aka "Charlie"
aka "Chase"
aka "C"

MERVIN S. BENJAMIN,
aka "Benjie"

CLAUDE GERALD DENNIS,
aka "Jerry Lubin"
aka "Jerry"
aka "G-Man"

LEONEL ROMEO CAZACO,
aka "Jimmy Fingers"
aka "Frank Nisbett"
aka "James Romeo Nelson"
aka "Phil"
aka "Scott"

RJ-000184

RICHARD ANTHONY THOMAS,
    aka "Spooky"
    aka "Richie"
    aka "Mark Andrew Taylor"

ANDREW CHRISTOPHER O'BRIEN,
    aka "Indian"
    aka "Cuban"

RICARDO ALPHONSO LAIDLAW,
    aka "Melon"
    aka "Rick"
    aka "Richard Hinds"

WAYNE DOUGLAS SMITH,
    aka "Dougie"

RICHARD NEIL BECKFORD,
    aka "Ron"

ERIC OSMOND BURROWES,
    aka "Dante"

WINSTON GORDON,
    aka "Junior"

OLIVER G. WILTSHIRE, JR.

TERRY BERNARD JOHNSON,
    aka "Country"
    aka "Bernard McNeil"

DAVID LENDALL GANT,
    aka "Ryan"
    aka "Dreds"
    aka "Ryan Clark"
    aka "Ryan Daniel"
    aka "Dwight Reed"

CRAIG MURPHY,
    aka "Desie McKinzie"
    aka "Voop"
    aka "Phil"
    aka "Jimmy Cuebas"
    aka "Alphonzo Reid"
    aka "Robert Bullock"

LESLIE DULAR,
    aka "Orville"
    aka "Dwayne Chestnut"

RJ-000185

ANDREW WILLIAMS,
    aka "Tready"
    aka "Shariff Walker"

LLEWELLEN FERNANDO SMITH,
    aka "Louie"

GREGORY BLACK,
    aka "Pops"
    aka "Big Maleek"
    aka "David Hallman"
    aka "Anthony Cunningham"

LOUIS BRONSON KING,
    aka "Shala"
    aka "Michael Thomas"
    aka "Louis Nutridge"
    aka "Malik Thomas"
    aka "Anthony Cunningham"

STEVEN ROGER JOHNSON,
    aka "Preacher"

did unlawfully, knowingly, and intentionally combine, conspire, confederate and agree with each other and with other persons, known and unknown to the Grand Jury, to commit the following offenses against the United States:

(a). to distribute and possess with the intent to distribute a Schedule II controlled substance, that is more than fifty (50) grams of a mixture and substance described in Title 21, United States Code, Section 841(b)(1)(a)(iii), which contains a detectable amount of cocaine base, commonly known as "crack", and

(b). to distribute and possess with the intent to distribute a Schedule II controlled substance, that is more than five (5) kilograms of a mixture and substance described in Title 21, United States Code, Section 841(b)(1)(a)(ii) which contains cocaine in violation of Title 21, United States Code, Section 841(a)(1).

32

RJ-000186

B.  Manner and Means of the Conspiracy

The said unlawful combination, conspiracy, confederation and agreement was to be and was accomplished by the following means and in the following manner:

1.  It was a part of the conspiracy that the defendants and their co-conspirators would and did play different roles, take upon themselves different tasks and participate in the affairs of the conspiracy through various criminal acts.  The defendants and their co-conspirators adopted and carried out various roles at various times during the life of the conspiracy, including organizing and managing the affairs of the conspiracy, financing the conspiracy, supplying cocaine, distributing "crack" and powder cocaine, transporting "crack" and powder cocaine, converting or "cooking" powder cocaine into "crack" cocaine, laundering the proceeds of their drug sales and using acts of violence and intimidation both to maintain discipline among the members of the conspiracy and to terrorize potential rivals;

2.  It was a further part of the conspiracy that the defendants would and did transport shipments of "crack" cocaine from Brooklyn and Queens, New York, to the following areas for further distribution:  Richmond, Virginia; Virginia Beach, Virginia; East Orange, New Jersey; Baltimore, Maryland; Pittsburgh, Pennsylvania; and other locations within the eastern United States;

3.  It was a further part of the conspiracy that the "Poison Clan" would and did utilize various locations in Queens, New York, as the "headquarters" of the "Poison Clan" from which defendant

33

RJ-000187

DEAN BECKFORD controlled the operation of this criminal enterprise;

4. It was a further part of the conspiracy that the defendant CHARLES BRACKET and other members of the organization would and did receive shipments of powder cocaine which was subsequently converted or "cooked" into "crack" cocaine for future distribution by members of the "Poison Clan";

5. It was a further part of the conspiracy that members of the "Poison Clan" would and did convert or "cook" powder cocaine into cocaine base, commonly known as "crack", in locations in Brooklyn and Queens, New York, and Richmond, Virginia;

6. It was a further part of the conspiracy that the "Poison Clan" would and did utilize multiple "stash houses" in Brooklyn and Queens, New York from which the organization distributed large quantities of "crack" cocaine;

7. It was a further part of the conspiracy that defendant DEAN BECKFORD and other "Poison Clan" members would and did recruit workers, many under the age of eighteen years ("minors") from Brooklyn and Queens, New York, and took them to Richmond, Virginia, to participate in the distribution of "crack" cocaine for the "Poison Clan";

8. It was a further part of the conspiracy that the following defendants, among others, would and did transport and distribute large quantities of "crack" cocaine from New York to other members of the "Poison Clan" for further sale in other cities, including Richmond, Virginia: LESLIE DULAR, RICARDO LAIDLAW, WAYNE DOUGLAS SMITH, RICHARD BECKFORD, and ERIC BURROWES;

34

RJ-000188

9. It was a further part of the conspiracy that the following defendants, among others, would and did transport large quantities of United States currency, which constituted the proceeds of the sale of "crack" cocaine, from Richmond, Virginia, to Queens, New York, to be turned over to defendant DEAN BECKFORD: LESLIE DULAR, RICARDO LAIDLAW, WAYNE DOUGLAS SMITH, RICHARD BECKFORD, and ERIC BURROWES;

10. It was a further part of the conspiracy that members of the "Poison Clan" would and did transport "crack" and powder cocaine and large amounts of United States currency, which constituted the proceeds from their drug trafficking activities, in vehicles that contained secret compartments;

11. It was a further part of the conspiracy that members of the "Poison Clan" would and did utilize various locations as "stash houses", many of which contained secret compartments, in the city of Richmond, Virginia, including, but not limited to, the following:

    (a). 1006 Bowe Street;
    (b). 1514 Tifton Court;
    (c). 2222 West Grace Street;
    (d). 2508 North Avenue;
    (e). 7 North Boulevard, apartment 11;
    (f). 1431 Oakhurst Lane;
    (g). 411 Westover Hills Boulevard;
    (h). 2918 Idlewood Avenue, upstairs apartment;
    (i). 9543 Brightway Circle (Henrico County):
    (j). 202 North Meadow Street, apartment 2;
    (k). 1820 Thomas Street;
    (l). 1816 Bath Street;
    (m). 2505 Lynhaven Avenue, multiple apartments;
    (n). 2300 block of Drake Street, multiple apartments;
    (o). 709 Trevor Terrace;
    (p). 1134 West Catherine Street;
    (q). 1204 St. Johns Street;

35

RJ-000189

12. It was a further part of the conspiracy that "workers" for the "Poison Clan" would and did sell "crack" cocaine twenty-four (24) hours per day, usually in twelve (12) hour shifts;

13. It was a further part of the conspiracy that members of the "Poison Clan" sold "weight" quantities of "crack" cocaine to trusted customers;

14. It was a further part of the conspiracy that the following defendants, and many other co-conspirators, would and did sell "crack" cocaine for the "Poison Clan" from 1006 Bowe Street, Richmond, Virginia, and stored "crack" cocaine at 1514 Tifton in Richmond, Virginia: DEAN BECKFORD, ANDREW O'BRIEN, OLIVER WILTSHIRE, JR. and TERRY JOHNSON;

15. It was a further part of the conspiracy that the following defendants, and many other co-conspirators, would and did sell "crack" cocaine for the "Poison Clan" in the Rose Avenue area of Richmond, Virginia: DEAN BECKFORD, DEVON BECKFORD, MERVIN BENJAMIN, LESLIE DULAR, RICARDO LAIDLAW, TERRY JOHNSON, CRAIG MURPHY, DAVID GANT, RICHARD BECKFORD, ANDREW WILLIAMS and LLEWELLEN SMITH;

16. It was a further part of the conspiracy that defendant MERVIN BENJAMIN, working with defendant STEPHEN JOHNSON and co-conspirators Heston Benjamin aka "Kaz", Peter Paul aka "Sluggie", George Cummings aka "Killer" and other co-conspirators, would and did distribute "crack" cocaine on behalf of the "Poison Clan" in the Gilpin Court section of Richmond, Virginia;

17. It was a further part of the conspiracy that defendants

36

RJ-000190

LEONEL CAZACO, RICHARD THOMAS, GREGORY BLACK, LOUIS KING, and other co-conspirators would and did distribute "crack" cocaine on behalf of the "Poison Clan" in the Bellemeade section of Richmond, Virginia;

18. It was a further part of the conspiracy that defendants DEVON BECKFORD and ANDREW O'BRIEN would and did supervise the distribution of "crack" cocaine on behalf of the "Poison Clan" in Virginia Beach, Virginia;

19. It was a further part of the conspiracy that defendants DAVID GANT and CHARLES BRACKET and other co-conspirators would and did distribute "crack" cocaine on behalf of the "Poison Clan" in Baltimore, Maryland;

20. It was a further part of the conspiracy that defendants DAVID GANT, GREGORY BLACK, and LOUIS KING and other co-conspirators would and did distribute "crack" cocaine on behalf of the "Poison Clan" in Pittsburgh, Pennsylvania;

21. It was a further part of the conspiracy that defendant WINSTON GORDON would and did distribute "crack" cocaine on behalf of the "Poison Clan" in Brooklyn and Queens, New York, as well as in Connecticut and Massachusetts;

22. It was a further part of the conspiracy that defendant RICHARD THOMAS, co-conspirator Peter Paul aka "Sluggie" and other co-conspirators would and did sell "crack" cocaine for the "Poison Clan" from the location of 148 Halstead Street in East Orange, New Jersey;

23. It was a further part of the conspiracy that members of

37

RJ-000191

the "Poison Clan" would and did routinely purchase, carry and use firearms during their drug trafficking;

24. It was a further part of the conspiracy that members of the "Poison Clan" would and did routinely employ violence, including murder, in order to maintain discipline and loyalty within the "Poison Clan" and to discourage rival drug traffickers from selling "crack" cocaine in areas controlled by the "Poison Clan";

25. It was a further part of the conspiracy that members of the "Poison Clan" would and did intimidate numerous residents of the 1800 block of Rose Avenue and the 2300 block of Drake Street, both in Richmond, Virginia, in order to use their apartments for the distribution of "crack" cocaine and to store firearms and the proceeds of their drug trafficking.

C. Overt Acts

In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants and their co-conspirators, both known and unknown to the Grand Jury, committed the following overt acts among others in the Eastern District of Virginia and elsewhere:

1. On or about an unknown date in 1987, co-conspirator George Chang and defendant CHARLES BRACKET organized a narcotics trafficking enterprise in Brooklyn and Queens, New York, subsequently named the "Poison Clan".

2. On or about an unknown date in the summer of 1987, defendant DEAN BECKFORD joined the "Poison Clan".

38

RJ-000192

3.    On or about September 24, 1987, co-conspirator George Chang murdered Edgar McDonald in Queens, New York, in order to take control of his drug territory.

4.    On various dates from 1987 forward, defendant CHARLES BRACKET and other members of the "Poison Clan" received shipments of powder cocaine from their supplier known as "Ramiro" in Queens, New York, for future distribution by the "Poison Clan".

5.    On or about various unknown dates beginning in July of 1988, defendant DEAN BECKFORD travelled to Richmond, Virginia, to distribute "crack" cocaine for the "Poison Clan".  Defendant DEAN BECKFORD took "workers" from Brooklyn, New York, to assist him in the distribution of "crack" cocaine in Richmond, Virginia, including, but not limited to, the following: defendants CLAUDE DENNIS, ANDREW O'BRIEN, OLIVER WILTSHIRE, JR. and TERRY JOHNSON and co-conspirators Dasmond Miller, Sherman Ambrose and Delroy Smith.

