SUPREME COURT OF THE STATE OF NEW YORK
BRONX COUNTY: PART __
-------------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK,      :

              Respondent,               :

                           :      **AFFIDAVIT**

         -against-              :      Ind. No.  3825/06

                           :

RICARDO JIMENEZ,              :

             Defendant.         :
-------------------------------------------------------------------x

STATE OF NEW YORK )
                   )
NEW YORK COUNTY )

      NELSON J. LASSALLE, being duly sworn, under penalty of perjury hereby deposes and says:

      1.     I am a licensed private investigator.  I was hired by the Office of the Appellate Defender in connection with the above-referenced case.

      2.     On March 2, 2012, I contacted Esco Blaylock by telephone.  I identified myself to Mr. Blaylock as a private investigator working on Mr. Jimenez's behalf and told him that I wanted to speak to him about the shooting at the Whitestone Movie Theater in 1989.  I made clear to Mr. Blaylock that I was not affiliated with the police department.

      3.     I asked Mr. Blaylock several questions about the identification procedures conducted by the police.  With respect to the 2006 identification procedure, Mr. Blaylock said that he was forced "by law" to cooperate because he

was a TSA employee at the time and it was "Homeland Security rules." He first reported that the police put a "whole bunch of photos" on a table and asked him if anyone looked familiar. He said that he looked through the photos several times, selected a photo and said "that's the person." Later in our conversation, Mr. Blaylock indicated that he was shown multiple photo arrays – three or four – and that the picture of the person he ultimately identified was included in each array. He compared the process to the game "Where's Waldo?".

4.      Mr. Blaylock remembered a girl named Sharon Ramroop, who he knew in 1989. He said he and Sharon went to school together, although he could not recall which one. With respect to the identification made by Mr. Blaylock in 1989, I asked him if Sharon was present when he was brought to the precinct to make a photo identification in 1989. He said that she was not present with him when he made his identification in 1989.

5.      Mr. Blaylock said that he did not know "Leon" personally. He said that people in the neighborhood told him the man's name was Leon. When asked to give a description of the man he knew as Leon back in 1989, Mr. Blaylock did not answer. He said that he had to think. He did not respond when I asked him if Leon was black.

6.      Mr. Blaylock refused to discuss the case any further unless Mr. Jimenez took and passed a polygraph test.

2

RJ-000614

_[signature]_

NELSØN J. LASSALLE

Sworn before me this 23ʳᵈ

day of April, 2012

_[signature]_

NOTARY PUBLIC

ROSEMARY HERBERT
Notary Public, State of New York
No. 02HE5083769
Qualified in Westchester County
Commission Expires August 25, 20_1 3_

3

SUPREME COURT OF THE STATE OF NEW YORK
BRONX COUNTY: PART T23
----------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK,  :
  :
              Respondent,  :
  :    AFFIDAVIT
  :
            -against-  :    Ind. No.  3825/06
  :
  :
RICARDO JIMENEZ,  :
  :
            Defendant.  :
----------------------------------------------------------------x

STATE OF FLORIDA     )
                  )   ss.
COUNTY OF SARASOTA  )


### AFFIDAVIT OF ROSA GREENBAUM

I, ROSA GREENBAUM, having been duly sworn or affirmed, do hereby
depose and say:

1.      My name is Rosa Greenbaum. I am a licensed private investigator,
and I currently reside in Sarasota, Florida.

2.      On or about December 7, 2011, I spoke by telephone with Anastasia
Heeger, an attorney representing Ricardo Jimenez, about locating
Sharon Ramroop, a potential witness in this action. I was advised that
Ms. Ramroop was believed to have relocated to Florida from the
Bronx, New York.

3.      In December 2011 and January 2012, I researched Ms. Ramroop's
whereabouts and learned that she owned a property in Orlando,
Florida.

I

RJ-000616

4.      On January 5, 2012, I visited that property at 928 Pebble Creek Circle in Orlando, Florida. A woman with dark hair who appeared to be in her early thirties answered the door. She said that Sharon Ramroop did not reside at the home and that she did not have a phone number for her, but could pass my information on to Sharon's mother.

5.      Later that day, I attempted to contact Ms. Ramroop at what I believed to be the home of her mother, Jaipattie Bhimsen, located at 12201 Medan Street in Orlando, Florida. A woman came to the door and identified herself as Sharon's mother, Jai. She stated that Sharon no longer resided in Orlando and had moved to London about a year earlier. I left my business card and asked Ms. Bhimsen to have Ms. Ramroop contact me.

6.      On January 7, 2012, a woman identifying herself as Sharon Ramroop called me from a number originating in the United Kingdom. Ms. Ramroop said she had gotten my number from her mother.

7.      Ms. Ramroop stated that she did not know anyone by the name of Manuel Jimenez, or Ricky Jimenez.

8.      Ms. Ramroop recalled being "pulled aside" and questioned by the police about the Whitestone shooting in 1989, and being shown photos. She did not recall selecting any photos.

9.      Ms. Ramroop said she knew Esco Blaylock and that they had gone to school together, but repeatedly stated that they were not close friends. She also said several times that Mr. Blaylock was "slow." Ms. Ramroop said that she knew that the police had questioned her about the Whitestone shooting because of information given to them by Mr. Blaylock.

10.    Ms. Ramroop said that she did not really wish to be involved in this case and refused to meet with someone in order to sign an affidavit attesting to items (7), (8) and (9) above. She did say I could call her back at a later date to discuss the matter further.