6.  On various dates from in or about July of 1988 until in or about December of 1988, defendants DEAN BECKFORD, ANDREW O'BRIEN, OLIVER WILTSHIRE, JR. and TERRY JOHNSON and other co-conspirators did distribute "crack" cocaine from 1006 Bowe Street, Richmond, Virginia.

7.    On or about August 2, 1988, defendant MERVIN BENJAMIN supplied co-conspirator Peter Paul aka "Sluggie" with approximately one hundred twenty-five (125) vials of "crack" cocaine at an apartment in Brooklyn, New York, which Paul was supposed to sell for the "Poison Clan" in the area of Troy and Church Avenues in Brooklyn, New York.

39

8. On or about August 6, 1988, defendant RICARDO LAIDLAW possessed a quantity of "crack" cocaine in Brooklyn, New York.

9. On or about September 6, 1988, the defendant MERVIN BENJAMIN supplied co-conspirator Peter Paul aka "Sluggie" with approximately one hundred twenty-five (125) vials of "crack" cocaine at an apartment in Brooklyn, New York, which Paul was supposed to sell for the "Poison Clan" in the area of Troy and Church Avenues in Brooklyn, New York.

10. From in or about October of 1988 until in or about December of 1988, defendants DEAN BECKFORD, ANDREW O'BRIEN, OLIVER WILTSHIRE, JR. and TERRY JOHNSON and other co-conspirators did maintain 1514 Tifton Court, Richmond, Virginia, as a location for the storage of "crack" cocaine that was intended for further distribution.

11. In or about late 1988 or early 1989, the defendant MERVIN BENJAMIN and his brother Heston Benjamin aka "Kaz" travelled from Brooklyn, New York to Richmond, Virginia to distribute "crack" cocaine for the "Poison Clan" in Richmond, Virginia.

12. On or about December 4, 1988, at 1514 Tifton Court, Richmond, Virginia, defendants DEAN BECKFORD and CLAUDE DENNIS intentionally shot Sherman Ambrose and Dasmond Miller to death and wounded Delroy Smith.

13. On or about January 1, 1989, co-conspirator Phillip Pierre shot co-conspirator George Chang to death in a residence in Queens, New York.

14. On or about January 1, 1989, defendant DEAN BECKFORD

RJ-000194

assisted in disposing of the body of George Chang after his murder.

15. On or about an unknown date in 1989, defendant DEAN BECKFORD became the leader of the "Poison Clan".

16. Beginning on or about an unknown date in January, 1989, defendant DEAN BECKFORD travelled to Richmond, Virginia, to distribute "crack" cocaine for the "Poison Clan" with "workers" he recruited in New York, many under the age of eighteen years old, including, but not limited to, the following: co-conspirators Tracy Lavache and James Phillips.

17. From in or about January 1989 until in or about October 11, 1989, defendants DEAN BECKFORD, MERVIN BENJAMIN and TERRY JOHNSON and other co-conspirators did utilize 2222 West Grace Street, Richmond, Virginia, as a location for the storage of "crack" cocaine that was intended for further distribution.

18. On or about October 9, 1989, defendant DEAN BECKFORD shot co-conspirator Tracy Lavache on Rose Avenue in Richmond, Virginia, and then, acting with the assistance of defendant CLAUDE DENNIS, transported Lavache in the trunk of an automobile and left Lavache for dead in a wooded area near Williamsburg, Virginia.

19. On or about October 11, 1989, defendants DEAN BECKFORD and MERVIN BENJAMIN, along with co-conspirator Heston Benjamin aka "Kaz", did store "crack" cocaine and firearms at the location of 2222 West Grace Street, Richmond, Virginia.

20. On or about October 11, 1989, defendant DEAN BECKFORD falsely told a Richmond Police Officer that his true name was "Daniel Davis" at the time of this arrest on charges resulting from

41

the seizure of "crack" cocaine from 2222 West Grace Street, Richmond, Virginia, on or about October 11, 1989.

21. On or about October 12, 1989, defendant TERRY JOHNSON, along with another co-conspirator, entered 2222 West Grace Street, Richmond, Virginia, and removed approximately two (2) kilograms of "crack" cocaine and several firearms.

22. On or about October 13, 1989, an unindicted co-conspirator delivered approximately two (2) kilograms of "crack" cocaine and several firearms, which had been removed from 2222 West Grace Street in Richmond, Virginia, to defendant CLAUDE DENNIS.

23. On or about an unknown date in December of 1989, defendant DEAN BECKFORD visited Tracy Lavache in the Richmond City Jail and attempted to prevent Lavache from testifying against him.

24. On or about an unknown date in late 1989 or early 1990, defendant DEAN BECKFORD jumped bond in Richmond, Virginia, and returned to Brooklyn, New York.

25. On or about an unknown date in late 1989 or early 1990, the defendant DEVON BECKFORD travelled from Brooklyn, New York to Richmond, Virginia, to supervise the drug trafficking activities of the "Poison Clan" in Virginia.

26. On or about January 12, 1990, defendant DEAN BECKFORD supplied co-conspirator Peter Paul aka "Sluggie" with a quantity of "crack" cocaine for sale on behalf of the "Poison Clan" in East Orange, New Jersey.

27. On or about April 19, 1990, defendant DAVID GANT possessed a quantity of "crack" cocaine in Allegheny County,

42

RJ-000196

Pennsylvania.

28. On or about May 22, 1990, defendant DEAN BECKFORD failed to appear, under the fictitious name of "Daniel Davis", in the Circuit Court for the City of Richmond, Virginia, on charges resulting from the seizure of "crack" cocaine from 2222 West Grace Street, Richmond, Virginia, on or about October 11, 1989.

29. On or about July 4, 1990, on Rose Avenue in Richmond, Virginia, defendant RICHARD BECKFORD possessed a 15 shot Taurus 9mm semi-automatic pistol and a Taurus .357 caliber revolver.

30. On or about October 1, 1990, in Pittsburgh, Pennsylvania, defendants GREGORY BLACK and LOUIS BRONSON KING did possess a quantity of "crack" cocaine with the intent to distribute it.

31. On or about October 22, 1990, the defendants DEVON BECKFORD and ANDREW O'BRIEN, acting with the aid of other co-conspirators, abducted Carlos R. Lugo aka "C-Low" and John Dedmon aka "York" in Virginia Beach, Virginia.

32. On or about October 22, 1990, defendant ANDREW O'BRIEN, aided and abetted by defendant DEVON BECKFORD, shot and killed Wesley E. Stewart aka "English" at the Old Colony Motel in Virginia Beach, Virginia.

33. On or about October 22, 1990, the defendant ANDREW O'BRIEN took Carlos Lugo aka "C-Low" from Virginia Beach, Virginia to Richmond, Virginia, where he placed Lugo on a bus to New York City and instructed Lugo not to return to Virginia for at least two months.

34. On or about October 22, 1990, defendant DEVON BECKFORD

43

RJ-000197

took possession of the firearms used during the murder of Wesley Stewart aka "English" and the kidnappings of Carlos Lugo aka "C-Low" and John Dedmon aka "York".

35.  On or about May 2, 1991, on Rose Avenue, in Richmond, Virginia, the defendant RICHARD BECKFORD repeatedly discharged a firearm in order to "clear" the street.

36.  On or about April 9, 1993, defendant ANDREW WILLIAMS, using the alias of "Shariff Walker", transported a quantity of "crack" cocaine in a station wagon while in route to the Rose Avenue area of Richmond, Virginia.

37.  On or about an unknown date in September of 1993, defendant DEAN BECKFORD instructed defendant DEVON BECKFORD and co-conspirator Collin Joseph to sell "weight" quantities of "crack" cocaine in Richmond, Virginia, instead of street level quantities.

38.  On or about September 9, 1993, defendant LLEWELLEN SMITH rented Apartment 11 at 7 North Boulevard, Richmond, Virginia, for use as a "stash house" for the "Poison Clan".

39.  On or about November 10, 1993, defendant CRAIG MURPHY and co-conspirator Richard Murphy did transport approximately four hundred sixty-eight (468) grams of "crack" cocaine and a .357 revolver behind the dashboard of a 1989 Dodge Shadow in Harford County, Maryland, while travelling from New York to Virginia.

40.  On or about November 19, 1993, defendant RICHARD THOMAS shot Maurice Robinson in the leg at the location of 2336 Drake Street, Richmond, Virginia, when Robinson's associate refused to purchase "crack" cocaine from THOMAS because of his dissatisfaction

44

RJ-000198

with the quality of THOMAS' "crack" cocaine.

41.   On or about an unknown date at the end of 1993 or the beginning of 1994, defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirator Peter Paul, while travelling in a 1986 Toyota Cressida, took control of the Windsor Apartments area on Lynhaven area in Richmond, Virginia, by firing a SKS semi-automatic rifle into an apartment on Lynhaven Avenue in Richmond, Virginia.

42.   On or about an unknown date in December of 1993, defendant DEVON BECKFORD asked Anthony Baylor aka "Mo" aka "Reds" to sell "crack" cocaine for the "Poison Clan" from the location of 20 North 31st Street, Richmond, Virginia.   Baylor refused the request.

43.   On or about an unknown date in December, 1993, the defendant DEVON BECKFORD instructed defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph to murder Anthony Baylor and any other person inside the location of 20 North 31st Street, Richmond, Virginia, due to Baylor's refusal to sell "crack" cocaine from the location of 20 North 31st Street, Richmond, Virginia.   Defendant DEVON BECKFORD also instructed defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph to steal any money and\or drugs contained within 20 North 31 Street, Richmond, Virginia, at the time of the murder.

44.   On or about January 3, 1994, defendant WAYNE DOUGLAS SMITH transported approximately five (5) kilograms of "crack" cocaine in the secret compartment of a Bonneville automobile from

45

RJ-000199

Queens, New York, to Baltimore, Maryland, and Richmond, Virginia, for further distribution by members of the "Poison Clan" in those cities.

45. On or about January 3, 1994, defendant WAYNE DOUGLAS SMITH delivered approximately three (3) kilograms of "crack" cocaine of the five (5) kilograms that he had transported in the secret compartment of a Bonneville automobile to defendant DEVON BECKFORD at Apartment 11, 7 North Boulevard in Richmond, Virginia, for further distribution by members of the "Poison Clan" in Richmond, Virginia.

46. On various dates in January of 1994, defendants DEVON BECKFORD, LEONEL CAZACO, RICHARD THOMAS and WAYNE DOUGLAS SMITH and co-conspirators Peter Paul and Collin Joseph performed surveillance trips of the location of 20 North 31st Street, Richmond, Virginia, in preparation of the murder of the occupants of this location.

47. On or about January 12, 1994, defendant DEVON BECKFORD gave co-conspirator Collin Joseph a .41 Magnum caliber firearm, which was subsequently given to defendant RICHARD THOMAS for use during the murder of the inhabitants of 20 North 31st Street, Richmond, Virginia. Defendant DEVON BECKFORD retrieved the .41 Magnum caliber firearm from a secret compartment located inside 1431 Oakhurst Lane, Richmond, Virginia.

48. On or about January 12, 1994, the defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph travelled in a 1986 Toyota Cressida to the location of 20 North 31st Street, Richmond, Virginia, in order to murder the

46

occupants of this location.

49.  On or about January 12, 1994, defendants LEONEL CAZACO and RICHARD THOMAS shot Anthony Baylor, Marco Baylor and Anthony Merrit to death and critically wounded Charles Meekins inside the location of 20 North 31st Street, Richmond, Virginia, while acting upon the instructions of defendant DEVON BECKFORD.

50.  On or about January 12, 1994, defendant DEVON BECKFORD instructed defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph to dispose of the weapons that CAZACO and THOMAS had used to murder the occupants of 20 North 31st Street, Richmond, Virginia.

51.  On or about January 12, 1994, defendants DEVON BECKFORD, LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph divided amongst themselves the items (including a necklace, a ring and marijuana) taken from inside 20 North 31st Street, Richmond, Virginia.