11.    After approximately twenty-five minutes, Ms. Ramroop and I ended our conversation.

2

RJ-000617

12.	On January 22, 2012, I called Ms. Ramroop back at the number she had called me from on January 7, 2012.

13.	Ms. Ramroop restated what she had said in the January 7, 2012 conversation, and again said she did not want to be involved. Ms. Ramroop said several times that she did not believe that she had any useful information since she was not a witness to the shooting. Ms. Ramroop said she had her own problems and wished to be "exempt" from this case.

14.	After approximately thirty minutes, Ms. Ramroop and I ended our conversation.

15.	On May 1, 2012, I returned to Ms. Bhimsen's home in Orlando and spoke with Ms. Bhimsen and her husband.

16.	Ms. Bhimsen confirmed that in July 1989, she resided in the Bronx, New York, and worked at First Federal Bank.

17.	Ms. Bhimsen said she recalled learning from the news about the shooting [on July 3, 1989] at the Whitestone movie theater, but that she had no recollection of being directly involved in the investigation of that incident.

18.	I showed a copy of a police report, DD5 #33, dated July 10, 1989 to Ms. Bhimsen. She said that she did not recall speaking with the police on that date and that she did not tell police that Ms. Ramroop was dating someone named "Anthony."

19.	Ms Bhimsen recalled speaking to the police in mid-1989 about a missing persons report that she had filed on Ms. Ramroop. She said it was a brief conversation, and the police told her that they did not usually spend much time searching for missing teenagers.

20.	Ms. Bhimsen said that, to her knowledge, Ms. Ramroop was not dating someone named "Anthony" at that time, nor was she dating anyone "Spanish."

21.	Ms. Bhimsen also said that she did not believe that Ms. Ramroop was interviewed in her presence about the shooting.

RJ-000618

22. I showed Ms. Bhimsen a photograph of Ricardo Jimenez as he appeared in 1989. Ms. Bhimsen said she did not know that individual.

FURTHER AFFIANT SAYETH NAUGHT

ROSA GREENBAUM

Sworn and subscribed before me, this 14th day of May, 2012 by ROSA GREENBAUM, who is personally known to me or has shown me the following identification: ___FL DL G651- 725-72 709-0___

NOTARY PUBLIC, STATE OF FLORIDA

My commission expires: ___Mar 12 2016___



BERNARD P MCDERMOTT
Notary Public - State of Florida
My Comm. Expires Mar 12, 2016
Commission # EE 178466
Bonded Through National Notary Assn.

4

SUPREME COURT OF THE STATE OF NEW YORK
BRONX COUNTY – PART T23
-------------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

                   Respondent,

     -against-

RICARDO JIMENEZ,

                   Defendant.
-------------------------------------------------------------------X

AFFIRMATION OF
RICHARD M. GREENBERG

Ind. No. 3825/06

RICHARD M. GREENBERG, ESQ., an attorney duly admitted to practice in the State of New

York, hereby affirms under the penalty of perjury that the following statements are true:

1. I am the attorney in charge at the Office of the Appellate Defender ("OAD"). I have been

   an attorney for 36 years, and the attorney in charge at OAD for 17 years.

2. On October 26, 2012, I traveled to the home of Sharon Ramroop, in East Dulwich,

   London.

3. I arrived at the home around 2:00 p.m. and knocked on the door. A man, approximately

   40 years old, answered the door. I identified myself as an attorney from New York who

   was investigating a murder from 1989, and that I wished to speak with Sharon Ramroop.

   I told the man that another attorney from my office had spoken several times by

   telephone with Ms. Ramroop and that I wanted to follow up on those conversations. He

   confirmed that Ms. Ramroop lived at that address, but said that she was not home at the

   time. I gave the man my business card and asked him to ask her to call me when she got

   home.

4. As we were speaking, a woman in her late 30s and appearing to be of Indian heritage and

   noticeably pregnant, came to the door, identified herself as Sharon Ramroop, and invited

me into the house.  The man who answered the door then introduced himself as Hafiz Gaddu, Ms. Ramroop's husband.

5.  I spoke with Ms. Ramroop and Mr. Gaddu for about 45 minutes.  I showed Ms. Ramroop Mr. Jimenez's mug shot from February 10, 1989.  Ms. Ramroop said she did not know, nor did she ever know, the person in the photograph.  She also said that she had never identified any picture of a person named "Leon" or "Ricky."  I wrote out a statement to this effect under the photo, based on what she told me.  At her request, I also wrote that she wished to have nothing further to do with this matter.  Ms. Ramroop read the statement, and I read it out loud to her and asked her if it was true.  She said it was true and signed it.  I then signed my name as a witness.  See Exhibit 1.

6.  I also showed Ms. Ramroop DD5 #35, in which Ms. Ramroop was reported to have selected a photograph of Ricardo Jimenez as the "person being sought."  Ms. Ramroop again stated that she had no recollection of making the statement or identifying any photographs.  Again, I wrote out a statement to this effect, based on what she told me, and Ms. Ramroop signed the statement in my presence.  See Exhibit 2.

Dated:    New York, New York
          June 19, 2013


                                                    RICHARD M. GREENBERG

EXHIBIT B-1

RJ-002097




October 26, 2012

I, Sharon Ramroop, affirm that
I do not know, and have never known,
the person in this photograph. I never
identified any picture of an individual
known as Leon or Ricky, or any other
person.

I would like to have nothing further
to do with this matter. Nor any contact
with my family.