52.  On or about January 12, 1994, defendant DEVON BECKFORD instructed defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph to dispose of a pager taken from Marco Baylor, the 9 mm firearm and the .41 magnum shell casings from the murder at 20 North 31st Street, Richmond, Virginia.

53.  On or about January 12, 1994, defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph attempted to hide the pager and the .41 magnum shell casings from the murder at 20 North 31st Street, Richmond, Virginia, by throwing

47

RJ-000201

them in a wooded area across from 5603 Westover Drive, Richmond, Virginia.

54. On or about January 12, 1994, defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph attempted to hide part of the 9 mm firearm used in the murder at 20 North 31st Street, Richmond, Virginia, by throwing it in a wooded area across from 1003 Athens Avenue, Richmond, Virginia.

55. On or about January 12, 1994, defendant WAYNE DOUGLAS SMITH travelled from Richmond, Virginia, to Brooklyn, New York, to pickup approximately two (2) kilograms of "crack" cocaine.

56. On or about January 26, 1994, defendant LEONEL CAZACO assisted co-conspirator Collin Joseph in the distribution of "crack" cocaine from the Inter-Continental Motel at 2929 Chamberlayne Avenue, Richmond, Virginia.

57. On or about May 30, 1994, defendants DEVON BECKFORD, RICARDO LAIDLAW, WAYNE DOUGLAS SMITH and co-conspirator Collin Joseph travelled from Richmond, Virginia to Queens, New York and met with defendant DEAN BECKFORD.

58. On or about May 30, 1994, defendant DEAN BECKFORD converted or "cooked" a quantity of powder cocaine into approximately two (2) kilograms of "crack" cocaine.

59. On or about May 31, 1994, defendant WAYNE DOUGLAS SMITH transported approximately two (2) kilograms of "crack" cocaine in the secret compartment of a Bonneville automobile from Queens, New York to Richmond, Virginia.

60. On or about June 29, 1994, defendant DAVID GANT possessed

48

RJ-000202

a quantity of "crack" cocaine in Baltimore, Maryland.

61. On or about October 17, 1994, defendant WAYNE DOUGLAS SMITH possessed a quantity of "crack" cocaine, a .357 magnum revolver and thirty-seven thousand, one hundred seventy-seven dollars ($37,177) in United States Currency at 94-25 Lefferts Boulevard, Queens, New York.

62. On or about March 9, 1995, defendant DEVON BECKFORD purchased a .45 caliber automatic firearm and provided the address of defendant RICHARD BECKFORD as his address.

63. On or about March 22, 1995, defendants LEONEL CAZACO and GREGORY BLACK did possess a quantity of "crack" cocaine inside the location of 2348 Drake Street, Richmond, Virginia.

64. On or about October 6, 1995, defendants CRAIG MURPHY and DAVID GANT did possess a quantity of "crack" cocaine and a firearm behind the console in the passenger compartment of a 1987 Volkswagen. Defendant CRAIG MURPHY also possessed United States currency in the amount of one thousand one hundred ninety-eight dollars ($1,198) on his person.

65. On or about October 20, 1995, defendant MERVIN BENJAMIN delivered a "Big Eight" of "crack" cocaine, referring to approximately 125 grams of "crack" cocaine, to co-conspirator Peter Paul aka "Sluggie" at Apartment 12, 2400 Barton Avenue, Richmond, Virginia.

66. On multiple occasions from September of 1994 until November of 1995, defendant MERVIN BENJAMIN distributed quantities

49

RJ-000203

of "crack" cocaine in excess of fifty (50) grams to an unindicted coconspirator in Richmond, Virginia.

(In violation of Title 21, United States Code, Section 846.)

RJ-000204

## COUNT FOUR

## CONTINUING CRIMINAL ENTERPRISE

THE GRAND JURY FURTHER CHARGES THAT:

From in 1987, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including June 6, 1996, in the Eastern District of Virginia, and elsewhere within the jurisdiction of the Court, the defendants

                    DEAN ANTHONY BECKFORD,
                         aka "Smiles"
                         aka "Smiley"
                         aka "Daniel Davis"
                         aka "Milo"

                    DEVON DALE BECKFORD,
                         aka "Chubbs"
                         aka "Trubbey"
                         aka "Bull" or "Big Bull"
                         aka "Fats"

                    CHARLES O. BRACKET,
                         aka "Charlie"
                         aka "Chase"
                         aka "C"

                    MERVIN S. BENJAMIN,
                         aka "Benjie"

                    ANDREW CHRISTOPHER O'BRIEN,
                         aka "Indian"
                         aka "Cuban"

did unlawfully, intentionally and knowingly engage in a Continuing Criminal Enterprise, that is, they did violate Title 21, United States Code, Sections 841 and 846, including, but not limited to, those violations alleged in Count Three of this indictment, which are realleged and incorporated by reference herein, and did commit other violations of said statutes, which violations were part of a continuing series of violations of said statutes by the defendants,

51

RJ-000205

undertaken in concert with at least five other persons with respect to whom the defendants occupied the positions of organizer, supervisor, and manager, and from which the defendants obtained substantial income and resources.

(In violation of Title 21, United States Code, Section 848).

RJ-000206

## COUNT FIVE

## MURDER IN FURTHERANCE OF CONTINUING CRIMINAL ENTERPRISE

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 4, 1988, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

> DEAN ANTHONY BECKFORD,
> aka "Smiles"
> aka "Smiley"
> aka "Daniel Davis"
> aka "Milo"
>
> CLAUDE GERALD DENNIS,
> aka "Jerry Lubin"
> aka "Jerry"
> aka "G-Man"

while engaged in and working in furtherance of a Continuing Criminal Enterprise as defined by Title 21, United States Code, Section 848(c), as charged in Count Four of this indictment, which is realleged and incorporated herein, and while engaged in an offense punishable under Title 21, United States Code, Section 841(b)(1)(A), to wit: a conspiracy to possess with intent to distribute and to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack", as charged in Count Three of this indictment, which is realleged and incorporated herein, did knowingly, intentionally, and unlawfully kill and counsel, command, induce, procure, and cause the intentional killing of Dasmond Miller, and such killing resulted, and did aid, abet, and assist one another and others in the commission of said offense.

(In violation of Title 21, United States Code, Section 848(e)(1)(A) and Title 18, United States Code, Section 2).

RJ-000207

## COUNT SIX

### MURDER IN FURTHERANCE OF CONTINUING CRIMINAL ENTERPRISE

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 4, 1988, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

> DEAN ANTHONY BECKFORD,
> aka "Smiles"
> aka "Smiley"
> aka "Daniel Davis"
> aka "Milo"
>
> CLAUDE GERALD DENNIS,
> aka "Jerry Lubin"
> aka "Jerry"
> aka "G-Man"

while engaged in and working in furtherance of a Continuing Criminal Enterprise as defined by Title 21, United States Code, Section 848(c), as charged in Count Four of this indictment, which is realleged and incorporated herein, and while engaged in an offense punishable under Title 21, United States Code, Section 841(b)(1)(A), to wit: a conspiracy to possess with intent to distribute and to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack", as charged in Count Three of this indictment, which is realleged and incorporated herein, did knowingly, intentionally, and unlawfully kill and counsel, command, induce, procure, and cause the intentional killing of Sherman Ambrose, and such killing resulted, and did aid, abet, and assist one another and others in the commission of said offense.

(In violation of Title 21, United States Code, Section 848(e)(1)(A) and Title 18, United States Code, Section 2).

54

## COUNT SEVEN

### MURDER IN FURTHERANCE OF CONTINUING CRIMINAL ENTERPRISE

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 22, 1990, at Virginia Beach, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

> DEVON DALE BECKFORD,
>   aka "Chubbs"
>   aka "Trubbey"
>   aka "Bull" or "Big Bull"
>   aka "Fats"

while engaged in and working in furtherance of a Continuing Criminal Enterprise as defined by Title 21, United States Code, Section 848(c), as charged in Count Four of this indictment, which is realleged and incorporated herein, and while engaged in an offense punishable under Title 21, United States Code, Section 841(b)(1)(A), to wit: a conspiracy to possess with intent to distribute and to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack", as charged in Count Three of this indictment, which is realleged and incorporated herein, did knowingly, intentionally, and unlawfully kill and counsel, command, induce, procure, and cause the intentional killing of Wesley Stewart aka "English", and such killing resulted, and did aid, abet, and assist others in the commission of said offense.

(In violation of Title 21, United States Code, Section 848(e)(1)(A) and Title 18, United States Code, Section 2).

55

RJ-000209

ASSAULT WITH DANGEROUS WEAPON IN AID OF RACKETEERING ACTIVITY

THE GRAND JURY FURTHER CHARGES THAT:

A. The "Poison Clan", as described in paragraphs 1 through 8 of Count One of this Indictment, which is realleged and incorporated herein, was an enterprise as defined by Title 18, United States Code, Section 1959(b)(2), that is a group of individuals associated in fact that was engaged in, and its activities affected, interstate commerce.

B. The "Poison Clan", through its members and associates, engaged in racketeering activity, that is acts involving murder, kidnapping and robbery in violation of Sections 18.2-32, 18.2-47 and 18.2-58 of the Code of Virginia and drug trafficking in violation of Title 21, United States Code, Section 841 and 846 as set forth in Counts One and Two.

C. On or about November 19, 1993, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

> RICHARD ANTHONY THOMAS,
> aka "Spooky"
> aka "Richie"
> aka "Mark Andrew Taylor"

did knowingly, intentionally and unlawfully assault Maurice Robinson with a dangerous weapon in violation of § 18.2-51 of the Code of Virginia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value from an enterprise engaged in racketeering activity, and for the purpose of gaining entrance to and

56

maintaining and increasing position in an enterprise engaged in racketeering activity.

(In violation of Title 18, United States Code, Section 1959(a)(3)).

RJ-000211

## USE AND CARRYING A FIREARM DURING VIOLENT CRIME

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 19, 1993, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

RICHARD ANTHONY THOMAS,
aka "Spooky"
aka "Richie"
aka "Mark Andrew Taylor"

did knowingly and unlawfully use and carry a firearm during and in relation to a crime of violence, that is a violation of Title 18, United States Code, Section 1959(a)(3) as set forth in Count Eight of this Indictment, which is a felony prosecutable in a Court of the United States.

(In violation of Title 18, United States Code, Section 924(c).

58

## MURDER IN FURTHERANCE OF CONTINUING CRIMINAL ENTERPRISE

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

> DEVON DALE BECKFORD,
> aka "Chubbs"
> aka "Trubbey"
> aka "Bull" or "Big Bull"
> aka "Fats"
>
> LEONEL ROMEO CAZACO,
> aka "Jimmy Fingers"
> aka "Frank Nisbett"
> aka "James Romeo Nelson"
> aka "Phil"
> aka "Scott"
>
> RICHARD ANTHONY THOMAS,
> aka "Spooky"
> aka "Richie"
> aka "Mark Andrew Taylor"

while engaged in and working in furtherance of a Continuing Criminal Enterprise as defined by Title 21, United States Code, Section 848(c), as charged in Count Four of this indictment, which is realleged and incorporated herein, and while engaged in an offense punishable under Title 21, United States Code, Section 841(b)(1)(A), to wit: a conspiracy to possess with intent to distribute and to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack", as charged in Count Three of this indictment, which is realleged and incorporated herein, did knowingly, intentionally, and unlawfully kill and counsel, command,

59

induce, procure, and cause the intentional killing of Anthony Baylor, and such killing resulted, and did aid, abet, and assist one another and others in the commission of said offense.

(In violation of Title 21, United States Code, Section 848(e)(1)(A) and Title 18, United States Code, Section 2).