SHARON RAMROOP

witnessed by Richard M. Greenberg

EXHIBIT B-2

RJ-002099

| INFORMATIONAL PD 313-061A (Rev. 1-86) | Crime HOMICIDE | | Pct 45 | DCCB | Complaint No. 5948 | Date of This Report 7-11-89 | 14 PERP 1 |
| Date of Orig. Report 7-3-89 | Date Assigned 7-3-89 | Case No 840 | Unit Reporting 45 Det. Squad | | | Follow-Up No. 35 | PERP 2 |
| Complainant's Name - Last, First, M.I. PSNY | | | Victim's Name - If Different Sean Victor Worrell | | | | 15 |

| Last Name, First, M.I. | | Address, Include City, State, Zip | | | Apt. No. | PERP 1 |
| Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age | PERP 2 |

Subject:

## HOMICIDE

**Subject:** IDENTIFICATION OF " LEON ".

On July 11, 1989, at approximately 2030 hrs., Esco Blaylock and Sharon Ramroop were taken to CATCH. by the undersigned in the company of Det. Horn.

Both, Esco and Sharon viewed photos. Sharon Ramroop identified a photo as that of Manuel Jimenez, indicating that his brother was Ricky, the person being sought. A search of the files produced a photograph of Ricardo Jimenez, M/H/, DOB. 3-30-68, NISIS # 55229452.

Mr. Esco Blaylock identified the photo of Ricardo Jimenez as the shooter in this case, and the person known to him as "Leon". as. Sharon Ramroop stated that she knew this individual as "Ricky".

Investigation revealed that Ricardo Jimenez' last known address is 875 Taylor Avenue.

Case active.

*Oct. 26, 2012*

*I, Sharon Ramroop, have no recollection of making this statement or identifying a photograph of any person*

DEFENDANT'S
EXHIBIT
A-800
6-15-07 SM

| Reporting Officer's Rank - Signature - Command | Name Printed | Tax Registry No. | Supervisor's Signature | CO's Initials |
| 45 Sqd. | Serrano | 815145 | | |

RJ-002100

| INFORMATIONAL | Crime | micide | Pg | 45 | OCC. | Complaint No | 5948 | Date of This Report | 7-11-89 |
|---|---|---|---|---|---|---|---|---|---|

| Date Assigned | Case No | Unit Reporting | Follow-Up No. |
|---|---|---|---|
| 7-3-89 | 840 | 45 Det. Squad | 34 |

Name - Last, First, M.I. **PSNY.**  
Victim's Name - If Different **Sean Victor Worrell**

Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. P.

| Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age | P. |
|---|---|---|---|---|---|---|---|

| Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.) | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Perpetrators**

Perp No 1 — Wanted ☐ Arrested ☐ Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct.

| Sex | Race | Date of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|

☐ Eyeglasses ☐ Sunglasses  Nickname, First Name, Alias  Clothing Description,  Scars, Marks, M.O., Etc. (Continue in "Details")

Perp No 2 — Wanted ☐ Arrested ☐ Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct.

| Sex | Race | Date of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|

☐ Eyeglasses ☐ Sunglasses  Nickname, First Name, Alias  Clothing Description,  Scars, Marks, M.O., Etc. (Continue in "Details")

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS".

| Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐ |
|---|---|---|---|---|---|

| Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐ |
|---|---|---|---|---|---|

| Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained |
|---|---|---|---|

| Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results: |
|---|---|

| Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results: |
|---|---|

| Crime Scene Dusted | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details) |
|---|---|---|---|

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:  
☐ C-1 Improper Referral  ☐ C-2 Inaccurate Facts  ☐ C-3 No Evidence / Can't ID  ☐ C-4 Uncooperative Complainant

**DETAILS**

HOMICIDE

Subject:   CONFRONTATION OF ESCO BLAYLOCK AND SHARON RAMROOP.

On July 11, 1989, in an effort to further identify " Leon", Esco and Sharon were confronted in this office. Esco and Sharon exchanged information relative to the description originally furnished by various witnesses. It now appears that Esco Blaylock knows the perpetrator as Leon, and Sharon Ramroop knew the perpetrator as Ricky.

Case active.

| Reporting Officer's Rank - Signature - Command | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| Det. | 45Sqd Serrano | 845145 | | |
| Choice 1 | Choice 2 | Perp 1 | Perp 2 | Perp 1 | Perp 2 |

RJ-002101

| Date of Orig. Report | Date Assigned | C. | Unit Reporting | | Follow-Up No. |
|---|---|---|---|---|---|
| 7-3-89 | 7-3-89 | 840 | 45 Det. Squad | | 39 |

Complainant's Name - Last, First, M.I.
**PSNY.**

Victim's Name - If Different
**Sean Victor Worrell**

| | | | | | | | | | 15 |
|---|---|---|---|---|---|---|---|---|---|

Witness No. 1

| Last Name, First, M.I. | Address, Include City, State, Zip | | Apt. No. | PERP 1 |
|---|---|---|---|---|

| Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age | PERP 2 |
|---|---|---|---|---|---|---|---|

| Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.) | |
|---|---|---|---|---|---|

Perpetrators

Perp. No. 1

| Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | | Address, Include City, State, Zip | Apt. No. | Res. Pct. | 16 |
|---|---|---|---|---|---|---|---|

| Sex | Race | Date of Birth | Age | | Hair Color | Hair Length | Facial Hair | NYSID No. | CHOICE 1 |
|---|---|---|---|---|---|---|---|---|---|

☐ Eyeglasses ☐ Sunglasses — Clothing Des.
Nickname, First Name, Alias — Scars, Marks, (Continue in ...)