RJ-000214

## COUNT ELEVEN

## MURDER IN FURTHERANCE OF CONTINUING CRIMINAL ENTERPRISE

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

>
> DEVON DALE BECKFORD,
> aka "Chubbs"
> aka "Trubbey"
> aka "Bull" or "Big Bull"
> aka "Fats"
>
> LEONEL ROMEO CAZACO,
> aka "Jimmy Fingers"
> aka "Frank Nisbett"
> aka "James Romeo Nelson"
> aka "Phil"
> aka "Scott"
>
> RICHARD ANTHONY THOMAS,
> aka "Spooky"
> aka "Richie"
> aka "Mark Andrew Taylor"

while engaged in and working in furtherance of a Continuing Criminal Enterprise as defined by Title 21, United States Code, Section 848(c), as charged in Count Four of this indictment, which is realleged and incorporated herein, and while engaged in an offense punishable under Title 21, United States Code, Section 841(b)(1)(A), to wit: a conspiracy to possess with intent to distribute and to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack", as charged in Count Three of this indictment, which is realleged and incorporated herein, did knowingly, intentionally, and unlawfully kill and counsel, command,

61

induce, procure, and cause the intentional killing of Marco Baylor, and such killing resulted, and did aid, abet, and assist one another and others in the commission of said offense.

(In violation of Title 21, United States Code, Section 848(e)(1)(A) and Title 18, United States Code, Section 2).

RJ-000216

<u>COUNT TWELVE</u>

<u>MURDER IN FURTHERANCE OF CONTINUING CRIMINAL ENTERPRISE</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

    DEVON DALE BECKFORD,
     aka "Chubbs"
     aka "Trubbey"
     aka "Bull" or "Big Bull"
     aka "Fats"

    LEONEL ROMEO CAZACO,
     aka "Jimmy Fingers"
     aka "Frank Nisbett"
     aka "James Romeo Nelson"
     aka "Phil"
     aka "Scott"

    RICHARD ANTHONY THOMAS,
     aka "Spooky"
     aka "Richie"
     aka "Mark Andrew Taylor"

while engaged in and working in furtherance of a Continuing Criminal Enterprise as defined by Title 21, United States Code, Section 848(c), as charged in Count Four of this indictment, which is realleged and incorporated herein, and while engaged in an offense punishable under Title 21, United States Code, Section 841(b)(1)(A), to wit: a conspiracy to possess with intent to distribute and to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack", as charged in Count Three of this indictment, which is realleged and incorporated herein, did knowingly, intentionally, and unlawfully kill and counsel, command,

63

RJ-000217

induce, procure, and cause the intentional killing of Anthony Merrit, and such killing resulted, and did aid, abet, and assist one another and others in the commission of said offense.

(In violation of Title 21, United States Code, Section 848(e)(1)(A) and Title 18, United States Code, Section 2).

RJ-000218

## COUNT THIRTEEN

## CONSPIRACY TO MURDER IN AID OF RACKETEERING ACTIVITY

THE GRAND JURY FURTHER CHARGES THAT:

A.   Paragraphs A and B of Count Eight are realleged and incorporated herein as if fully set forth.

B.   On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

        DEVON DALE BECKFORD,
             aka "Chubbs"
             aka "Trubbey"
             aka "Bull" or "Big Bull"
             aka "Fats"

        LEONEL ROMEO CAZACO,
             aka "Jimmy Fingers"
             aka "Frank Nisbett"
             aka "James Romeo Nelson"
             aka "Phil"
             aka "Scott"

        RICHARD ANTHONY THOMAS,
             aka "Spooky"
             aka "Richie"
             aka "Mark Andrew Taylor"

        WAYNE DOUGLAS SMITH,
             aka "Dougie"

did unlawfully, knowingly, and intentionally combine, conspire, confederate and agree with each other and with other persons, known and unknown to the Grand Jury, to cause the murder of Anthony Baylor and any other person inside the location of 20 North 31st Street, Richmond, Virginia, in violation of § 18.2-32 of the Code of Virginia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value from an enterprise engaged in racketeering

65

activity, and for the purpose of gaining entrance to and maintaining and increasing position in an enterprise engaged in racketeering activity.

## Overt Acts in Furtherance of Conspiracy

In furtherance of the conspiracy and to achieve the objects thereof, the defendants and their co-conspirators, known and unknown to the Grand Jury, committed and caused to be committed the following overt acts in the Eastern District of Virginia and elsewhere:

1. On or about an unknown date in December, 1993, defendant DEVON BECKFORD asked Anthony Baylor aka "Mo" aka "Reds" to sell "crack" cocaine for the "Poison Clan" from the location of 20 North 31st Street, Richmond, Virginia. Baylor refused the request.

2. On or about an unknown date in December, 1993, the defendant DEVON BECKFORD instructed defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph to murder Anthony Baylor and any other person inside the location of 20 North 31st Street, Richmond, Virginia, due to Baylor's refusal to sell "crack" cocaine from the location of 20 North 31st Street, Richmond, Virginia. Defendant DEVON BECKFORD also instructed defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph to steal any money and\or drugs contained within 20 North 31 Street, Richmond, Virginia, at the time of the murder.

3. On various dates in January, 1994, defendants DEVON BECKFORD, LEONEL CAZACO, RICHARD THOMAS and WAYNE DOUGLAS SMITH and

66

RJ-000220

co-conspirators Peter Paul and Collin Joseph performed surveillance trips of the location of 20 North 31st Street, Richmond, Virginia, in preparation of the murder of the occupants of this location.

4. On or about January 12, 1994, the defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph travelled in a 1986 Toyota Cressida to the location of 20 North 31st Street, Richmond, Virginia, in order to murder the occupants of this location.

5. On or about January 12, 1994, defendant DEVON BECKFORD gave co-conspirator Collin Joseph a .41 Magnum caliber firearm, which was subsequently given to defendant RICHARD THOMAS for use during the murder of the inhabitants of 20 North 31st Street, Richmond, Virginia. Defendant DEVON BECKFORD retrieved the .41 Magnum caliber firearm from a secret compartment located inside 1431 Oakhurst Lane, Richmond, Virginia.

6. On or about January 12, 1994, defendants LEONEL CAZACO and RICHARD THOMAS shot Anthony Baylor, Marco Baylor and Anthony Merrit to death and critically wounded Charles Meekins inside the location of 20 North 31st Street, Richmond, Virginia, while acting upon the instructions of defendant DEVON BECKFORD.

7. On or about January 12, 1994, defendant DEVON BECKFORD instructed defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph to dispose of the weapons that CAZACO and THOMAS used to murder the occupants of 20 North 31st Street, Richmond, Virginia.

8. On or about January 12, 1994, defendants DEVON BECKFORD,

67

LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph divided amongst themselves the items (including a necklace, a ring and marijuana) taken from inside 20 North 31st Street, Richmond, Virginia.

9. On or about January 12, 1994, defendant DEVON BECKFORD instructed defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph to dispose of a pager taken from Marco Baylor, the 9 mm firearm and the .41 magnum shell casings from the murder at 20 North 31st Street, Richmond, Virginia.

10. On or about January 12, 1994, defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph attempted to dispose of the pager and the .41 magnum shell casings from the murder at 20 North 31st Street, Richmond, Virginia, by throwing them in a wooded area across from 5603 Westover Drive, Richmond, Virginia.

11. On or about January 12, 1994, defendants LEONEL CAZACO and RICHARD THOMAS and co-conspirators Peter Paul and Collin Joseph attempted to dispose of part of the 9 mm firearm used in the murder at 20 North 31st Street, Richmond, Virginia, by throwing it in a wooded area across from 1003 Athens Avenue, Richmond, Virginia.

(In violation of Title 18, United States Code, Section 1959(a)(5)).

RJ-000222

## COUNT FOURTEEN

## MURDER IN AID OF RACKETEERING ACTIVITY

THE GRAND JURY FURTHER CHARGES THAT:

A.    Paragraphs A and B of Count Eight are realleged and incorporated herein as if fully set forth.

B.    On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

> DEVON DALE BECKFORD,
>     aka "Chubbs"
>     aka "Trubbey"
>     aka "Bull" or "Big Bull"
>     aka "Fats"
>
> LEONEL ROMEO CAZACO,
>     aka "Jimmy Fingers"
>     aka "Frank Nisbett"
>     aka "James Romeo Nelson"
>     aka "Phil"
>     aka "Scott"
>
> RICHARD ANTHONY THOMAS,
>     aka "Spooky"
>     aka "Richie"
>     aka "Mark Andrew Taylor"

did knowingly, willfully, and unlawfully cause the murder of Anthony Baylor in violation of § 18.2-32 of the Code of Virginia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value from an enterprise engaged in racketeering activity, and for the purpose of gaining entrance to and maintaining and increasing position in an enterprise engaged in racketeering activity, and did aid, abet, and assist one another and others in the commission of said offense.

(In violation of Title 18, United States Code, Sections 1959(a)(1) and 2).

69

RJ-000223

## MURDER IN AID OF RACKETEERING ACTIVITY

THE GRAND JURY FURTHER CHARGES THAT:

A.    Paragraphs A and B of Count Eight are realleged and incorporated herein as if fully set forth.

B.    On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

> DEVON DALE BECKFORD,
> aka "Chubbs"
> aka "Trubbey"
> aka "Bull" or "Big Bull"
> aka "Fats"
>
> LEONEL ROMEO CAZACO,
> aka "Jimmy Fingers"
> aka "Frank Nisbett"
> aka "James Romeo Nelson"
> aka "Phil"
> aka "Scott"
>
> RICHARD ANTHONY THOMAS,
> aka "Spooky"
> aka "Richie"
> aka "Mark Andrew Taylor"

did knowingly, willfully, and unlawfully cause the murder of Marco Baylor in violation of § 18.2-32 of the Code of Virginia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value from an enterprise engaged in racketeering activity, and for the purpose of gaining entrance to and maintaining and increasing position in an enterprise engaged in racketeering activity, and did aid, abet, and assist one another and others in the commission of said offense.

(In violation of Title 18, United States Code, Sections 1959(a)(1) and 2).

70

## MURDER IN AID OF RACKETEERING ACTIVITY

THE GRAND JURY FURTHER CHARGES THAT:

A.  Paragraphs A and B of Count Eight are realleged and incorporated herein as if fully set forth.

B.  On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

        DEVON DALE BECKFORD,
           aka "Chubbs"
           aka "Trubbey"
           aka "Bull" or "Big Bull"
           aka "Fats"

        LEONEL ROMEO CAZACO,
           aka "Jimmy Fingers"
           aka "Frank Nisbett"
           aka "James Romeo Nelson"
           aka "Phil"
           aka "Scott"

        RICHARD ANTHONY THOMAS,
           aka "Spooky"
           aka "Richie"
           aka "Mark Andrew Taylor"

did knowingly, willfully, and unlawfully cause the murder of Anthony Merrit in violation of § 18.2-32 of the Code of Virginia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value from an enterprise engaged in racketeering activity, and for the purpose of gaining entrance to and maintaining and increasing position in an enterprise engaged in racketeering activity, and did aid, abet, and assist one another and others in the commission of said offense.

(In violation of Title 18, United States Code, Sections 1959(a)(1) and 2).

71

ASSAULT WITH DANGEROUS WEAPON IN AID OF RACKETEERING ACTIVITY

THE GRAND JURY FURTHER CHARGES THAT:

A.    Paragraphs A and B of Count Eight are realleged and incorporated herein as if fully set forth.

B.    On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

> DEVON DALE BECKFORD,
> aka "Chubbs"
> aka "Trubbey"
> aka "Bull" or "Big Bull"
> aka "Fats"
>
> LEONEL ROMEO CAZACO,
> aka "Jimmy Fingers"
> aka "Frank Nisbett"
> aka "James Romeo Nelson"
> aka "Phil"
> aka "Scott"
>
> RICHARD ANTHONY THOMAS,
> aka "Spooky"
> aka "Richie"
> aka "Mark Andrew Taylor"

did knowingly, willfully, and unlawfully assault Charles Meekins with a dangerous weapon in violation of § 18.2-51 of the Code of Virginia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value from an enterprise engaged in racketeering activity, and for the purpose of gaining entrance to and maintaining and increasing position in an enterprise engaged in racketeering activity, and did aid, abet, and assist one another and others in the commission of said offense.

(In violation of Title 18, United States Code, Sections 1959(a)(3) and 2).