*1878 582*

CHOICE 2

Perp. No. 2

| Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | | Address, Include City, State, Zip | Apt. No | Res. Pct. | 17 |
|---|---|---|---|---|---|---|---|

| Sex | Race | Date of Birth | Age | | air Color | Hair Length | Facial Hair | NYSID No. | CHOICE 1 |
|---|---|---|---|---|---|---|---|---|---|

☐ Eyeglasses ☐ Sunglasses — Clothing Descrip.
Nickname, First Name, Alias — Scars, Marks, M.I.
(Continue in "Details" ...)

CHOICE 2

**AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."**

| Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) | CHOICE 1 |
|---|---|---|---|---|---|---|

| Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) | |
|---|---|---|---|---|---|---|

| Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained | 19 |
|---|---|---|---|---|

| Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results: | CHOICE 1 |
|---|---|---|

| Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results: | CHOICE 2 |
|---|---|---|

| Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details) | PERP 1 |
|---|---|---|---|---|

| If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐ C-1 Improper Referral ☐ C-2 Inaccurate Facts ☐ C-3 No Evidence/Can't ID ☐ C-4 Uncooperative Complainant | PERP 2 |
|---|---|

DETAILS:

HOMICIDE

Subject:    INTERVIEW OF E̶ BLAYLOCK, A̶, DO̶̶̶̶

On July 17, 1989, at about 1215 hrs., Mr. Blaylock was again interviewed in this office. He now states that he was born ̶̶̶̶.

He was working 6:00 PM. to 12:00 PM., on the date of this incident, and was assigned to make popcorn on the second floor. He got off work at 12:00 Mid., he went downstairs and played the video game. The game was on the far right corner of the lobby; racing car game. He was about 20 feet away from the concession, he was looking around and heard an argument at the concession stand. When he looked over, he saw two people arguing. One was a M/B/ in his 20's, 6 Ft. tall, 180 Lbs-185 Lbs., medium built, dark skin, wearing a white shirt short sleeves with a design on it, white shorts just above the knees- believes just plain white. E̶ did not notice jewelry, if he had any. Did not look at the shoes. This male had black short cropped hair, clean shaven; he was the first on line. # 2. M/H/ in 19, 6' 2", 170 Lbs., thin built, light skin, wearing a white shirt, and white shorts just above the knees; kinky curly black hair-had more hair than E̶. The top was curly, and just over the ears was shaven down ( the hair was about a quarter of an inch long down to where the collar would be; gold strip where the shaved part started; the gold stripe was about a half inch wide, and stopped about half way to the back of the head-on both sides, stripes did not meet in the back of the head. Male had a gold tooth, right side, top. E̶ did not notice any jewelry. # 2 jumped the line in front of # 1, and asked for popcorn. # 1 said he was first to the cashier. # 2 mimicked him. # 1 started to curse at # 2. # 2 said "shut up before I get my pistol". # 1 did not say anything; took his stuff and walked about two feet, turned around and said get your gun " as a matter of fact, why don't you step outside". # 2 said no, as if he wanted to squash it,

continued on page 2

| Reporting Officer's Rank - Signature - Command | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| Det/Christopher A. Horn 45 Sqd | C. HORN | | | |

Choice 1 / Choice 2    Perp 1 / Perp 1    Perp 2

RJ-000091

39

and just stood there and watched the other guy walk away. as soon as the other guy left, he walked out the front entrance.

I got a soda from George, the manager. Then I saw # 2 guy walk back in the lobby wearing a black jacket. # 2 then got on the popcorn line, ordered some soda and stuff. ( at this time E⬛ is standing by the counter) After # 2 got his stuff, E⬛ saw him walk down the aisle to the last theater. (E⬛ was now in the middle of the corridor) E⬛ then saw # 2 enter the last theater. Esco then went to play another video game.

Ten or fifteen minutes later, an usher told me what had happened. The manager called E⬛ over the intercom system and told him to shut the machines off.

E⬛ says that he was never in the theater when occurred, but had heard what happened. He did witness the argument by the concession stand.

Case active.

| Reporting Officer's Rank, Signature, Command | Name Printed | Tax Registry No. | Supervisor's Signature | C O s Initials |
| | Horn | | | |

RJ-000092

8/19/89 — 1830 hrs —

Dixie —





_Homicide._

Sean Worrell (20)

MEE 3058

D Discovery

Serrano's

Notebook

Digic —

7-12-89 -
715 - 693 - 0059
BME.

Andy

Fletcher

8/19/89 — 1830 hrs —

Dixie —

~~[crossed out text]~~

Rented car for Dean

2 or 3 Times a month

Aily
& Pitchas —

67 /ot.

On Troy

Ajul in country 7-8 years.

Cousin moved to N. J.
No Tel #

Yul
Yulla Patrick ☐

_____

Aily lives on Troy Ave —
U.H.   Half & Half —
19-20

Petal.   C. [illegible]

12-12 ?-

Catch - 67 Pct -

Signe
Tanya Anderson          28b
                        wrong st

Cal - Yul Patrick

Jerome Smith

Was Too Dark        5'11" Dark -
        25
                    Dark mois -
Took Another Shot when the mich was down

Opp for Sunday ———

Conclan -

Joe Finn - Oller -

RJ-000564

RJ-000922

PICTURE FILE SEARCH
REPORT
PD 373-092 (9-87)