72

## COUNT EIGHTEEN

## USE AND CARRYING A FIREARM DURING VIOLENT CRIME

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 12, 1994, at Richmond, Virginia, in the
Eastern District of Virginia and elsewhere within the jurisdiction
of the Court, the defendants

>            DEVON DALE BECKFORD,
>                 aka "Chubbs"
>                 aka "Trubbey"
>                 aka "Bull" or "Big Bull"
>                 aka "Fats"
>
>            LEONEL ROMEO CAZACO,
>                 aka "Jimmy Fingers"
>                 aka "Frank Nisbett"
>                 aka "James Romeo Nelson"
>                 aka "Phil"
>                 aka "Scott"
>
>            RICHARD ANTHONY THOMAS,
>                 aka "Spooky"
>                 aka "Richie"
>                 aka "Mark Andrew Taylor"

did knowingly and unlawfully use and carry a firearms, to wit: a
9 mm Ruger semi-automatic pistol and a .41 caliber revolver, during
and in relation to a crime of violence, that is violations of Title
18, United States Code, Section 1959(a)(1) as set forth in Counts
Fourteen through Seventeen of this Indictment, which are felonies
prosecutable in a Court of the United States, and did aid, abet,
assist, counsel, induce and procure one another and others in the
commission of said offense.

(In violation of Title 18, United States Code, Sections 924(c)
and 2).

73

RJ-000227

## COUNT NINETEEN

## POSSESSION OF A FIREARM BY A CONVICTED FELON

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

> LEONEL ROMEO CAZACO,
> aka "Jimmy Fingers"
> aka "Frank Nisbett"
> aka "James Romeo Nelson"
> aka "Phil"
> aka "Scott"

having previously been convicted in a court of Harford County, Maryland, of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit: a 9 mm Ruger semi-automatic pistol, in and affecting interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

74

RJ-000228

## COUNT TWENTY

### POSSESSION OF A FIREARM BY A FUGITIVE FROM JUSTICE

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 12, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

> RICHARD ANTHONY THOMAS,
> aka "Spooky"
> aka "Richie"
> aka "Mark Andrew Taylor"

while a fugitive from justice from a court of Essex County, New Jersey, did knowingly possess a firearm, to wit:  a .41 caliber revolver, in and affecting interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(2)).

RJ-000229

## COUNT TWENTY-ONE

## CONSPIRACY TO INTERFERE WITH COMMERCE BY ROBBERY

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 7, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

> LEONEL ROMEO CAZACO,
>     aka "Jimmy Fingers"
>     aka "Frank Nisbett"
>     aka "James Romeo Nelson"
>     aka "Phil"
>     aka "Scott"
>
> RICHARD ANTHONY THOMAS,
>     aka "Spooky"
>     aka "Richie"
>     aka "Mark Andrew Taylor"

did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together with each other and with other persons known and unknown to the Grand Jury, to obstruct, delay, and affect commerce and the movement of articles in commerce by robbery in violation of Title 18, United States Code, Section 1951.

## WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY

The primary purpose of the conspiracy was to lure Jose Hinton, a narcotics trafficker, from Henderson, North Carolina to Richmond, Virginia under the false pretense of selling him cocaine base, commonly known as "crack" cocaine, and then to rob him of any cash he possessed by the use of firearms. The ways, manner, and means by which this purpose was carried out included the following:

1. It was a part of the conspiracy that the defendants and unindicted co-conspirators promised to sell Jose Hinton

76

approximately 35 grams of "crack" cocaine for approximately one thousand four hundred dollars ($1,400) in United States currency.

2. It was further a part of the conspiracy that the defendants and unindicted co-conspirators met and planned the robbery in the Bellemeade area of Richmond, Virginia.

3. It was further a part of the conspiracy that the defendants LEONEL CAZACO and RICHARD THOMAS obtained loaded semi-automatic weapons to use in the course of the planned robbery.

<u>OVERT ACTS</u>

In furtherance of the conspiracy and to achieve the objects thereof, the defendants and their co-conspirators, known and unknown to the Grand Jury, committed and caused to be committed the following overt acts in the Eastern District of Virginia and elsewhere:

1. On or about April 7, 1994, in Richmond, Virginia, Christopher Harris, an unindicted co-conspirator, had a telephone conversation with Jose Hinton in which he promised to supply Hinton with approximately thirty-five (35) grams of "crack" cocaine in exchange for approximately one thousand four hundred dollars ($1,400) in cash.

2. On or about April 7, 1994, in Richmond, Virginia, defendants LEONEL CAZACO and RICHARD THOMAS and Christopher Harris and Corry Woody, an unindicted co-conspirator, agreed to rob Jose Hinton rather than provide him with "crack" cocaine.

3. On or about April 7, 1994, defendants LEONEL CAZACO and RICHARD THOMAS and Christopher Harris and Corry Woody caused Jose

RJ-000231

Hinton to travel from Henderson, North Carolina to Richmond, Virginia, with approximately one thousand four hundred dollars ($1,400) in cash.

4. On or about April 7, 1994, Christopher Harris led Jose Hinton and Walter Raynard Twitty to the Bellemeade area of Richmond, Virginia.

5. On or about April 7, 1994, Christopher Harris alerted the defendants RICHARD THOMAS and LEONEL CAZACO and Corry Woody that Jose Hinton had arrived with the money in the Bellemeade area of Richmond, Virginia.

6. On or about April 7, 1994, Christopher Harris, Jose Hinton, and Walter Raynard Twitty entered apartment number 10, 2503 Lynhaven Avenue, Richmond, Virginia.

7. On or about April 7, 1994, the defendant RICHARD THOMAS armed himself with a loaded 7.62 caliber Norinco SKS rifle with a 30 round magazine and a shortened barrel and stock.

8. On or about April 7, 1994, the defendant LEONEL CAZACO armed himself with a loaded .22 caliber pistol.

9. On or about April 7, 1994, the defendants LEONEL CAZACO and RICHARD THOMAS sneaked around to the alley behind 2503 Lynhaven Avenue, Richmond, Virginia, and laid in wait.

10. On or about April 7, 1994, Corry Woody, Jose Hinton, and Walter Raynard Twitty were outside apartment 10, 2503 Lynhaven Avenue, Richmond, Virginia, waiting for the source of "crack" cocaine to arrive.

11. On or about April 7, 1994, defendants LEONEL CAZACO and

78

RJ-000232

RICHARD THOMAS sprang from behind the alley, pointed their guns at Jose Hinton and Walter Raynard Twitty and attempted to rob them.

12. On or about April 7, 1994, defendants LEONEL CAZACO and RICHARD THOMAS intentionally shot Walter Raynard Twitty to death as he attempted to flee from them.

13. On or about April 7, 1994, defendant RICHARD THOMAS discarded the Norinco SKS 7.62 caliber sawed-off rifle near the murder scene in the bushes behind 2503 Lynhaven Avenue, Richmond, Virginia.

14. On or about April 7, 1994, defendants RICHARD THOMAS and LEONEL CAZACO fled to a residence on Drake Street in Richmond, Virginia.

(In violation of Title 18, United States Code, Section 1951(a)).

RJ-000233

## CONSPIRACY TO MURDER IN AID OF RACKETEERING ACTIVITY

THE GRAND JURY FURTHER CHARGES THAT:

A.  Paragraphs A and B of Count Eight are realleged and incorporated herein as if fully set forth.

B.  On or about April 7, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

> LEONEL ROMEO CAZACO,
>     aka "Jimmy Fingers"
>     aka "Frank Nisbett"
>     aka "James Romeo Nelson"
>     aka "Phil"
>     aka "Scott"
>
> RICHARD ANTHONY THOMAS,
>     aka "Spooky"
>     aka "Richie"
>     aka "Mark Andrew Taylor"

did unlawfully, knowingly, and willfully combine, conspire, confederate and agree with each other and with other persons, known and unknown to the Grand Jury, to cause the murder of Walter Twitty in violation of § 18.2-32 of the Code of Virginia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value from an enterprise engaged in racketeering activity, and for the purpose of gaining entrance to and maintaining and increasing position in an enterprise engaged in racketeering activity.

### Overt Acts in Furtherance of Conspiracy

In furtherance of the conspiracy and to achieve the objects thereof, the defendants and their co-conspirators, known and unknown to the Grand Jury, committed and caused to be committed the

RJ-000234

following overt acts in the Eastern District of Virginia and elsewhere:

1. On or about April 7, 1994, in Richmond, Virginia, Christopher Harris, an unindicted co-conspirator, had a telephone conversation with Jose Hinton in which he promised to supply Hinton with approximately thirty-five (35) grams of "crack" cocaine in exchange for approximately one thousand four hundred dollars ($1,400) in cash.

2. On or about April 7, 1994, in Richmond, Virginia, defendants LEONEL CAZACO and RICHARD THOMAS and Christopher Harris and Corry Woody, an unindicted co-conspirator, agreed to rob Jose Hinton rather than provide him with "crack" cocaine.

3. On or about April 7, 1994, defendants LEONEL CAZACO and RICHARD THOMAS and Christopher Harris and Corry Woody caused Jose Hinton to travel from Henderson, North Carolina to Richmond, Virginia, with approximately one thousand four hundred dollars ($1,400) in cash.

4. On or about April 7, 1994, Christopher Harris led Jose Hinton and Walter Raynard Twitty to the Bellemeade area of Richmond, Virginia.

5. On or about April 7, 1994, Christopher Harris alerted the defendants RICHARD THOMAS and LEONEL CAZACO and Corry Woody that Jose Hinton had arrived with the money in the Bellemeade area of Richmond, Virginia.

6. On or about April 7, 1994, Christopher Harris, Jose Hinton, and Walter Raynard Twitty entered apartment number 10, 2503

81

RJ-000235

Lynhaven Avenue, Richmond, Virginia.

7. On or about April 7, 1994, the defendant RICHARD THOMAS armed himself with a loaded 7.62 caliber Norinco SKS rifle with a 30 round magazine and a shortened barrel and stock.

8. On or about April 7, 1994, the defendant LEONEL CAZACO armed himself with a loaded .22 caliber pistol.

9. On or about April 7, 1994, the defendants LEONEL CAZACO and RICHARD THOMAS sneaked around to the alley behind 2503 Lynhaven Avenue, Richmond, Virginia, and laid in wait.

10. On or about April 7, 1994, Corry Woody, Jose Hinton, and Walter Raynard Twitty were outside apartment 10, 2503 Lynhaven Avenue, Richmond, Virginia, waiting for the source of "crack" cocaine to arrive.

11. On or about April 7, 1994, defendants LEONEL CAZACO and RICHARD THOMAS sprang from behind the alley, pointed their guns at Jose Hinton and Walter Raynard Twitty and attempted to rob them.

12. On or about April 7, 1994, defendants LEONEL CAZACO and RICHARD THOMAS intentionally shot Walter Raynard Twitty to death as he attempted to flee from them.

13. On or about April 7, 1994, defendant RICHARD THOMAS discarded the Norinco SKS 7.62 caliber sawed-off rifle near the murder scene in the bushes behind 2503 Lynhaven Avenue, Richmond, Virginia.

RJ-000236

14. On or about April 7, 1994, defendants RICHARD THOMAS and LEONEL CAZACO fled to a residence on Drake Street in Richmond, Virginia.

(All in violation of Title 18, United States Code, Section 1959(a)(5)).

RJ-000237

## COUNT TWENTY-THREE

## MURDER IN AID OF RACKETEERING ACTIVITY

THE GRAND JURY FURTHER CHARGES THAT:

A. Paragraphs A and B of Count Eight are realleged and incorporated herein as if fully set forth.

B. On or about April 7, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

      LEONEL ROMEO CAZACO,
          aka "Jimmy Fingers"
          aka "Frank Nisbett"
          aka "James Romeo Nelson"
          aka "Phil"
          aka "Scott"

      RICHARD ANTHONY THOMAS,
          aka "Spooky"
          aka "Richie"
          aka "Mark Andrew Taylor"

did knowingly, willfully, and unlawfully cause the murder of Walter Twitty in violation of § 18.2-32 of the Code of Virginia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value from an enterprise engaged in racketeering activity, and for the purpose of gaining entrance to and maintaining and increasing position in an enterprise engaged in racketeering activity, and did aid, abet, and assist one another and others in the commission of said offense.

(In violation of Title 18, United States Code, Sections 1959(a)(1) and 2).