REQUEST FOR RECORDS CHECK
PD 349.161 (6-86)-24

WHITE - C.I.I.U. UNIT    PINK - INVESTIGATOR ASSIGNED    BLUE - H.Q'S COORDINATOR

DATE APPEARED    TIME    APPOINTMENT    MEANS OF TRANSPORT    FILE USED
WITNESS RESULTS    □ POSITIVE I.D.    □ PROBABLE I.D.    □ POSSIBLE I.D.    □ NO I.D.    □ I.D. SUBSTANTIATED    □ CATCH    □ ORACLE    □ STILL PHOTOS    □ OTHER
I.D. UNDETERMINED    □ IDENTIFICATION OF FIGURES SEEN (REEL NO., FILE NO., ETC.)    □ NO. OF PERSONS ARRESTED
ARREST EFFECTED    □ YES    □ NO.    BASED ON I.D.    □ YES    □ NO.    NO. OF PERSONS
REMARKS:

WITNESS SURNAME    FIRST NAME    Robert    J    M/F    RANK    NAME
Kane

RES. PCT    CRIME    DATE APPEARED    TIME    APPOINTMENT    MEANS OF TRANSPORT    PCT. OF OCCUR    CASE NO.    FILE USED

9/1/89 - 1615 — No Ans —

Jerome Smith
Daryl Bonelli ?

Doroth 900

OCCB — Det. Fanaro
Compt # 89 —
661#

National Car Service —

Dispatcher told Blind Black ²⁰ on radio that Fanara
was looking for him
Wants him off — get off air —

1640 hs

                Cottage
461    Cottage B    Sgt. Fire —

                Roy Heumann — Drugs —

            Sup — Schultz

30 Pilot St. by Sea Wall.    all hours

LINDA SALTER — 10/12/89 - 2000 hrs
RIGHT BANK — not working here anymore

Robert Kane
~~[redacted]~~     ~~[redacted]~~          3A Ring
Goes to stripping mall - "The Gap"

Mike Centom — Closest to Rimp?                  Ang 7.5
~~[redacted]~~
8 ~~[redacted]~~

Shawn Boad -
~~[redacted]~~     ~~[redacted]~~          —
~~[redacted]~~

Mark Marti
~~[redacted]~~
~~[redacted]~~     College.


10/12/89
1940 hrs — Robert Kane drinks parking

Goes over to head


10/12/89 - 20 00 hrs -
(3-4)    Dennis - 518-0718    at Cinemas - drives first alley
         Williams

RJ-000922

DATE APPEARED: ☐ TIME ☐ APPOINTMENT ☐ MEANS OF TRANSPORT ☐ FILE USED ☐ CATCH ☐ ORACLE ☐ STILL PHOTOS ☐ OTHER
WITNESS RESULTS: ☐ POSITIVE I.D. ☐ PROBABLE I.D. ☐ POSSIBLE I.D. ☐ NO I.D. ☐ SUBSTANTIATED ☐ I.D. UNSUBSTANTIATED
IDENTIFICATION OF FIGURES SEEN (REEL NO., FILE NO., ETC.)
REMARKS:
ARREST EFFECTED ☐ YES ☐ NO. BASED ON I.D. ☐ YES ☐ NO. NO. OF PERSONS ARRESTED

INVESTIGATOR ASSIGNED

## PICTURE FILE SEARCH REPORT
PD 373-092 (9-87)

WITNESS — SURNAME: Kane    FIRST NAME: Robert    M/F: J

RES. PCT    CRIME    DATE APPEARED: 11/08/89    TIME: 1145    APPOINTMENT ☐ YES ☐ NO    MEANS OF TRANSPORT: Car

WITNESS RESULTS: ☐ POSITIVE I.D. ☐ PROBABLE I.D. ☐ POSSIBLE I.D.    NO I.D. ☐ SUBSTANTIATED ☐ I.D. UNDETERMINED

REMARKS:

ARREST EFFECTED ☐ YES ☐ NO. BASED ON I.D. ☐ YES ☐ NO. NO. OF PERSONS ARRESTED

WHITE - C.I.I.U. UNIT    PINK - INVESTIGATOR ASSIGNED    BLUE - H.Q.'S COORDINATOR

PCT. OF OCCUR: 8X    HY UNIT: 73    UNIT RANK    NAME    CMD: 5-18-1    17.25    4/18

CASE NO.    OFFICER ASSIGNED: Cameron    81/3/89    5948    4/18/89    17.25

INVESTIGATOR ASSIGNED    RANK    NAME    DS...    DATE: 4/18/6

---

DATE APPEARED: ☐ TIME: 1/83 ☐ APPOINTMENT ☐ MEANS OF TRANSPORT ☐ FILE USED ☐ CATCH ☐ ORACLE
WITNESS RESULTS: ☐ POSITIVE I.D. ☐ PROBABLE I.D. ☐ POSSIBLE I.D. ☐ NO I.D. ☐ SUBSTANTIATED ☐ I.D. UNSUBSTANTIATED
IDENTIFICATION OF FIGURES SEEN (REEL NO., FILE NO., ETC.)
REMARKS:
ARREST EFFECTED ☐ YES ☐ NO. BASED ON I.D. ☐ YES ☐ NO. NO. OF PERSON

## REQUEST FOR RECORDS CHECK
PD 349.161 (6-86)-24

TO:

| ITEMS REQUESTED | | |
|---|---|---|
| ☐ Aided & Accident Section | ☐ Criminal Records Section | ☐ Identification Section |
| ☐ Aided Case | ☐ Complaint Report | ☐ Photo Unit |
| ☐ | ☐ Arrest Report | ☐ Youth Records Unit |
| | ☐ Property Clerk | ☐ Criminal Record |

LAST NAME    FIRST    MIDDLE    ALIAS/MAIDEN NAME

SOCIAL SECURITY NUMBER    AGE    DATE OF BIRTH    SEX    RACE    OCCUPATION    B (H·N·Y·S·U·R·N) S (Specify)

CURRENT ADDRESS

DETAILS: (Include if previous arrest information, if known, with date, precinct, arrest number and charge.)