84

## USE AND CARRYING A FIREARM DURING VIOLENT CRIME

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 7, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

> RICHARD ANTHONY THOMAS,
> aka "Spooky"
> aka "Richie"
> aka "Mark Andrew Taylor"

did knowingly and unlawfully use and carry a firearm, to wit: a loaded Norinco SKS 7.62 caliber semi-automatic rifle with the barrel modified to a length of less than 16 inches, constituting a short barrelled rifle as described in Title 18, United States Code, Section 921(a)(8), during and in relation to three crimes of violence, which are felonies prosecutable in a Court of the United States, to wit: 1) Conspiracy to Interfere with Interstate Commerce by Robbery, in violation of Title 18, United States Code, Section 1951, as charged in Count Twenty-two of this Indictment; 2) Conspiracy to Commit Murder in Aid of Racketeering Activity, in violation of Title 18, United States Code, Section 1959, as charged in Count Twenty-three of this Indictment; and 3) Murder in Aid of Racketeering Activity, in violation of Title 18, United States Code, Section 1959, as charged in Count Twenty-four of this Indictment.

(In violation of Title 18, United States Code, Sections 924(c) and 2).

85

## COUNT TWENTY-FIVE

## USE OF FIREARM DURING VIOLENT CRIME

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 7, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

> LEONEL ROMEO CAZACO,
> aka "Jimmy Fingers"
> aka "Frank Nisbett"
> aka "James Romeo Nelson"
> aka "Phil"
> aka "Scott"

did knowingly and unlawfully use a firearm, to wit: a loaded .22 caliber semi-automatic pistol, during and in relation to three crimes of violence, which are felonies prosecutable in a Court of the United States, to wit: 1) Conspiracy to Interfere with Interstate Commerce by Robbery, in violation of Title 18, United States Code, Section 1951, as charged in Count Twenty-two of this Indictment; 2) Conspiracy to Commit Murder in Aid of Racketeering Activity, in violation of Title 18, United States Code, Section 1959, as charged in Count Twenty-three of this Indictment; and 3) Murder in Aid of Racketeering Activity, in violation of Title 18, United States Code, Section 1959, as charged in Count Twenty-four of this Indictment.

(In violation of Title 18, United States Code, Sections 924(c) and 2).

86

## COUNT TWENTY-SIX

## POSSESSION OF A FIREARM BY A CONVICTED FELON

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 7, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

> LEONEL ROMEO CAZACO,
> aka "Jimmy Fingers"
> aka "Frank Nisbett"
> aka "James Romeo Nelson"
> aka "Phil"
> aka "Scott"

having previously been convicted in a court of Harford County, Maryland, of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit: a loaded .22 caliber semi-automatic pistol, in and affecting interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

87

RJ-000241

## POSSESSION OF A FIREARM BY A FUGITIVE FROM JUSTICE

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 7, 1994, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

> RICHARD ANTHONY THOMAS,
> aka "Spooky"
> aka "Richie"
> aka "Mark Andrew Taylor"

while a fugitive from justice from a court of Essex County, New Jersey, did knowingly possess a firearm, to wit: a loaded Norinco SKS 7.62 caliber semi-automatic rifle with the barrel modified to a length of less than 16 inches, in and affecting interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(2)).

88

## POSSESSION WITH INTENT TO DISTRIBUTE "CRACK" COCAINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 6, 1995, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendants

>                    DAVID LENDALL GANT,
>                         aka "Ryan"
>                         aka "Dreds"
>                         aka "Ryan Clark"
>                         aka "Ryan Daniel"
>                         aka "Dwight Reed"
>
>                    CRAIG MURPHY,
>                         aka "Desie McKinzie"
>                         aka "Voop"
>                         aka "Phil"
>                         aka "Jimmy Cuebas"
>                         aka "Alphonzo Reid"
>                         aka "Robert Bullock"

did unlawfully, knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is a mixture and substance which contains cocaine base, commonly known as "crack".

(In violation of Title 21, United States Code, Section 841(a)(1)).

89

RJ-000243

COUNT TWENTY-NINE

POSSESSION OF A FIREARM BY A CONVICTED FELON

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 6, 1995, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

> DAVID LENDALL GANT,
> aka "Ryan"
> aka "Dreds"
> aka "Ryan Clark"
> aka "Ryan Daniel"
> aka "Dwight Reed"

having previously been convicted in a court of Allegheny County, Pennsylvania, of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm in and affecting interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

RJ-000244

## COUNT THIRTY

### POSSESSION OF A FIREARM BY A CONVICTED FELON

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 6, 1995, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

> CRAIG MURPHY,
> aka "Desie McKinzie"
> aka "Voop"
> aka "Phil"
> aka "Jimmy Cuebas"
> aka "Alphonzo Reid"
> aka "Robert Bullock"

having previously been convicted in a court of Kings County, New York, of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm in and affecting interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

91

## COUNT THIRTY-ONE

## POSSESSION OF A FIREARM BY A FUGITIVE FROM JUSTICE

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 6, 1995, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

        CRAIG MURPHY,
           aka "Desie McKinzie"
           aka "Voop"
           aka "Phil"
           aka "Jimmy Cuebas"
           aka "Alphonzo Reid"
           aka "Robert Bullock"

while a fugitive from justice from a court of Harford County, Maryland, did knowingly possess a firearm in and affecting interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(2)).

RJ-000246

## COUNT THIRTY-TWO

## POSSESSION OF A FIREARM BY A FUGITIVE FROM JUSTICE

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 6, 1995, at Richmond, Virginia, in the Eastern District of Virginia and elsewhere within the jurisdiction of the Court, the defendant

> DAVID LENDALL GANT,
> aka "Ryan"
> aka "Dreds"
> aka "Ryan Clark"
> aka "Ryan Daniel"
> aka "Dwight Reed"

while a fugitive from justice from a court of Baltimore, Maryland, did knowingly possess a firearm in and affecting interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(2)).

RJ-000247

NOTICE OF FORFEITURE:  21 U.S.C. SECTION 853(a)

The allegations of Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a).  As a result of the offense charged in Count Three, defendants

DEAN ANTHONY BECKFORD,
     aka "Smiles"
     aka "Smiley"
     aka "Daniel Davis"
     aka "Milo"

DEVON DALE BECKFORD,
     aka "Chubbs"
     aka "Trubbey"
     aka "Bull" or "Big Bull"
     aka "Fats"

CHARLES O. BRACKET,
     aka "Charlie"
     aka "Chase"
     aka "C"

MERVIN S. BENJAMIN,
     aka "Benjie"

CLAUDE GERALD DENNIS,
     aka "Jerry Lubin"
     aka "Jerry"
     aka "G-Man"

LEONEL ROMEO CAZACO,
     aka "Jimmy Fingers"
     aka "Frank Nisbett"
     aka "James Romeo Nelson"
     aka "Phil"
     aka "Scott"

RICHARD ANTHONY THOMAS,
     aka "Spooky"
     aka "Richie"
     aka "Mark Andrew Taylor"

94

RJ-000248

ANDREW CHRISTOPHER O'BRIEN,
    aka "Indian"
    aka "Cuban"

RICARDO ALPHONSO LAIDLAW,
    aka "Melon"
    aka "Rick"
    aka "Richard Hinds"

WAYNE DOUGLAS SMITH,
    aka "Dougie"

RICHARD NEIL BECKFORD,
    aka "Ron"

ERIC OSMOND BURROWES,
    aka "Dante"

WINSTON GORDON,
    aka "Junior"

OLIVER G. WILTSHIRE, JR.

TERRY BERNARD JOHNSON,
    aka "Country"
    aka "Bernard McNeil"

DAVID LENDALL GANT,
    aka "Ryan"
    aka "Dreds"
    aka "Ryan Clark"
    aka "Ryan Daniel"
    aka "Dwight Reed"

CRAIG MURPHY,
    aka "Desie McKinzie"
    aka "Voop"
    aka "Phil"
    aka "Jimmy Cuebas"
    aka "Alphonzo Reid"
    aka "Robert Bullock"

LESLIE DULAR,
    aka "Orville"
    aka "Dwayne Chestnut"

ANDREW WILLIAMS,
    aka "Tready"
    aka "Shariff Walker"

LLEWELLEN FERNANDO SMITH,
    aka "Louie"

RJ-000249

GREGORY BLACK,
      aka "Pops"
      aka "Big Maleek"
      aka "David Hallman"
      aka "Anthony Cunningham"

LOUIS BRONSON KING,
      aka "Shala"
      aka "Michael Thomas"
      aka "Louis Nutridge"
      aka "Malik Thomas"
      aka "Anthony Cunningham"

STEVEN ROGER JOHNSON,
      aka "Preacher"

shall forfeit to the United States all property, real and personal, constituting, or derived from, any proceeds obtained directly or indirectly from the aforesaid offense or all property, real and personal used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of ·the aforesaid offenses, with all such interests, wherever located, and in whatever name held, including but not limited to the following:

1.  With Respect to All Defendants:

An unspecified amount of United States Currency which represents proceeds the defendants obtained, directly or indirectly, as a result of the sale of "crack" and powder cocaine as described in Count Three of this Indictment.

2.  With Respect to DEAN BECKFORD only:

a.  One 1992 White Honda 2-door vehicle, bearing VIN# JHMBB2251NC019538.

96

RJ-000250

3.  With Respect to DEVON BECKFORD only:

a.  One 1986 Orange Chevrolet 4-door Sedan, bearing
    VIN# 1Y1SK1944GZ316663;

b.  One 1994 Blue Ford Mustang 2-door hard top bearing
    VIN # 1FALP42T5RF153383; and,

c.  Any and all ownership interest of any kind held by or on
    behalf of DEVON BECKFORD in the business commonly known
    as the Magic Shop Beauty Salon and Parlor located at 210-
    07 Linden Boulevard, Cambria Heights, New York 11411.

4.  With Respect to RICHARD BECKFORD only:

a.  One 1987 Blue Pontiac 4-door Sedan, bearing
    VIN# 1G2HX5130HW212589; and,

b.  One 1984 Brown Mazda 4-door Sedan, bearing
    VIN# JM1GC2215E1635207.

5.  With Respect to LEONEL CAZACO only:

a.  One 1990 Black Nissan Stanza, bearing
    VIN# JN1FU21P8LT206825.


In the event that any property described as being subject to
forfeiture pursuant to Title 21, United States Code, Sections 853,
as a result of any act or omission of the defendants:

>    (1) cannot be located upon exercise of due diligence;
>
>    (2) has been transferred or sold to, or deposited with,
>        a third party;
>
>    (3) has been placed beyond the jurisdiction of the court;
>
>    (4) has been substantially diminished in value; or
>
>    (5) has been commingled with other property which cannot
>        be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United

States Code, Section 853(p), to seek forfeiture of any other

97

property of the defendants, up to an amount equivalent to the value of the property described above.

Pursuant to Title 21, United States Code, Section 853(a).

A TRUE BILL:

_S. W. Sykes_
FOREPERSON

HELEN F. FAHEY
UNITED STATES ATTORNEY

David Novak
Assistant United States Attorney

Stephen Miller
Assistant United States Attorney

Andrew McBride
Assistant United States Attorney

98

FORM 12BD-M
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

_____ EASTERN _____ District of _____ VIRGINIA _____

_____ RICHMOND _____ Division

## THE UNITED STATES OF AMERICA

*vs.*

DEAN ANTHONY BECKFORD, aka "Smiles," aka "Smiley,"

aka "Daniel Davis," aka "Milo," et al.

## INDICTMENT

In violation of Title 18, United States Code, Section 1962(c) - R.I.C.O.
In violation of Title 18, United States Code, Section 1962(d) - Racketeering Conspiracy
In violation of Title 21, United States Code, Section 846 - Conspiracy to Distribute "Crack" and Powder Cocaine
In violation of Title 21, United States Code, Section 848 - Continuing Criminal Enterprise (CCE)
In violation of Title 21, United States Code, Section 848(e) - Murder in Furtherance of Continuing Criminal Enterprise
In violation of Title 18, United States Code, Section 1959(a)(3) - Assault with Dangerous Weapon in Aid of Racketeering Activity
In violation of Title 18, United States Code, Section 924(c) - Use of Firearm during a Violent Crime
In violation of Title 18, United States Code, Section 1959(a)(5) - Conspiracy to Murder in Aid of Racketeering Activity

*A true bill.*

_____
                                    *Foreman*

Filed in open court this _____ 7th _____ day,

of _____ JUNE _____ A.D. 19 96

_____
                                    *Clerk*

Bail, $ _____

RJ-000253

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES ___DISTRICT___ COURT

___EASTERN_____ District of ___VIRGINIA_____

_____RICHMOND_____ Division

## THE UNITED STATES OF AMERICA

vs.