RANK    NAME (PRINTED)    CASE LOG or COMPL. NO    SIGNATURE

COMMAND (PRINT COMPLETE NAME)    SIGNATURE OF COMMANDING OF

WHITE - C.I.I.U. UNIT    PINK - INVESTIGATOR ASSIGNED    BLUE - H.Q.'S COO

0200

7/17/89 - 1010 —

f II

Chris Cortese ___ receiving ___

Shooter ran out    all in white.
Gun was black —

RJ-000927

9/1/89 - 1615 — No Ans —

Jerome Smith
Daryl Bonelli

Dorothe 900

OCB — Det. Fanaro
Comp't # 89 -
661#

Nation Car Service -

Dispatcher told Blind Black guy [20] on radio that Fanara
(was looking for him)
Wants him off — get off air -

1640 hrs

461    Cottage B    Sat Fire -

Roy Herrmann — Drugs -

Sup — Schultz

30 Pilot St. by Sea Wall.    all house

LindA SAlter — 10/2/89 - 2000 hrs
                    not working here anymore -
RIGHT BANK

Robert Kane
Does do shipping Mail - "The Gap"          3A Ring.

Mike Centom - Closest to Ring?            Rights

Shawn Board -

Mark Marti

10/2/89
1940 hrs — Robert Kane died  Photos

Gun shot to head

10/12/89 - 2000 hrs -
  (3-4)  Jamies - 518-0718          Lt Cummins - drives photos along
         Williams

RJ-000929

INFORMATIONAL
PD 313-081A (Rev 1-88) 31

| | | | | | |
|---|---|---|---|---|---|
| Crime | Homicide | Pct 45 | OCCI | Complaint No. 5948 | Date of This Report 7-9-89 |

Date of Orig Report 7-3-89  Date Assigned 7-3-89  Case No 840  Unit Reporting  45 Det. Squad  Follow-up No 32

Complainant's Name - Last, First, M.I. **PSNY**

Victim's Name - If Different **Sean Victor Worrell M/B/20**

**DETAILS:**

HOMICIDE

Subject: INTERVIEW OF WITNESS: ROBERT KANE M/W/18

POE. Cross ████

On July 9, 1989, at approximately 1530 hrs. I interviewed Mr. Kane in this office. He said that on the date and time, and the location of this incident, he was at the concession stand waiting to be served. In front of him, and waiting in line, there was a M/B/ whom he described as thin, appearing to be 19-20 years of age, about 6' tall, short cropped hair (black) with a thin blond streak of hair running along the side of his head. This male had numerous rings on on his fingers, a large medallion approximately 6 inches in diameter suspended from a chain around his neck, and was wearing a white tank-top, long white baggy pants with grey stripes going down.

In front of this individual, there was another Black, short, male, approximately 18 years of age, 150 Lbs., wearing a white cap, a short sleeve white shirt with a logo, and sneakers. Mr. Kane said that the two males argued about who was first in line.

The tall male appeared to be in the company of a F/B/ chunky, long brown hair, appearing to be 5' 8"-5' 9". After the short male got his food and was returning to the theater, the female said, "the three faggots ran scared". The female then exited the building via the front entrance; the tall male then exited the building, also via the front entrance.

Mr. Kane said that the tall male returned to the concession stand area btween 5 and 7 minutes later, and it appeared to him that he was looking for the shorter male because he was walking around the stand,

continued on page # 2

Reporting Officer Rank - Signature - Command **Det.** 45Sqd  Name Printed **Serrano**  Tax Registry No. 845145  Supervisor's Signature  C.O.'s initials  32

CIDE
SE # 840

FOLLOW UP # ___32___

his hand in his pocket.

Mr. Kane then returned to the theater. Three minutes into
e opening credits, he heard an altercation erupt. He said some
people got up; he heard three shots go off, and he then hit the deck.

After the shooting, Mr. Kane went over and looked at the victim.

Mr. Kane recalled seeing the victim at the concession stand
and it appeared to him that the victim was in the company of two other
Black males, one of whom wore glasses.

He also recalls seeing the perpetrator at the front entrance
of the building in the company of a F/ lighter than the perpetrator,
with long curly hair, (bushy) slighty shorter than the perpetrator.

Mr. Kane is to meet with the undersigned, 7-10-89, and
to respond to CATCH. to view photos.

Case active.

| COMPLAINT NO. | PCT. | DETECTIVE DIST | DATE OF REPORT | CRIME LAB NO (IF ANY) | RUN | R |
|---|---|---|---|---|---|---|
| 5948 | 45 | 45Sqd | 7-3-89 | /////// | 89/1669 | |

| OFFENSE | TIME NOTIFIED | TIME RESPONDED | TIME COMPLETED |
|---|---|---|---|
| HOMICIDE | 0100 | 0105 | 0330 |

| DATE & TIME OF OCCURRENCE | PLACE OF OCCURRENCE | | APT/FLOOR |
|---|---|---|---|
| 7-3-89  0030 | 2505 Bruckner Blvd.   Whitestone Movie  (Batman) | | |

| NAME OF  COMPLAINANT  XXX DECEASED | SEX | COLOR | DATE OF BIRTH | ADDRESS | PHONE NO. |
|---|---|---|---|---|---|
| John Doe | M | B | 20's | ?????? | |

| DEFENDANT'S NAME | ADDRESS | DATE OF BIRTH | ARREST NO. | B NUMBER |
|---|---|---|---|---|
| Under Investigation | | | | |

SUMMARY OF CASE

On this date the C.S.U. was requested to respond to the above location the scene of a Homicide (Body on the scene).The deceased was involved in a dispute with another male and was shot once in the forehead .