DEAN ANTHONY BECKFORD, aka "Smiles," aka "Smiley,"

aka "Daniel Davis," aka "Milo," et al.

## INDICTMENT

In violation of Title 18, United States Code, Section 1959(a)(1) - Murder in Aid of Racketeering Activity
In violation of Title 18, United States Code, Section 922(g)(1) - Possession of Firearm by Convicted Felon
In violation of Title 18, United States Code, Section 922(g)(2) - Possession of Firearm by Fugitive from Justice
In violation of Title 18, United States Code, Section 1951(a) - Interference with Commerce by Violence
In violation of Title 21, United States Code, Section 841(a)(1) - Possession with Intent do Distribute "Crack" Cocaine
In violation of Title 21, United States Code, Section 853 - Notice of Criminal Forfeiture

_A true bill._

_____
                                    Foreman

_Filed in open court this_ _____ 7TH _____ _day,_

_of_ __June__ _A.D. 19_ _96_

_____
                                    Clerk

_Bail, $_ _____

RJ-000254

PEOPLE V. **Ricardo Jimenez**   Indictment No. **3825/2006**   Page 1
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**   Telephone No. **590-2362**

Enclosed please find the following checked items:

( √ )   NY Post article
( √ )   Crime Scene Photos (black and white copies)
( √ )   Arrest Report - 2006
( √ )   Arrest Photo - 2006
( √ )   Miranda Warnings - 2006
( √ )   Death Ceritificate
( √ )   Complaint Report - 1989
( √ )   Detective's Folder Index
( √ )   Arrest Report Supplement - 1989
( √ )   Unusual Occurrence Report - 1989  ( √ )  Medical Examiner Report - 1989
( √ )   Voucher D593588
( √ )   Voucher D593590
( √ )   Voucher D593589
( √ )   Body Identification - 1989
( √ )   Sprint Printout
( √ )   Complaint Dispatch Sheet -
( √ )   Detective Bureau Unusual Occurrence Report - 1989
( √ )   911 call printout
( √ )   DD5 - 1   Subject: Information Received
( √ )   Homicide Duty Memo
( √ )   DD5 - 3 Subject: Interview of First Officer
( √ )   DD5 - 22 Subject: Attempts to Identify "Leon"
( √ )   DD5 - 37 Subject: Arrest of Ricardo Jimenez
( √ )   DD5 - 36 Subject: Arrest record and photographs of Ricardo Jimenez obtained
( √ )   DD5 - 35 Subject: Identification of "Leon"
( √ )   DD5 - 34 Subject: Confrontation
( √ )   DD5 - 38 Subject: Complaint against Ricardo Jimenez 343'd
( √ )   DD5 - Finest Message Switching system
( √ )   DD5 -13 Subject: Finest Message Missing Person Report
( √ )   DD5 -11 Subject: Attempt to contact witness
( √ )   DD5-10 Subject: Assignment of Case

Received By _____

Dated: _____

PEOPLE V. **Ricardo Jimenez**
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**

Indictment No. **3825/2006**    Page1

Telephone No. **590-2362**

Enclosed please find the following checked items:
( √ )    Mike Centeno paperwork

Received By _____

Dated: _____

P's
copy of
note

PEOPLE V. **Ricardo Jimenez**                    Indictment No. **3825/2006**    Page 1
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**        Telephone No. **590-2362**

Enclosed please find the following checked items:
( √ )  Newspaper articles (4)
( √ )  Autopsy report
( √ )  Toxicology report
( √ )  Color crime scene photos
( √ )  Crime scene report
( √ )  Detective's notes - Interviews with Gregory Jones and Harold Hazely
( √ )  Detective's notes - 26 pages
( √ )  Fingerprint record of deceased Sean Worrell
( √ )  copy of polaroid photos of deceased Sean Worrell
( √ )  Finest Message Switching system

Received By _____

Dated: _____ 2-23-07

PEOPLE V. **Ricardo Jimenez**  
Defense Attorney: **Patrick L. Bruno, Esq.**  
Assistant District Attorney: **Lisa R. Mattaway**

Indictment No. **3825/2006**   Page 1

Telephone No. **590-2362**

Enclosed please find the following checked items:

( √ )   DD5 #2  
( √ )   DD5 # 4 - 9  
( √ )   DD5 #12  
( √ )   DD5 #14 - 21  
( √ )   DD5 23 - 32  
( √ )   DD5 #40  

Received By _____

Dated: _____

RJ-001407

PEOPLE V. **Ricardo Jimenez**  Indictment No. **3825/2006**  Page 1
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**  Telephone No. **590-2362**

Enclosed please find the following checked items:
( √ )  DD5–Interview of Christopher Cordero--5/17/2006
( √ )  DD5–Interview of Robert Kane--6/30/2006
( √ )  DD5–Interview of A.O--1/16/2001
( √ )  DD5–Interview of Esco Blaylock–4/19/2006
( √ )  DD5–Interview of Ricardo Jimenez–8/31/2006
( √ )  (4) Photo arrays presented to witnesses
( √ )  Unusual Occurrence Report–8/31/2006

Received By _____

Dated: _____ 5-11-07

PEOPLE V. **Ricardo Jimenez**                           Indictment No. **3825/2006**    Page 1
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**       Telephone No. **590-2362**

Enclosed please find the following checked items:
( √ )    DD-5's 1 - 40

Received By _____

Dated: _____ 6 - 13 - 07

PEOPLE V. **Ricardo Jimenez**        Indictment No. **3825/2006**    Page 1
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**        Telephone No. **590-2362**

Enclosed please find the following checked items:
( √ )    Homicide Duty Memo 7/3/89
( √ )    Homicide Duty Memo 7/14/89

Received By _____

Dated: _____ 6-13-07

PEOPLE V. **Ricardo Jimenez**　　　　　　　Indictment No. **3825/2006**　　Page 1
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**　　　Telephone No. **590-2362**

Enclosed please find the following checked items:
( √ )　Homicide Duty Memo 8/31/2006

Received By _____

Dated: ___ 6 -15-07 ___

PEOPLE V. **Ricardo Jimenez**                   Indictment No. **3825/2006**   Page 1
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**        Telephone No. **590-2362**

Enclosed please find the following checked items:
( √ )   Convictions of Kevin Morrissey
( √ )   Convictions of Andrew O'Brien
( √ )   Conviction & open case of Esco Blaylock

Received By _____

Dated: _____ 6 - 21 ∕07

RJ-001412

PEOPLE V. **Ricardo Jimenez**                    Indictment No. **3825/2006**    Page 1
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**      Telephone No. **590-2362**

Enclosed please find the following checked items:

( √ )    Photos of Ricardo Jimenez–1989
( √ )    Handwritten notes from 1989 investigation
( √ )    Criminal Records of suspected "Leons"
( √ )    Property Clerk's voucher for 45 automatic gun and shell
( √ )    Missing Person Report for Sharon Bassant
( √ )    Continuing investigation of homicide. 3/18/1996
( √ )    Request for records for Sean Williams
( √ )    Picture File Search Report for Shawn Bond
( √ )    Request for Records check–Ricardo Jimenez
( √ )    Picture File Search Report/Request for Records Check: Ramroop, Kane, Mark Marti,
         Sean Williams
( √ )    Photos of suspected "Leons."
( √ )    Sean Worrell arrest photos/crime scene photos.
( √ )    Detective Serrano's 1989 notebook

Received By _____

Dated: _____

PEOPLE V. **Ricardo Jimenez**
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**

Indictment No. **3825/2006**    Page 1

Telephone No. **590-2362**

Enclosed please find the following checked items:
( √ )    Notes re: Maria Padilla

Received By _____

Dated: _____ 6-25-07

PEOPLE V. **Ricardo Jimenez**
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**

Indictment No. **3825/2006**    Page 1

Telephone No. **590-2362**

Enclosed please find the following checked items:
( √ )    DD-5's 1 - 40

Received By _____

Dated: _____6 - 25 - 07_____

PEOPLE V. **Ricardo Jimenez**             Indictment No. **3825/2006**    Page 1
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**        Telephone No. **590-2362**

Enclosed please find the following checked items:
( √ )    Whitestone Theatre photos

Received By _____

Dated: __6 - 26 - 07__



PEOPLE V. **Ricardo Jimenez**                    Indictment No. **3825/2006**    Page 1
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**          Telephone No. **590-2362**

( √ )    FBI 302–memo detailing A.O's testimony. 1/17/2001
( √ )    A.O handwritten letter
( √ )    Kevin Morrissey handwritten letter. 5/18/2007

Received By _____

Dated: _____ 6-26-07 _____


Enclosed please find the following checked items:
( √ )    Request to interview A.O. 1/03/2001

PEOPLE V. **Ricardo Jimenez**          Indictment No. **3825/2006**   Page 1
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**          Telephone No. **590-2362**

Enclosed please find the following checked items:
( √ )   Harold Hazeley paperwork

Received By _____

Dated: _____ 6 - 2d - 07

PEOPLE V. **Ricardo Jimenez**
Defense Attorney: **Patrick L. Bruno, Esq.**
Assistant District Attorney: **Lisa R. Mattaway**

Indictment No. **3825/2006**   Page 1

Telephone No. **590-2362**

Enclosed please find the following checked items:
( √ )    PO Ruben Velazquez paperwork

Received By _____

Dated: _____

04/17/2007 02:49  1-~  3788274
APR 17 2007 13:44 FR NY/NJ TASK FORCE
6X ROBBERY
6017154426 TO 91718978491
P.02
PAGE 02/03
P.02

Dear Craig

I strongly urge you to contact an A.D.A in the Bronx named Ana Villa I was helping ~~████~~ crack his case I listened attentively (I don't think he can read) through many conversations with him trying to cover all the bases he told me the following

He went down to the ~~████████████~~ (~~████~~) It wasn't far from his project, he got into a beef with a ~~████████~~ the ~~██~~ started over ~~██~~ of ~~████~~ But the kid threatened ~~██~~ him he (blamed) he had a gun (Gat) ~~████~~ went out to his car (He never had a license) (the car was later impounded) ~~██~~ got his gun came back into the ~~████~~ spotted the kid in a lower row called out to him — He said the kid shot at him first He shot back The kid went down He jumped back into the whip (his car) and took off. He told his ~~████████~~ is now raising his 15 year old son) what happened and she was going to say he was at her home sleeping at that time.

718 40

He said he was ARRESTED A FEW DAYS LATER
FOR the CRIME BUT WAS LET GO ABOUT ⑤
HOURS LATER. We spoke ABOUT the WITNESS
AND why He WAS LET GO.

I ASKED Him WAS He WEARING ANYTHING THAT
STOOD out He SAID No T-SHIRT Black SHORTS
SNEAKERS (Black) He HAS ~~~~~~~~~~ Now
I SAID mAYBE the New WITNESSES Remember
'tem He SAID No At the Time He HAD
N/y two ONE ON His NECK AND ONE ON His HAND



I ASKED Him ABOUT THE GUN He USED AND
He EXPLAINED WHAT HAPPENED TO it
I THINK CRAIG He is telling me the truth
PLEASE Relay this FOR me I WOULD LIKE
You there AS Well IF they Heed to Speak
to me —

UNITED STATES MARSHALS SERVICE
DEPARTMENT OF JUSTICE
INVESTIGATIVE SERVICES DIVISION
NY/NJ REGIONAL FUGITIVE TASK FORCE

CRAIG MICHAEL CAINE
INSPECTOR

810 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

CELL: (516) 389-1818

TEL: (631) 715-8211
FAX: (631) 715-4428

United States Attorney's ___ ___ice
Eastern District of New York

**610 Federal Plaza**
**Central Islip, New York 11722**

Roslynn R. Mauskopf
United States Attorney



## Facsimile Transmission Cover Page

**TO:**

Name: _Sr Trial ADA Lisa Mottaway_

Division/Section: _____

FAX Number: _718 992-0534_

---

### CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION

**The information contained in this facsimile message, and any and all accompanying documents
constitutes confidential information. This information is the property of the U.S. Attorney's
Office. If you are not the intended recipient of this information, any disclosure, copying,
distribution, or the taking of any action in reliance on this information is strictly prohibited.
If you received this message in error, please notify us immediately at the above number to
make arrangements for its return to us.**

---

**FROM:** _____ AUSA Allen Bode _____
Office of the United States Attorney, Eastern District of New York

Phone: FTS/COMMERCIAL (631)715-7828

Fax: FTS/COMMERCIAL (631)715-7922

Date: _6/25/07_   Number of pages: _4_   plus cover sheet

Ms. Mottaway,

At the time I received this, your office could not
locate the ADA or defendant referred to in
the letter. As such, I have no further info beyond
the scope of the letter.