The following C.S.U services were provided.

Det Serrano Bx N/W                    . PO Parks #30487 45Pct Safeguardin

| FINGERPRINTS OR PHOTOGRAPHS | | RESULTS |
|---|---|---|
| NO   AREA/ITEM PROCESSED | AGENT/PROCEDURE USED | NEG/POS. |

COLOR PHOTOGRAPHS

P1-View from entrance toward hall  Entrance #2
P2-View from entrance toward hall  Entrance #1
P3-View from rear toward front showing deceased
P4-View from front toward rear showing deceased
P5-View of face of deceased.

Note:Camera malfunction on 8 Photo's

BALLISTICS EVIDENCE

1-One .45cal.auto W/W,C/F Dis/Shell.Recovered right side of theater,16 rows down.  Marked G1
2-One lead bullet recovered left side of theater 4 rows down.                  Marked G2
3-One 4"S&W Model 10 Rev.Serial #12D2518 six shot
   blue finish.Evidence of discharged in all chambers                          Marked G3
4-Load-One WW 38spl.Round nose lead Ctge
      One WW 38*Super Lead Semi Wade Cutter
      One R&P 38spl Semi Wade Cutter
      One WW Super 38Spl.Dis/Shell                                             Marked G4

Note;G3 & G4 recovered by Off Duty MOS PO. Velasquez #30744  44Pct.

| NO. SCENE NEGATIVES. | BLACK/WHITE | COLOR | FINGERPRINT PHOTOS/NEGATIVES | ELIMINATIONS/SUSPECTS YES  NO   SEE OVER |
|---|---|---|---|---|
| 5 | | 5 | | |

| VEHICLE EXAMINATION | | | NAME/ADDRESS OF OWNER |
|---|---|---|---|
| YEAR | MAKE | LICENSE NO | ODOMETER |
| N/A | | | |

| SAFE EXAMINATION  TYPE | HOW OPENED | TRACE MATERIAL COLLECTED |
|---|---|---|
| N/A | | |

| OTHER EVIDENCE | LOCATION | DISPOSITION |
|---|---|---|
| | | |

| RANK/NAME ASSIGNED DETECTIVE | SHIELD | COMMAND | RANK/NAME TECHNICIAN & ASSISTANT | SHIELD |
|---|---|---|---|---|
| Det.Serrano | | Bx.N/W | Det MJ GOODWIN | 616 |
| | | | Det R.Honeymen | |

TOTAL P.02

Check only one of the below categories.  ☑ 593589

☐ ARREST. EVIDENCE ☐ DECEDENT'S PROPERTY ☐ FOUND PROPERTY
☑ INVESTIGATORY EVIDENCE ☐ PEDDLER PROPERTY ☐ OTHER

DATE PREPARED: July 3, 1989 PCT. 045

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Parks Valerie | PO | 30487 | 826260 | 045 |

| Property - Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|---|
| | | | | | | 1368 |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|---|
| | | Murder L | | ☐ | ☐ | ☐ | ☐ | 5948 |

| Finder of Property | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| A/O | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency only | (For Property Clerk's Use Only) DISPOSITION AND DATE |
|---|---|---|---|---|
| 1 | 1 | 38 Cal. S/W Model .10 4" | | Sec. Env. #ACA8598 |
| | | six shot Rev. #12D2518 | | |
| 2 | 1 | W/N .38 SPL Round Nose Lead | | |
| 3 | 1 | W/W .38 Super Lead Semi wade | | |
| 4 | 1 | S&P .38 SPL Semi wade | | |
| 5 | 1 | W/W Super. 38 SPL Dis/Shell | | |
| | | (G4) | | |
| Above is a complete list of all property vouchered. | | | | |
| | | | TOTAL | |

Additional Invoice Nos. Related to this Case Including Motor Vehicles
D593588,90,91

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

| R.T.O. | Owner/Claimant's | Signature | Date | Time | Property Clerk Storage Location |
|---|---|---|---|---|---|

REMARKS: (briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

A/T/P/O above property taken from scene of homicide by Det. Goodwin CSU.
Property from voucher D593590 sent to lab for analysis to determine
of shell from above gun.

| Rank and Signature of Desk Officer | Shield No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

D 593589

DISTRIBUTION: WHITE - Prop. Clk. File,   SECOND WHITE - Inventory Unit Copy,   YELLOW - Prop. Clk. Work Copy,
PINK - Prisoner/Finder Receipt Copy,   GREEN - Evidence Release/Investigation Copy,   BLUE - Police Officer's Copy

RJ-000682

Check only one of the below categories.  D 593588

☐ ARREST EVIDENCE      ☐ DECEDENT'S PROPERTY       ☐ FOUND PROPERTY

☒ INVESTIGATORY EVIDENCE      ☐ PEDDLER PROPERTY      ☐ OTHER

DATE PREPARED:   July 3,    19 82   PCT. 045

| Arresting/Assigned Officer | | | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|---|---|
| Parks    Valerie | | | PO | 30487 | 886260 | 045 |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|---|
| N/A | | | | | | 1360 |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| | | Murder of | ☐ | ☐ | ☐ | ☐ | 5948 |

| Finder of Property | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| A/O | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency only | DISPOSITION (For Property Clerk's Use Only) AND DATE |
|---|---|---|---|---|
| 1 | 1 | 45 Auto. Cal. MM M/F C/F | | Sec. Env. #ACA8597 |
| | | D/s/Shell (S1) | | |