DEAR MR BODE

I URGE YOU TO CONTACT AN A.D.A IN THE
BRONK DISTRICT ATTORNEYS OFFICE NAMED
ANNA VILLA, I THINK THE SO CALLED BATMAN
MURDER CASE IS HERS. BUT PLEASE PROTECT
ME AS THE SOURCE OF THIS INFORMATION
WE HAVE FAMILY MEMBERS IN TOUCH WITH
EACH OTHER.

I WAS HELPING HIM WITH HIS CASE I DONT
THINK HE CAN READ, THROUGH MANY
CONVERSATIONS AND TRYING TO COVER ALL BASES
WITH HIM HE TOLD ME THE FOLLOWING

" HE WENT TO THE WHITESTONE MOVIES
IT WASNT FAR FROM HIS PROJECT EVEN
SOME STUPID SHIT WITH A JAMAICAN KID
HE GOT INTO A BEEF THE KID THREATENED
HIM HE BELIEVED HE A GATT (GUN) RICKEY.
WENT OUT TO HIS CAR (IT WAS LATER IMPOUNDED
(HE NEVER HAD A LICENSE)
ON AN UNRELATED CASE.) GOT HIS GUN CAME
BACK INTO THE MOVIES SPOTTED THE KID
HE SAID THE KID PULLED OUT FIRST AND
SHOT AT HIM HE SHOT BACK THE KID
WENT DOWN HE RAN OUT JUMPED INTO
HIS WHIP (CAR) AND TOOK OFF. HE
TOLD HIS AUNT WHAT HAPPENED AND
SHE WOULD BE HIS (SAY) COVER THAT HE
WAS AT HER HOUSE ASLEEP AT THE
TIME. WE TALKED ABOUT THE
WITNESSES HE SAID HE WAS ARRESTED
A FEW DAYS LATER FOR THE CRIME
——>

But Le. go about 5 hours later from the crime He told me why, I asked Him was He wearing anything that day that stood out He said No T-shirt Black shorts and Sneakers (Black) He has a lot of ~~tatto~~ Tattos Now some prominent I said maybe the New witness Remembers them He said No He only had (2) At the time one on His Neck and one on His ~~Head~~ Hand, I asked Him About the Gun He used and He Then ~~Explained~~ what Happened to it. I Dont Know But I Think He's telling ~~the truth to me~~ sir, Mr Bone please Relay this to the officials in the Bronx I Havent Heard from Craig He told me in March He might Retire maybe thats why? Please tell them About All the good And (previous (I was in Puerto Rico) Etc.

Thank you



STATE OF NEW YORK-EXECUTIVE DEPARTMENT-DIVISION OF PAROLE

Name:_Morrissey, Kevin___ NYSID No:_3952834 K__DIN No:_05R1516_

## Case Summary

PRESENT OFFENSE AND PRIOR CRIMINAL RECORD: See attached ISR.

PRIOR PAROLE VIOLATIONS ON PRESENT OFFENSE:

None

ADJUSTMENT TO PAROLE SUPERVISION:



CIRCUMSTANCES OF ARREST/CUSTODY/PAROLEE'S STATEMENT:

Present Status

Parole Officer Baptiste — 5/20/06

Senior Parole Officer Peart — 5/23/06

MR BODE I WAS DOING WELL I ASKED
AND FOUND tHe ABOVE PROGRAM, MY SON
SET ME UP YOU KNOW ME

PLEASE CALL NORMAN AND Let Him
KNOW WHAT HAPPENED wItH tHe
CASE I SENT YOU,

I oNly TRUST You CRAig AND
HIM

BUT I CANT Reach CRAig

RJ-000862

'EF MURDER CHARGE
AGAINST
"Rickey "Gizmo" Jimenz"

T AN A.D.A IN THE
S OFFICE NAMED
SO CALLED BATMAN
2T PLEASE PROTECT
INFORMATION
& TOUCH WITH

---

's CASE I DON'T
sought MANY
COVER ALL BASES
- Following
re MOVIES
roject over
JAMACIAN KID
D THREATNED
'(GUN) Rickey.
as Later IMPOUNDED
's GUN CAME
ed the KID
pulled out FIRST AND
SHOT AT HIM He. SHOT BACK the KID
went DOWN He RAN out jumped INTO
His WHIP (CAR) AND took off. He
TOLD His AUNT WHAT HAPPENED AND
SHe WOULD Be His (cover) that He
(say)
WAS AT HER House Asleep At the
TIME. We talkeo ABout the
WITNESSES He SAID He WAS Arrested
A FEW DAYS Later For the CRIME
———→

RJ-000863

** TOTAL PAGE 05 **

1   SUPREME COURT OF THE STATE OF NEW YORK

2   BRONX COUNTY: CRIMINAL TERM: PART: AR-1

3   ------------------------------------------X
    PEOPLE OF THE STATE OF NEW YORK
4                                   Indictment No.
                 -against-            2006BX046118
5                                     Arraignment

6   RICARDO JIMENEZ,

7                         Defendant.
    ------------------------------------------X

8
                          Bronx Supreme Court
9                         215 East 161st Street
                          Bronx, New York 10451
10                        September 1, 2006

11

12  B E F O R E:

13        HONORABLE ANALISA TORRES,
                              Justice

14

15  A P P E A R A N C E S:

16        ROBERT T. JOHNSON, ESQ.,
          District Attorney, Bronx County
17
             BY:  ANNA VIZZO,
18                Assistant District Attorney

19        MICHAEL BARSKY, ESQ.
          Attorney for the Defendant
20        BY:  MICHAEL BARSKY, ESQ.

21

22
                          Doreen Covington
23                        Senior Court Reporter

24

25

RECEIVED
FEB 27 2012
OFFICE OF THE APPELLATE DEFENDER

1          COURT OFFICER:  Docket ending 118, Ricardo

2    Jimenez.  Defendant charged 125.25, sub 1 and other related

3    charges.

4          MR. BARSKY:  Judge,.this is for arraignment only.

5          Michael Barsky for Mr. Jimenez.  This is for

6    arraignment only, judge.

7          MS. VIZZO:  People serve 190.50 Grand Jury

8    Notice.  If presented, will the defendant testify?

9          MR. BARSKY:  Yes, he will and I'm serving written

10   cross Grand Jury Notice.

11         MS. VIZZO:  So acknowledged.

12         People serve 710.30 (1)(b) Identification Notice.

13   There was a confirmatory photo ID done by an eyewitness at

14   approximately 8:30 p.m. on July 3rd of 1989 at the catch

15   unit at the 45th precinct.

16         People serve additional Identification Notice.

17   There was a photo array done by the same eyewitness on April

18   19th of 2006 at approximately 5:30 p.m. at a location known

19   to the New York City Police Department.

20         There was an additional identification procedure

21   done by another eyewitness at approximately 12:34 p.m. on

22   May 17, 2006 where eyewitness picked the defendant out of a

23   photo array at a location known to the New York City Police

24   Department.

25         People serve additional Identification Notice.  A

1    third eyewitness identified the defendant in a photo array at

2    a location known to the police department on January 16th of

3    2001.

4              MR. BARSKY:  I'm sorry, that was --

5              MS. VIZZO:  I'm sorry, January 16th, 2001.

6              THE COURT:  What is the most recent

7    identification?

8              MS. VIZZO:  May 17th of 2006.

9              People serve 250.20 Alibi Notice.

10             People are also serving Capital Defenders Notice.

11             And, Your Honor, this case has already been

12    partially presented to the A panel which ends on September

13    8th and which does not meet on Thursday.

14             As to bail, Your Honor, People are requesting

15    remand.

16             THE COURT:  Go ahead.

17             MR. BARSKY:  Judge, I will reserve any bail

18    application at this time as to Mr. Jimenez for the 180.80

19    date.

20             THE COURT:  You're going to appear on the 180.80

21    day?

22             MR. BARSKY:  I am not.

23             THE COURT:  You're not going to?

24             MR. BARSKY:  I ask that 18B counsel be assigned.

25    I don't want to make a bail application and not have Mr.

1    Jimenez retain all rights that he's entitled to.  I just note
2    that the charges are from 1989.
3            THE COURT:  I'm going to put this matter into part
4    A for September 6th.  The defendant is remanded.  And I've
5    noted that 18B should be assigned on that date.
6            MS. VIZZO:  Your Honor, what date did you say?
7            THE COURT:  September 6th.
8            COURT OFFICER:  Step in.
9            MS. VIZZO:  People serve written Grand Jury Notice
10    for the adjourned date at 10:00 a.m.
11            * * * * * * * * * * * * * * * *
12            This is certified to be a true and accurate
13    transcript of the foregoing proceedings.
14
15    _____
16            DOREEN COVINGTON
17            Senior Court Reporter
18
19
20
21
22
23
24
25

# 'BATMAN' COLD CASE SOLVED

By BRAD HAMILTON, JANON FISHER and DENISE BUFFA

The new way to your career.

FEATURED JOBS

**Online Automotive Account Executive**
New York, NY
New York Post

**Senior Reporter**
New York, NY
New York Post

**HVAC-REFRIGERATION**
New York, NY
Private Employer

**ELECTRICIANS -Electrical**
New York, NY
Private Employer

More Jobs

QUICK SEARCH

keyword(s)

city, state

St ->

job category

All



**SEAN WORRELL**

✉ Email · 🖶 Print · Feeds · Archives · © Reprint · Newsletters

*September 3, 2006 -- Holy cold case - the "Batman" killer has been caught!*

Detectives have cracked the infamous 1989 "Batman" murder, arresting a barber last week for allegedly shooting a man dead in a Bronx movie theater on the film's opening day in a fight over a bag of popcorn, officials said.

Ricardo Jimenez, 38, was nabbed in The Bronx at the Late Night Hustler's barbershop, where he's worked the last two years - just a couple of miles from the scene of the shootout at the Whitestone Cinema, the Bronx District Attorney's Office said.

Jimenez opened fire in the packed theater just as the opening credits of the movie were ending, killing 20-year-old Sean Worrell of Brooklyn, police said at the time.

"Everybody was destroyed," Worrell's mom, Marva Worrell, told The Post. "I would tell this guy he's still living but my son's dead. I don't know what my son would have been."

Jimenez pleaded not guilty as he was arraigned on murder and gun charges in Bronx Criminal Court Friday. His wife, Margaret Gonzalez, was in court with two children but declined comment.

The two men squabbled on July 3, 1989, after Worrell got the last bag of popcorn, police said. Jimenez allegedly said he was going to get his gun from his car, to which Worrell replied, "Go ahead."

When he returned, Jimenez hollered, "Hey! You're the guy with the popcorn!" and shot at Worrell once but missed, police said. Worrell then pulled out his own gun and fired once at Jimenez, but missed, too. Jimenez fired again, hitting Worrell in the head, cops said.

"Just as the credits fade away, next thing you hear is 'Pow! Pow! Pow!' " said The Post's Douglas Montero, who was in the theater that day. "As we ran out, I saw a guy laid out face up in the aisle. He was clearly dead."

*Advertisement*

Has Ann Coulter Gone Too Far?

Click Here

Prosecutor Ana Vizzo told a judge on Friday that three witnesses had identified Jimenez from photo arrays as recently as May 17 of this year.

After the shooting, Jimenez fled. He served four years in prison, starting in 1990, for assault, robbery and drug possession. Sources said he later served time in New Jersey for robbery, drugs and guns.

Jimenez got out two years ago and - using the alias Ricardo Sillie - returned to The Bronx.

Worrell said that she feels "closure" but that "I don't want to see this guy [Jimenez]. What is that going to do for me?"

*brad.hamilton@nypost.com*

RJ-000866