Above is a complete list of all property vouchered.

| | | | | TOTAL | |

Additional Invoice Nos. Related to this Case including Motor Vehicles
D593589,90,91

Pink Receipt Copy of Voucher Issued  ☐ Yes   ☐ Refused

| R.T.O. | Owner/Claimant's | Signature | Date | Time | Property Clerk Storage Location |
|---|---|---|---|---|---|

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

A/T/F/O above property found by Det. Goodwin CSU at scene of Homicide
Sent to lab for analysis.

| Rank and Signature of Desk Officer | Shield No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command

Property Clerk's Signature                    D 593588

DISTRIBUTION: WHITE - Prop. Clk. File,    SECOND WHITE - Inventory Unit Copy,    YELLOW - Prop. Clk. Work Copy,
PINK - Prisoner/Finder Receipt Copy,    GREEN - Evidence Release/Investigation Copy,    BLUE - Police Officer's Copy

RJ-000683

☐ ARREST EVIDENCE     ☐ DECEDENT'S PROPERTY     ☐ FOUND PROPERTY

☒ INVESTIGATOR/EVIDENCE     ☐ PEDDLER PROPERTY     ☐ OTHER

DATE PREPARED: July 3,     19 89   PCT. 045

| Arresting/Assigned Officer | | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|---|
| Parks Valerie | | PO | 30487 | 886260 | 045 |

| Prisoner's Last Name | First | Age | Address (include City, State, Zip Code, Apt.) | | No. of Prisoners | Acc./Added # |
|---|---|---|---|---|---|---|
| N/A | | | | | | 1368 |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|---|
| | | Murder | | ☐ | ☐ | ☐ | ☐ | 5940 |

| Finder of Property | Address (include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| A/O | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency only | DISPOSITION (For Property Clerk's Use Only) | AND DATE |
|---|---|---|---|---|---|
| 1 | 1 | one lead bullet | | Sec. Env. #ACA8599 | |
| | | Above is a complete list of all property vouchered. | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | | |

Additional Invoice Nos. Related to this Case Including Motor Vehicles
D593588,09,91

Pink Receipt Copy of Voucher Issued ☐ Yes   ☐ Refused

| R.T.O. | Owner/Claimant's | Signature | Date | Time | Property Clerk Storage Location |
|---|---|---|---|---|---|

REMARKS: (briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY)

A/T/P/O above property taken from scene of homicide by Det. Goodwin CSU sent to lab for analysis.

| Rank and Signature of Desk Officer | Shield No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

D 593590

DISTRIBUTION: WHITE - Prop. Clk. File,    SECOND WHITE - Inventory Unit Copy,    YELLOW - Prop. Clk. Work Copy,    PINK - Prisoner/Finder Receipt Copy,    GREEN - Evidence Release/Investigation Copy,    BLUE - Police Officer's Copy

RJ-000684

BALLISTICS UNIT

**...SE WORKSHEET** FOR MICROSCOPIC ANALYSIS

| TECHNICIAN ASSIGNED | B.U. CASE No. |
|---|---|
| CH | 9541/9541/9541 |

...URED or (DECEASED)

PCT. OF OCC. 45

WORRELL, SEAN    ☐ NO ONE INJURED

COMPLAINT No. 5948

...VELOPE PREPARED

E ☒  S ☒  M ☐    INDEX CARD ☒    ANALYSIS REPORT ☐    DET. SEEBACH

DATE OF OCC. 7-3-89

...IREARMS

| | ⚹ B.U. No. | DATE REC'D |
|---|---|---|
| A -. 38 SPL STW rev, MOD 10, # 12 D2518    R5 | | 7-17 |

## CLASSIFICATION OF EVIDENCE

| ITEM No. | DESCRIPTION | I.D. MARK | FROM (✓) SCENE | INJ. | DEC. | OTHER | DATE RECEIVED |
|---|---|---|---|---|---|---|---|
| 1 | 1 -. 45 auto, WW, WP, DIS SHELL | G1 | ✓ | | | | 7-12 |
| 2 | 1 -. 38 cal def lead Bullet, 147.3, R? | G2 | ✓ | | | | 7-12 |
| 3 | 1 -. 45 auto, Ofederal, WP, DIS. SHELL | JR | | | | ✓ | 8-21 |
| 4 | 1 -. 45 auto IMI, BP, DIS SHELL | | ✓ | | | | 8-31 |

## DISPOSITION OF EVIDENCE

| ITEM No. | N.V. | T.D. | COMP. | OTHER | RETURN FILE | OPEN FILE | DATE | REMARKS | TECH. INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | ✓ | 7-12 | ITEMS # 1 + 3 FROM TWO DIFFERENT GUNS. | CH |
| 2 | | | | | | ✓ | 7-12 | | CH |
| 3 | | | | | | ✓ | 8-21 | | CH |
| 4 | | | | | | ✓ | 8-31 | ITEM # 4 FIRED UNDER .45 SHELLS ON 8/20/89 (HOMICIDE) | CH |

## COMPARISON

| ITEM No. | WITH GUN | WITH EVIDENCE FROM SCENE | INJ. | DEC. | OTHER | ⚹ B.U. No. | INDICATE — Evidence Item no., or Name of Injured/Deceased, or Description & Serial no. of Gun. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

...FICATIONS 7/13/89

ANALYSIS REPORT FORWARDED TO: